| | | |
|---|---|---|
| US DISTRICT COURT   OF THE SOUTHERN DISTRICT OF NEW YORK<br>COUNTY OF _____<br><br>MIRIAM BAUZA<br><br><br><br>                              - AGAINST -                                    Plaintiff(s)/Petitioners(s)<br>MEDIACOM COMMUNICAITONS<br><br><br>                                                                    Defendants(s)/Respondent(s) | | **AFFIDAVIT OF SERVICE**<br>ATTORNEY: DLS<br>FF/INDEX #:<br>DATE FILED: 7/20/07<br>DOCKET #:<br>CASE NO.: 07 CIV. 6542<br>BRIEANT<br><br>COURT D/T:<br>AMOUNT: |

STATE OF NEW YORK COUNTY OF ORANGE ss:

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF PENNSYLVANIA.

That on **7/27/07**    at **12:25 PM**   at **100 CRYSTAL RUN, MIDDLETOWN, NY 10941**

deponent served the within **SUMMONS & COMPLAINT WITH INDEX # & FILED DATE ENDORSED THEREON, CIVIL COVER SHEET, JUDGE'S PRACTICES & PROCEDURES FOR ELECTRONIC FILING**

on **MEDIACOM COMMUNICATIONS CORPORATION**                                                                                              therein named

**CORPORATION**  ☑ By delivering to and leaving with **JOSEPH YOUNG**   and that he knew the person
so served to be the **GENERAL AGENT**   of the corporation, and authorized to accept service.

☐ AND AT THE SAME TIME PAYING IN ADVANCE      THE AUTHORIZED FEE

**DESCRIPTION**   Deponent describes the individual served as follows:

**MALE   WHITE SKIN   GREY HAIR   50-60 YRS   5'7"-5'9"   140-150 LBS**

Other identifying features:

Sworn to before me on: **JULY 27, 2007**

_signature_                                _signature_                                       _signature_
                                                                                             JOSEPH SHERLOCK

JOHN GOULD                              JOANN JOHNSON                               KATHLEEN GOULD
NOTARY PUBLIC, STATE OF NEW YORK        NOTARY PUBLIC, STATE OF NEW YORK            NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY              QUALIFIED IN ORANGE COUNTY                  QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES JULY 15, 20__         COMMISION EXPIRES AUGUST 15, 20_10_         COMMISION EXPIRES NOVEMBER 30, 20__
01G05013764                             01J05031856                                  4632958