UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

MIRIAM BAUZA,

                          Plaintiff,

          -against-

MEDIACOM COMMUNICATIONS
CORPORATION,

                          Defendants.

-------------------------------------------------------------x

Case No. 07 CIV. 6542
*& ORDER*

**STIPULATION TO EXTEND
TIME TO ANSWER
COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties, that Defendant's time to answer, or otherwise respond to Plaintiff's Complaint in the above-captioned action shall be and hereby is extended to and including September 14, 2007.

JACKSON LEWIS, LLP
One North Broadway, Suite 1502
White Plains, New York 10601

By: _____
Greg A. Riolo, Esq. (GR 1634)
*Attorneys for Defendant*

Dated: August __, 2007

BONNIST & CUTRO
31 Purchase Street, Suite 3-1
Rye, New York 10580

By: _____
Craig M. Bonnist, Esq. (CB 3245)
*Attorneys for Plaintiff*

Dated: August 22, 2007

So Ordered:

_____
The Honorable Charles L. Brieant
United States District Court Judge

Dated: August __, 2007