JACKSON LEWIS LLP
1 North Broadway, 15th Floor
White Plains, New York 10601
(914) 328-0404
Attorneys of Record:
Greg A. Riolo (GR 1634)
Michael A. Frankel (9712)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
MIRIAM BAUZA,

                Plaintiff,

    - against -                          CASE NO. 07 CV. 6542(CLB)

MEDIACOM COMMUNICATIONS
CORPORATION,
                Defendants.
---------------------------------------------------------------x

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualifications or recusal, the undersigned attorneys of record for Defendant Mediacom Communications Corporation Contractors Register Inc. certify that Defendant has no publicly traded corporate parents, subsidiaries or affiliates.

                                            Respectfully submitted,
                                            JACKSON LEWIS LLP
                                            One North Broadway
                                            Suite 1502
                                            White Plains, New York 10601
                                            (914) 328-0404

                          By:  _____
                                            Greg Riolo (GR 1634)
                                            Michael A. Frankel (MF 9712)
                                            *Attorneys for Defendants*

Dated: September 21, 2007
        White Plains, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
MIRIAM BAUZA,                                   :
                                                :
                   **Plaintiff,**         :
                                                :
          - against -                  :         CASE NO. 07 CV. 6542(CLB)
                                                :
MEDIACOM COMMUNICATIONS            :
CORPORATION,                                   :
                  **Defendants.**        :
-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of Mediacom Communications Corporation's Rule 7.1 Disclosure Statement has been served ECF and via regular U.S. mail, postage prepaid on September 21, 2007 on counsel for Plaintiff at the address set forth below:

        Craig M. Bonnist, Esq.
        Bonnist & Cutro, LLP
    31 Purchase Street, Suite 3-1
        Rye, New York 10580
        *Attorney for Plaintiffs*

_____
Greg Riolo