UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACKSON LEWIS LLP
One North Broadway, 15th Floor
White Plains, New York 10601
(914) 328-0404
Attorneys of Record:
Greg A. Riolo (GR 1634)
Michael A. Frankel (MF 9712)

-------------------------------------------------------------x
MIRIAM BAUZA,                                   :
                                                :
                    Plaintiff,                  :   CASE NO. 07 CV. 6542(CLB)
                                                :
        - against -                             :
                                                :   NOTICE OF APPEARANCE
MEDIACOM COMMUNICATIONS                         :
CORPORATION,                                    :
                    Defendants.                 :
-------------------------------------------------------------x

TO CLERK OF THE COURT:

       Please enter the appearance of Michael A. Frankel, Esq. of the law firm of Jackson Lewis LLP on behalf of Defendant, Mediacom Communications Corporation, in this action.

Michael A. Frankel
Jackson Lewis LLP
One North Broadway
White Plains, New York 10601
Phone: (914) 328-0404
Fax: (914) 328-1882
frankelm@jacksonlewis.com

JACKSON LEWIS LLP
One North Broadway
White Plains, New York 10601

By: _____/s/ Michael Frankel_____
    Michael A. Frankel (MF 9712)

ATTORNEYS FOR DEFENDANT

Dated: April 11, 2008
       White Plains, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MIRIAM BAUZA,                          :
                                       :
                Plaintiff,           :
                                       :
       - against -                    :    CASE NO. 07 CV. 6542
                                       :
MEDIACOM COMMUNICATIONS                :
CORPORATION,                           :
                Defendants.          :
------------------------------------------------------------x

## CERTTIFICATE OF SERVICE

        The undersigned hereby certifies that Defendant's Notice of Appearance has been filed electronically and that it is available for viewing and downloading from the ECF system, this 11th day of April, 2008.

By:  *Michael Frankel*
      Michael A. Frankel