UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACKSON LEWIS LLP
One North Broadway
White Plains, New York 10601
(914) 328-0404
    Greg Riolo (GR 1634)
    Michael A. Frankel (MF 9712)
*Attorneys for Defendant Mediacom Communications Corporation*

------------------------------------------------------------X

MIRIAM BAUZA,

                Plaintiff,              Case No. 07 CIV. 6542 (CLB)

      - against -                    DEFENDANT'S NOTICE
                                                      OF MOTION FOR
MEDIACOM COMMUNICATIONS         SUMMARY JUDGMENT
CORPORATION,

                Defendant.

------------------------------------------------------------X

To:    Craig M. Bonnist, Esq.
        Bonnist & Cutro, LLP
        31 Purchase Street, Suite 3-1
        Rye, New York 10580
        *Attorneys for Plaintiff*

        PLEASE TAKE NOTICE THAT on June 20, 2008 at 10:00 a.m. before The Honorable Charles L. Brieant, United States District Judge, at the United States Courthouse, 300 Quarropas Street, White Plain, New York 10601, or as soon thereafter as counsel may be heard, Defendant Mediacom Communications Corporation, by and through its attorneys, Jackson Lewis LLP, will hereby move this Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rule 56.1 of the Local Rules of Court of the Southern District of New York, for an Order granting Defendant's Motion for Summary Judgment.

In support of its Motion for Summary Judgment, Defendant respectfully directs the Court's attention to the accompanying Local Rule 56.1 Statement of Material Facts, Memorandum of Law and Affirmation of Greg Riolo In Support of Defendant's Motion For Summary Judgment.

Plaintiff's opposition papers will be served on or before May 30, 2008. Defendant's reply papers will be served on or before June 13, 2008.

                    Respectfully submitted,

                    JACKSON LEWIS LLP
                    One North Broadway, Suite 1502
                    White Plains, New York 10601
                    (914) 328-0404

By: _____
                    Greg Riolo (GR 1634)
                    Michael A. Frankel (MF 9712)

                    ATTORNEYS FOR DEFENDANT

Dated: May 9, 2008
       White Plains, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MIRIAM BAUZA,

                  Plaintiff,                  Case No. 07 CIV. 6542 (CLB)

      - against -

MEDIACOM COMMUNICATIONS
CORPORATION,

                  Defendant.
-------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of Defendant's Notice of Motion for Summary Judgment has been filed via ECF and served via U.S. Mail, postage prepaid, this 9th day of May, 2008, on counsel for Plaintiff at the address set forth below:

                Craig M. Bonnist, Esq.
                Bonnist & Cutro, LLP
            31 Purchase Street, Suite 3-1
                Rye, New York 10580
                *Attorneys for Plaintiff*

                                _____
                                    Greg Riolo