# EXHIBIT "C"

# Mediacom

## APPLICATION FOR EMPLOYMENT


EXHIBIT
DX - E
3/19/08

> WE CONSIDER APPLICANTS FOR ALL POSITIONS WITHOUT REGARD TO COLOR, GENDER, RELIGION, CREED, NATIONAL ORIGIN, AGE, RACE, DISABILITY, SEXUAL ORIENTATION, MARITAL STATUS, VETERAN STATUS, OR ANY OTHER LEGALLY PROTECTED STATUS.

*(PLEASE PRINT)*

**Position(s) Applied For:** Payroll Manager
**Date of Application:** 10-24-05

**How Did You Learn About Us?**
☐ Advertisement   ☐ Friend/Relative   ☐ Walk-in   ☑ Mediacom Called
☐ Employment Agency   ☐ Minority/Female Group   ☐ Cable Customer   ☐ Mediacom Employee

**Last Name:** Bauza   **First Name:** Mirinna   **Middle Initial:** A
**Street Address:** 6 Valentine Road   **City:** Newburgh   **State:** NY   **Zip Code:** 12550
**Telephone Number(s):** 845-787-4152 or 845-527-2774 cell   **Social Security Number:** 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

Best time to contact you at home: 9:00 ☑ AM ☐ PM

| Question | Yes | No |
|---|---|---|
| If you are under 18 years of age, can you prove your eligibility to work? | ☐ | ☐ |
| Have you ever been employed by us before? If Yes, give date _____ | ☐ | ☑ |
| Do any of your friends or relatives work here? If Yes, state name, relationship and location _____ | ☐ | ☑ |
| Are you currently employed? | ☐ | ☑ |
| May we contact your present employer? | ☐ | ☐ |
| Are you prevented from lawfully becoming employed in this country because of Visa or Immigration Status? (Proof of citizenship /immigration status is required) | ☐ | ☑ |

What is your desired wage range? 40000 - 50000   Date available for work 10/25/05

Are you available to work:   ☑ Full Time   ☐ Part Time   ☐ Temporary
(Please circle (1st) 2nd 3rd Shift)
(Please circle Morning Afternoon Evening)
(Please indicate dates available M /T/W/Th/F)

| | Yes | No |
|---|---|---|
| Have you been convicted of a felony? | ☐ | ☑ |
| Can you travel if a job requires it? | ☑ | ☐ |

MEDIACOM IS AN EQUAL OPPORTUNITY EMPLOYER   June 2001

MEDIACOM - 0001

## EDUCATION

| School | Name and Location | Course of Study | Years Completed | Diploma/Degree |
|---|---|---|---|---|
| High School | Brooklyn, NY Bushwick H.S. | | | General Diploma |
| Undergraduate College | | | | |
| Graduate/Professional | | | | |
| Other (Specify) | LaGuardia College Queens, NY | Few Credits | 1986-1987 | |

## WORK EXPERIENCE

(Please attach your resume if available)

Start with your present or last job. Include any job-related military service assignments and volunteer activities. You may exclude organizations which reveal race, color, religion, gender, national origin, disabilities or other protected status.

| Employer | National League for Nursing | Dates Employed From: 1973 To: 2004 | Work Performed |
|---|---|---|---|
| Address | 61 Broadway | | |
| Telephone | (212) 812-0363 | Hourly Rate/Salary | |
| Job Title | Benefits & Payroll Manager | Starting: / Final: 64,000 | |
| Supervisor | Rielly DeSantis | | |
| Reason for Leaving | Outsourced | | |

| Employer | | Dates Employed From: To: | Work Performed |
|---|---|---|---|
| Address | | | |
| Telephone | | Hourly Rate/Salary | |
| Job Title | | Starting: Final: | |
| Supervisor | | | |
| Reason for Leaving | | | |

| Employer | | Dates Employed From: To: | Work Performed |
|---|---|---|---|
| Address | | | |
| Telephone | | Hourly Rate/Salary | |
| Job Title | | Starting: Final: | |
| Supervisor | | | |
| Reason for Leaving | | | |

Comments: Include explanation of any gaps in employment. Use additional paper if necessary.

## ADDITIONAL INFORMATION

Summarize special job-related skills and qualifications acquired from employment or other experience:

List professional, trade, business or civic activities and offices held.
You may exclude membership which would reveal gender, race, religion, national origin, age, ancestry, disability or other protected status:

Describe specialized/job related training, apprenticeship, skills and extra-curricular activities including military.

Consistent attendance and punctuality are essential requirements of every job with Mediacom. Is there anything which would interfere with your regular attendance and punctuality? If yes, please explain.

N/A

## SPECIALIZED SKILLS

☐ Typing WPM 45    ☐ Shorthand WPM
☐ Dictaphone       ☐ 10 Key
☑ Standard Office Equipment

Computer Skills, please list below:
Microsoft Word, Excel, Outlook
Solomon, Payroll Software,
Quattro Pro

State any additional information you feel may be helpful to us in considering your application.

## PROFESSIONAL REFERENCES

| Name | Phone Number | Best Time to Call | Occupation |
|---|---|---|---|
| Cindy Rogers | (212) 812-0302 | morning | Coordinator of Operations |
| Joanne Lavin | (212) 363- | | Test Consultant |
| Louis DiSpigna | (845) 783-6722 | | Foreign Exchange Bns Manager |

Email: JLavin@kbcc.cuny.edu

MEDIACOM IS AN EQUAL OPPORTUNITY EMPLOYER          June 2001

MEDIACOM - 0003

**APPLICANT'S STATEMENT**

I certify that answers given herein are true and complete.

I authorize investigation of all statements contained in this application for employment as may be necessary to arriving at an employment decision.

I understand that if I am offered employment, I will be required to submit to a drug screen test in accordance with Mediacom policy.

I understand and acknowledge that unless otherwise defined by applicable law, any employment relationship with this organization is of an "at will" nature. This means that an employee may resign at any time and Mediacom may discharge an employee at any time, with or without cause. It is further understood that this "at will" employment relationship may not be changed by any written document or by conduct unless such change is specifically acknowledged in writing by an authorized executive of Mediacom.

If I am employed by Mediacom, I understand that false or misleading information given on this application or during my interview(s) may result in discharge. I understand that I am required to abide by all of Mediacom's rules, regulations, practices and procedures as outlined, in part, in the Employee Handbook and as may be applicable during the period of my employment.

_____          _____
Signature of Applicant                              Date

MEDIACOM IS AN EQUAL OPPORTUNITY EMPLOYER          June 2001