# EXHIBIT "D"

# In The Matter Of:

*MIRIAM BAUZA v.*
*MEDIACOM COMMUNICATIONS CORPORATION*

---

## MIRIAM BAUZA
*March 19, 2008*

---

# MERRILL LEGAL SOLUTIONS

*25 West 45th Street - Suite 900*
*New York, NY 10036*
PH: 212-557-7400 / FAX: 212-692-9171

BAUZA, MIRIAM - Vol. 1

Page 18

```
1              MIRIAM BAUZA
2       A.    It was based on age.
3       Q.    And was that claim based on the
4  fact that you were terminated or based on
5  treatment that you had or treatment that --
6       A.    Treatment that I have at the end.
7       Q.    What happened with that case filed
8  with the EEOC?
9       A.    Well, I didn't follow up.
10      Q.    When you say you didn't follow up,
11 did the EEOC end the charge at some point?
12      A.    No, I don't think -- I think it was
13 dismissed. And I didn't follow through.
14      Q.    And other than age, was there any
15 other type of discrimination alleged?
16      A.    I think it was also -- I can't
17 think of the name, but it was a name that was
18 used of my origin.
19      Q.    National origin?
20      A.    Yes.
21      Q.    What is your national origin?
22      A.    I'm from Panama.
23      Q.    Other than age and national origin,
24 was there any other type of claim that was made?
25      A.    No.
```

Page 19

```
1              MIRIAM BAUZA
2       Q.    In that other case, did you have to
3  appear at the EEOC to give any testimony?
4       A.    No. No.
5       Q.    Have you ever been deposed before,
6  similar to today in which you were asked
7  questions under oath?
8       A.    Yes.
9       Q.    Was it in those two other lawsuits
10 that you had mentioned?
11      A.    For my son.
12      Q.    Other than the case with your son
13 and the case involving your dental, your braces,
14 have you ever been deposed?
15      A.    No.
16      Q.    Are you currently undergoing any
17 treatment? Other than for regular checkups.
18      A.    No. No treatment.
19      Q.    When was the last time that you
20 underwent any treatment for your breast cancer?
21      A.    December 14, 2007.
22      Q.    And do you have any follow-up
23 appointments other than a routine checkup
24 scheduled?
25      A.    I do have a pending surgery, yes.
```

Page 20

```
1              MIRIAM BAUZA
2       Q.    Again, is that related to the
3  breast cancer follow-up?
4       A.    Correct.
5       Q.    Had you been given a prognosis as
6  to the breast cancer? Is it in remission, is it
7  not in --
8       A.    No, not yet, no. No. I'm just
9  taking medication for five years.
10      Q.    What medication are you taking?
11      A.    I'm taking Arimidex. I start
12 taking that December 20, 2006.
13      Q.    I'll use that as the date, December
14 20, 2006. Other than taking the Arimidex, have
15 you taken any other medications or have you had
16 any other treatment?
17      A.    No. Did I say 2006?
18      Q.    Yes. It was about a month after
19 your employment ended with Mediacom.
20      A.    Exactly, that's correct.
21      Q.    What is Arimidex?
22      A.    Arimidex?
23      Q.    Yes, Arimidex.
24      A.    The way they explained it to me is
25 to prevent the cancer come back to me. Even
```

Page 21

```
1              MIRIAM BAUZA
2  though there is only 2 percent.
3       Q.    It's only 2 percent what?
4       A.    2 percent of -- it's only 2 percent
5  for the cancer not to come back to me. It's
6  sort of like a block.
7       Q.    So it's a form of treatment that
8  may help prevent it from coming back?
9       A.    Prevent it, exactly. That's the
10 word. Prevention.
11      Q.    When were you first diagnosed with
12 breast cancer?
13      A.    Very, very first time?
14      Q.    Yes.
15      A.    It was 1995.
16      Q.    Did you undergo a course of
17 treatment after that?
18      A.    I didn't need a treatment after
19 that.
20      Q.    What treatment did you have?
21      A.    I didn't -- I had a mastectomy.
22      Q.    And was it just one side or a
23 double?
24      A.    It was the left side.
25      Q.    After the mastectomy, did there
```

Page 22

1              MIRIAM BAUZA
2    come a time when you were rediagnosed with
3    breast cancer?
4         A.    Yes. It happened in February 2006.
5    Yes, February 2006.
6         Q.    It was during your employment with
7    Mediacom.
8         A.    Yes, with Mediacom, right. After
9    ten years.
10        Q.    During that time there were certain
11   treatments that you underwent.
12        A.    This time, yes, I needed
13   chemotherapy.
14        Q.    Now, I'm going to use January 1 of
15   2006. Other than for breast cancer, have you
16   been treated for any other illness?
17        A.    Since when?
18        Q.    January 1st of 2006 to the present.
19   Other than for breast cancer and the side
20   effects of breast cancer, have you been treated
21   for any other illnesses or conditions?
22        A.    No. Well, I did went to the doctor
23   right after I lost my job because I didn't -- I
24   was getting a lot of anxiety. I was losing my
25   hair still and there was a lot of side effects

Page 23

1              MIRIAM BAUZA
2    with the chemo.
3         Q.    So as of November of 2006 you were
4    still undergoing chemotherapy?
5         A.    No, no, it was not chemotherapy,
6    but I was seeing the doctor for -- at one point
7    she prescribed me Valiums.
8         Q.    And what doctor was that?
9         A.    Dr. Torres. Yvette Torres.
10        Q.    Where is Dr. Torres located?
11        A.    She is located in Axis Medical, Row
12   32 in Newburgh, New York.
13        Q.    What type of doctor is Dr. Torres?
14        A.    She's an intern.
15        Q.    Internist?
16        A.    Mm-hmm.
17        Q.    Yes?
18        A.    Yes.
19        Q.    That's the other thing.
20        A.    Sorry.
21        Q.    That's okay. We all know what your
22   answer is; it's just that mm-hmm or unh-unh get
23   taken down the same.
24            Was it Dr. Torres that prescribed
25   Valium?

Page 24

1              MIRIAM BAUZA
2         A.    Yes, I think it was Valium. That's
3    what she gave me.
4         Q.    When did she give you Valium?
5         A.    I don't remember. But I know it
6    was almost right after I lost my job.
7         Q.    Prior to that, had you been given
8    any other type of medication, a Valium or other
9    anxiety or antidepressants?
10        A.    No.
11        Q.    And that includes during the time
12   that you had been treated in 2006 and prior to
13   that dating back to 1995, you had not received
14   any of those types of medications?
15        A.    No.
16        Q.    Other than Valium, did Dr. Torres
17   or any other physician or clinician prescribe
18   any other type of antianxiety or
19   antidepressants?
20        A.    No. What happened is I was having
21   problem breathing, so she gave me a full
22   examination. She actually referred me to take
23   full examination for breathing and different
24   types of tests for that.
25        Q.    What, if anything, other than doing

Page 25

1              MIRIAM BAUZA
2    that did she prescribe any other medications
3    other than Valium for you?
4         A.    Yes. She prescribed some
5    medication that was giving me some side effects,
6    because for whatever reason, she had found
7    something in -- I don't know if it was my lungs,
8    she gave me my medication and I had to stop it.
9         Q.    In your lungs?
10        A.    In my lungs, yes.
11        Q.    What medication was that, do you
12   know?
13        A.    I don't remember.
14        Q.    And that was to assist you in
15   breathing?
16        A.    Yes. It was actually to kind of
17   cure something that I have in my lungs. I don't
18   know what it was.
19        Q.    Was that the first time that
20   someone told you you had something in your
21   lungs?
22        A.    Yeah. Yeah.
23        Q.    Other than attempting to treat it
24   with that medication which didn't work or you
25   had to come off of, did she do anything else to

Page 86

```
 1              MIRIAM BAUZA
 2     Q.   Yes.
 3     A.   I will say maybe a month later.
 4         MR. BONNIST:  Do you want to take a
 5  break?
 6         MR. RIOLO:  Yes.
 7         (Recess taken.)
 8     A.   Can I just say something?  When you
 9  asked me who else I had speaking to from me at
10  Mediacom, working in Mediacom, I would have to
11  say Lourdes Pina.  He works there.  But we
12  haven't spoke about anything about the case.
13  Because my sister and him, they're very
14  friend -- they're close friends, and I had seen
15  him.  But I haven't mentioned anything to him
16  about the case.
17     Q.   Did you ever talk to him about any
18  issues or problems that you had at Mediacom?
19     A.   No.
20     Q.   So it was just more on a personal
21  level in terms of how you're doing?
22     A.   That's correct.
23     Q.   But nothing discussing about the
24  allegations that you made in this lawsuit?
25     A.   No.
```

Page 87

```
 1              MIRIAM BAUZA
 2     Q.   Anything else?
 3     A.   No.
 4     Q.   When you started at Mediacom, tell
 5  me what your job responsibilities were.
 6     A.   It was actually to process -- to
 7  verify the hours that were coming from various
 8  locations, verify that they were correct.  And
 9  if you have to make any changes, to let payroll
10  processor, to let her know.  And after
11  everything was verified, I would transmit it to
12  process to get payments.
13     Q.   How would you know if it was
14  correct or not?
15     A.   Well, we had a format, it was
16  actually biweekly, so it was 80 hours.  Overtime
17  was actually specified if it was overtime.  And
18  also it will specify if it was overtime or
19  straight time.
20         At one point we had a person that
21  has 395 hours.  I was able to caught that.  That
22  payroll processor wanted to put 39.5.  And that
23  was a mistake.  So I was able to verify those
24  hours.
25     Q.   So you generally looked it over to
```

Page 88

```
 1              MIRIAM BAUZA
 2  see if there were any noticeable errors that you
 3  could see.
 4     A.   Correct.
 5     Q.   And what you got you got from
 6  places out in the field, correct?
 7     A.   Yes.
 8     Q.   And those were different locations.
 9     A.   Right.
10     Q.   What about with respect to the
11  corporate offices?
12     A.   The corporate office?
13     Q.   The payroll for the corporate
14  office, what was your responsibility when you
15  first started with respect to the corporate
16  payroll?
17     A.   With the corporate payroll, before
18  I came -- actually, when I came there I had
19  nothing to do with that payroll.  It was done by
20  Jen. Jen Clark.
21     Q.   In HR?
22     A.   In HR.
23     Q.   So when you first started you were
24  doing the field personnel payroll.
25     A.   That's correct.
```

Page 89

```
 1              MIRIAM BAUZA
 2     Q.   Were there salaried employees and
 3  hourly employees in the field personnel?
 4     A.   Yes.
 5     Q.   Were there exempt and nonexempt
 6  employees?
 7     A.   Correct.
 8     Q.   And you had an understanding from
 9  your experience as to what the difference was in
10  terms of exempt and nonexempt?
11     A.   That is correct.
12     Q.   Who would provide you that
13  information in the field?
14     A.   The payroll processors that they
15  have in various locations.
16     Q.   And those were locations all across
17  the country, correct?
18     A.   That is correct.
19     Q.   So you would generally look for
20  anything that looked out of the ordinary?
21     A.   Correct.
22     Q.   You weren't able to say Joe in Iowa
23  worked X number of hours; you wouldn't know that
24  specifically, correct?
25     A.   Yes.  More or less.
```

Page 98

MIRIAM BAUZA

2  A.  It was done by Jen.
3  Q.  Any other duties that Gladys took
4  over after she started, other than what you've
5  discussed, up until June of 2006 that you're
6  aware of?
7  A.  Any other responsibilities.  I
8  don't remember.
9  Q.  Who was Gladys reporting to?
10  A.  To me.
11  Q.  When you started, what was your
12  salary?
13  A.  42,5.  Or 42 I think it was.  42.
14  Q.  Did it change in any way?
15  A.  Yes.
16  Q.  To what?
17  A.  To 42,5.
18  Q.  And when did it change, if you
19  know?
20  A.  It changes right before I was going
21  to disability.
22  Q.  You said that you were rediagnosed
23  with breast cancer in early 2006 while you were
24  at Mediacom, correct?
25  A.  Yes.

Page 99

MIRIAM BAUZA

2  Q.  Up until June of 2006, what
3  treatment, if any, did you have for the breast
4  cancer?
5  A.  That's when I had the two
6  lumpectomies and the mastectomy.
7  Q.  When were the two lumpectomies?
8  A.  One was in April 10, and the other
9  one was May 8th.  And the mastectomy was done
10  July 7.
11  Q.  And the mastectomy occurred while
12  you were out on leave for the extended period,
13  correct?
14  A.  Yes.  That's why I needed the --
15  right.
16  Q.  For the first lumpectomy on or
17  about April 10th, did you take a period of time
18  off from work?
19  A.  It was three days.  I think it was
20  three days, yes.
21  Q.  And had you missed certain days
22  prior to that because of doctors' appointments?
23  A.  Yes.
24  Q.  Approximately how many days did you
25  miss?

Page 100

MIRIAM BAUZA

2  A.  The first one I think was
3  January 19th, that's when I had the mammogram.
4  And on February 20th I think it was, the biopsy.
5  I think it was the 20th.
6  Q.  For the January 19th and the
7  February 20th you didn't lose any pay because of
8  taking off those times, did you?
9  A.  No.
10  Q.  What about with respect to the
11  three days for the lumpectomy in April, did you
12  lose any time for that?  Did you lose any pay?
13  A.  No, because I got disability
14  payments.
15  Q.  You got disability payments in
16  April?
17  A.  No, not in April.  You're telling
18  me the mastectomy, no?
19  Q.  No, let's withdraw the last
20  question.
21  For the three days that you were
22  out in April for the first lumpectomy, did you
23  receive pay for those days that you were off?
24  A.  Yes.
25  Q.  Did you have accrued sick time?

Page 101

MIRIAM BAUZA

2  A.  I didn't accrue sick time, but when
3  I start working in Mediacom, I was working 12
4  hours a day.  I started at 8:00 and I didn't
5  leave until 8:00 when the cleaning people was
6  leaving.
7  Q.  So for the April time frame you
8  didn't lose any pay for those three days?
9  A.  No.
10  Q.  How long were you out in May for
11  the second lumpectomy?
12  A.  I think it was either two, three
13  days.  No more than that.
14  Q.  Again, did you have any sick days
15  that were available to you?
16  A.  No.
17  Q.  Did you lose any pay as a result of
18  the time you took off in May?
19  A.  I think I had some sick days
20  available at some point that I was able to get
21  pay, yes.
22  Q.  So up until you came back from the
23  second lumpectomy, you had not lost any pay, is
24  that correct?
25  A.  No.

Page 106

MIRIAM BAUZA

1
2     A.   He's the CFO.
3     Q.   Did Joe report to Mark Stephan, as
4  you understood it, while you were employed
5  there?
6     A.   That is correct.
7     Q.   What is Italia's position?
8     A.   She is the VP of HR.
9     Q.   And what's the reporting structure
10 in HR as you understood it at that point in
11 time, around June of 2006?
12    A.   Can you repeat that for me?
13    Q.   What is the reporting structure?
14 Who reported to whom in HR? You mentioned
15 Italia, Paul, Judy and Jen Clark.
16    A.   Well, I think Paul will report to
17 Italia. Judy will report to Paul. And Jen will
18 report to Judy.
19    Q.   Up until June of 2006 when you went
20 out on leave, did anyone ever talk to you about
21 your need for taking leave other than Joe?
22    A.   I don't quite remember who I spoke
23 to. Maybe it was Jen. I think when I got the
24 form to complete for the claim. The form for
25 the disability.

Page 107

MIRIAM BAUZA

1
2          (Defendant's Exhibit J for
3  identification, Payroll Document.)
4     Q.   I'm going to show you what we
5  marked as Defendant's Exhibit J. Is this -- if
6  you'll look at the first page there's some
7  handwriting on it. Do you recognize that
8  handwriting?
9     A.   Yes, that's my own handwriting.
10    Q.   And that's the date down on the
11 bottom is June 7th, 2006, correct?
12    A.   Yes, that's correct.
13    Q.   In the box here on the right it
14 lists -- it says average weekly earned wages.
15 Do you see that?
16    A.   Mm-hmm.
17    Q.   Is that your handwriting?
18    A.   Yes.
19    Q.   And that says $818.
20    A.   Mm-hmm.
21    Q.   Yes?
22    A.   Yes. I'm sorry.
23    Q.   You kind of initialed it next to
24 it.
25    A.   Yes, because I made that change. I

Page 108

MIRIAM BAUZA

1  had put it higher but then I changed it.
2
3     Q.   And that was your average weekly
4  wage, correct?
5     A.   Correct.
6     Q.   Now, how was the payroll done at
7  Mediacom?
8     A.   Biweekly.
9     Q.   So you would have received about
10 gross amount of $1,636 every other week,
11 correct?
12    A.   Correct.
13    Q.   Do you recall what the net was of
14 that check?
15    A.   No. I don't remember.
16    Q.   And this was the claim that you
17 submitted because you were going out for the
18 mastectomy, correct?
19    A.   Correct.
20    Q.   And if you'll look on the second
21 page, you'll see there's a section that talks
22 about healthcare provider. You have the wrong
23 second page. It's the third page on your
24 document, and we'll fix it after, where it's the
25 healthcare provider statement. You'll see there

Page 109

MIRIAM BAUZA

1  it says "returned to work, date claimant will be
2  able to perform usual work." Do you see that?
3  That's August 7th, 2006, correct?
4     A.   Where is that?
5     Q.   Right here (indicating).
6     A.   Yes, August 7th, that's correct.
7     Q.   And that's the approximate within a
8  day or so that you returned to work, correct?
9     A.   Uh-huh, exactly. That's exactly
10 the day I came back to work. The 7th.
11    Q.   Other than getting this
12 application, did you get anything else from Jen
13 when you --
14    A.   I don't remember.
15    Q.   -- went on disability?
16    A.   Not that I remember.
17    Q.   And this was pursuant to the
18 company's short-term disability policy that you
19 were initially applying, correct? Let me
20 withdraw the question.
21          What were you applying for when you
22 submitted this?
23    A.   Disability claim, that's correct.
24    Q.   Did you have an understanding as to

Page 118

```
1           MIRIAM BAUZA
2       MR. BONNIST: Note my objection.
3    Q.    Did you know --
4    A.    I'm sorry, can you repeat that
5  again?
6    Q.    Yes. Were you aware as to whether
7  or not Mediacom had a family and medical leave
8  policy with respect to employees?
9    A.    No.
10   Q.    Now, you stated that when you went
11 out -- prior to you going out on leave, was
12 there a posting for any other position in
13 payroll? Internal posting by the company?
14   A.    No.
15   Q.    Did you become aware at some point
16 in time prior to going out on leave that the
17 company had hired someone else to work in
18 payroll?
19   A.    No.
20   Q.    At some point in time Regina Burgos
21 was hired, correct?
22   A.    Yes, while I was on disability.
23   Q.    And you don't recall any discussion
24 about Mediacom hiring someone into that position
25 that Regina was hired?
```

Page 119

```
1           MIRIAM BAUZA
2    A.    Well, Judy Mills mentioned it to me
3  that they were looking into payroll manager with
4  a background just in taxes. Doing taxes.
5    Q.    And did she mention that to you
6  before June?
7    A.    Yes.
8    Q.    What, if anything, did you say to
9  Judy when she told you about that?
10   A.    I don't think I had any say in
11 that.
12   Q.    Did you express that to Judy or did
13 you say anything to Judy?
14   A.    I didn't say anything. I have no
15 objections to that.
16   Q.    To your knowledge, was that payroll
17 manager position, did you see any posting or
18 advertisement for it within the company?
19   A.    No.
20   Q.    Did you have any discussions with
21 Gladys Falto about the company looking for a
22 payroll manager?
23   A.    Yes, I do remember now, yes. I
24 remember it was posted and Gladys wanted to
25 apply for that position. She did mention to me
```

Page 120

```
1  that she wanted to apply for that position. And
2  I have no objection to that either. I said you
3  just have to speak to Judy. Speak to Judy
4  Mills.
5    Q.    And that posting that you recall,
6  that was prior to you going out on leave that it
7  occurred, correct?
8    A.    Yes.
9    Q.    Did you apply for that position?
10   A.    No.
11   Q.    Do you know if Gladys did?
12   A.    I believe she did.
13   Q.    What were the duties and
14 responsibilities, as you understood it, from the
15 posting for that payroll manager position?
16   A.    At this point, I don't remember at
17 this point.
18   Q.    Did you discuss with anyone as to
19 why the company was hiring a payroll manager?
20   A.    When Judy had mentioned it to me
21 that all she was going to be doing, it was
22 concentrating more on taxes, payroll taxes.
23   Q.    When you had that conversation with
24 Judy, was the transition to Ceridian being
25
```

Page 121

```
1           MIRIAM BAUZA
2  implemented?
3    A.    Yes.
4    Q.    And were you familiar with
5  Ceridian?
6    A.    Yes.
7    Q.    So when you returned to work, who
8  was working in payroll?
9    A.    It was Gladys and Regina.
10   Q.    When you returned to work, what was
11 your understanding as to what Gladys was doing?
12   A.    Gladys was doing the corporate
13 payroll, and she was doing also the field. She
14 was doing everything. Corporate and the field.
15   Q.    And did you meet Regina before you
16 came back to work in August?
17   A.    No.
18   Q.    After you returned in August, what
19 did you do in payroll?
20   A.    I was actually -- there was a
21 transition in attendance in place, which I
22 have -- I was not there for the training. So I
23 felt that I was a little lost there because I
24 was not there for that training. So she was
25 trying -- Gladys was trying to train me also on
```

Page 130

```
1              MIRIAM BAUZA
2    that I was doing for the field, it was actually
3    verifying part of the payroll. And I was making
4    sure to print some documentations I would need
5    for the auditors. That's it.
6         Q.   So who was doing the field payroll?
7         A.   Gladys. And she also was doing the
8    corporate payroll.
9         Q.   To your knowledge, had she been
10   doing that while you were out, both corporate
11   and field payroll?
12        A.   I think she was doing -- yes, she
13   was doing -- she thought that she was going to
14   have help from Regina, but she never get the
15   help from Regina.
16        Q.   To your understanding as to what
17   you were able to observe, what was Regina doing
18   when you returned?
19        A.   I have no clue. I have no idea
20   what she was doing.
21        Q.   Did you ever have a conversation
22   prior to that meeting with Paul Gillert with Joe
23   Mickulski about working with him again?
24        A.   No. An after I spoke to Paul
25   Gillert, I spoke to Joe. And that's when I find
```

Page 131

```
1              MIRIAM BAUZA
2    out, yeah, that I was going to be working close
3    with him and doing the 401-K loans.
4         Q.   Can tell me in your meeting with
5    Paul Gillert what you said, what Paul said and
6    what Gladys said?
7         A.   You mean with Brian?
8         Q.   You said you met with Paul and
9    Brian.
10        A.   No, no, no. I met with Gladys and
11   Brian Walsh.
12        Q.   Those are the first people that you
13   met with in a meeting in which you discussed
14   issues that you had with Regina, is that
15   correct?
16        A.   That's correct.
17        Q.   So tell me what you said, what
18   Gladys said and what Brian said.
19        A.   I don't remember what Gladys said,
20   but what I said to him is that she was harassing
21   me.
22        Q.   Did you give any specifics as to
23   what you meant by that?
24        A.   Yes, there were times when I
25   actually came back, it was Monday on the 7th.
```

Page 132

```
1              MIRIAM BAUZA
2    Tuesday I have to go to chemo. And I told her
3    that I was going to be out, and she told me that
4    was fine. So when actually that week passed, I
5    think that week was a payroll. And when I got
6    paid, I got paid -- I got paid less that
7    particular day.
8              So I explained to her that I don't
9    see why she was taking that pay away from me
10   because I was actually working more than eight
11   hours a day. Sometimes I was working 12 hours a
12   day. And I felt that if I was working that much
13   time, I should be compensated for that day.
14             She told me the only way that I
15   could get paid for that particular day was to
16   come into work even if it was one hour and I
17   will get paid for that day.
18        Q.   And did she -- did you have
19   discussion as to what she meant by that?
20        A.   So then when I got the next
21   chemo -- I don't want to cut you off --
22        Q.   Go ahead.
23        A.   When I got the next chemo, I came
24   at 7:30 and I have to leave at 9:30. So I sent
25   an e-mail telling her -- telling the whole
```

Page 133

```
1              MIRIAM BAUZA
2    payroll crew that I was going to be leaving at
3    9:30 and that Gladys happened to be out that
4    day.
5              So she sent me an e-mail back
6    telling me that why did I even bother to come.
7    And before I got that e-mail, when I went into
8    her office, she told me off right in front of
9    Sharon D'Elia telling me that why I even bother
10   to come. So it was not enough for her to tell
11   me in person. She sent me an e-mail.
12        Q.   So she told you in person and then
13   sent an e-mail?
14        A.   Yes.
15        Q.   Other than saying why did you
16   bother coming in, was there anything else that
17   she said?
18        A.   No.
19        Q.   That was the only statement that
20   she made?
21        A.   That was the only statement that
22   she made. But after I asked her -- I told her
23   that I wanted to speak to her because Sharon
24   D'Elia was there, and I wanted to speak to her
25   without her being there. I told her that I
```

Page 134

MIRIAM BAUZA

1
2 didn't appreciate that she talked to me that way
3 because it was in a bad way the way she told me.
4    Q.    Was this the same day before you
5 had left that you had this conversation?
6    A.    Yes. That I didn't appreciate
7 that. Because also at the same time she told me
8 that she feel that I was taking advantage of the
9 company. And I told her, you don't know me, you
10 don't know me. When I came here I was working
11 12 hours a day. I was the only person doing
12 payroll.
13    Q.    When did she make that statement to
14 you about did you think you were taking
15 advantage of the company?
16    A.    I think it was August 29. I think
17 I have that e-mail.
18    Q.    So this is three weeks after this
19 conversation about taking off a day and why did
20 you bother coming in.
21    A.    Yes, something to that effect.
22 Yes, I think I have that e-mail.
23    Q.    So when is it that you met with
24 Brian Walsh?
25    A.    After that.

Page 135

MIRIAM BAUZA

1
2    Q.    After which?
3    A.    After I have the discussion with
4 Regina.
5    Q.    Which discussion?
6    A.    The discussion of the time.
7    Q.    Of which time? Because you
8 mentioned two conversations that you had with
9 Regina. One where you were leaving at 9:15 and
10 she responded in e-mail, and verbally why did
11 you bother coming in at all.
12    A.    That's correct.
13    Q.    And that was August --
14    A.    I think it was August 29th.
15    Q.    That was August 29th.
16    A.    Yes.
17    Q.    Did you have any prior
18 conversations with her about taking time off?
19    A.    No.
20    Q.    So you started back on August 7th.
21    A.    Yes.
22    Q.    And then approximately a little
23 over three weeks later on August 29th is when
24 you had that conversation with her in which she
25 for the first time expressed -- made a comment

Page 136

MIRIAM BAUZA

1
2 about you taking leave, is that correct?
3    A.    Exactly.
4    Q.    So during that time frame,
5 August 7th and August 29th, did you need to take
6 time off for chemotherapy or other doctors'
7 treatments?
8    A.    Well, after I took the chemo, that
9 specific week I had to take injections starting
10 the next day for five days. So if I took the
11 chemo on Tuesday, I will have to be late for the
12 next three coming days.
13    Q.    And did you start that type of
14 treatment where you had to get the chemo and
15 then --
16    A.    Yes --
17    Q.    -- the shot, as soon as you
18 returned?
19    A.    No. No, I think that was after. I
20 don't quite remember, but I think it was after.
21    Q.    After what?
22    A.    After a few weeks.
23    Q.    So my question is, when you
24 returned to work on August 7th up until
25 August 29th when you had that conversation and

Page 137

MIRIAM BAUZA

1
2 the e-mail exchange with Regina why did you
3 bother coming in at all, did you need to take
4 off time?
5    A.    No. I didn't need to take any more
6 time, no.
7    Q.    So the first time that you needed
8 to take additional time after you returned from
9 leave was toward the end of August.
10    A.    Exactly.
11    Q.    The first time that you took any
12 additional time after you returned from leave is
13 when you came in for a couple of hours and then
14 had to leave? Or did the issue of the payroll
15 about you needing to take off a day come up
16 before that?
17    A.    The issue about not getting paid --
18 let me make this clear. The issue of not
19 getting paid, that was the first day, the
20 Tuesday that I came back, and she didn't pay me.
21    Q.    So you came back on a Monday --
22    A.    On the 7th, Monday.
23    Q.    On Monday the 7th. You needed to
24 take the full day off on Tuesday.
25    A.    Exactly.

Page 138

MIRIAM BAUZA

1
2    Q.    For what?
3    A.    For chemo.
4    Q.    And you took off on the 8th. The
5    issue came up the following week --
6    A.    The following time that I had
7    chemo. I think it was at the end of the month.
8    Q.    When did you first notice that you
9    weren't paid for August 8th?
10    A.    The following payroll.
11    Q.    Do you know when that was?
12    A.    No, I don't recall it.
13    Q.    Would it be either the beginning of
14    the following week or the next week after that?
15    A.    Exactly. The current payroll after
16    that date. The current payroll after that date
17    I didn't get paid.
18    Q.    Can we agree that that current
19    payroll occurred before August 29th?
20    A.    No.
21    Q.    We can't?
22    A.    No, because I know when it was
23    reflected or not. I know because I do payroll.
24    I know that payroll, I supposed to get paid for
25    that day or not. You follow me?

Page 139

MIRIAM BAUZA

1
2    Q.    So the conversation where you
3    took -- you left at 9:15, did that conversation
4    occur before or after you realized you weren't
5    paid for August 8th?
6    A.    After. After.
7    Q.    So you first realized that you
8    weren't paid for August 8th in that conversation
9    with Regina about getting paid for that day.
10    A.    No, I didn't mention that to her.
11    Let me see. When I didn't -- when I got the
12    paycheck -- follow me. When I got the paycheck,
13    I noticed I didn't get paid.
14    Q.    For August 8th.
15    A.    For August 8th. I spoke to her and
16    I said Regina, why didn't get paid? Then she
17    explained to me that the reason why I didn't get
18    paid is because you need to come at least one
19    hour or two hours before that same day in order
20    for you to get paid. But I said to her but I
21    work all these days late and I think I should be
22    compensated for that day. She says this is how
23    it is. You have to come at least one or two
24    hours earlier.
25    So I didn't question that pay

Page 140

MIRIAM BAUZA

1
2    because I feel, you know, that's it, I'm not
3    going to get paid. This is what she said, I
4    just want to follow through. So on the next
5    time when I got my chemo I came two hours
6    earlier --
7    Q.    And that was August 29th?
8    A.    I believe. I believe it was
9    the 29th. I'm not sure.
10    Q.    It was when you had that e-mail
11    exchange with her.
12    A.    Exactly.
13    Q.    So whatever day that e-mail was,
14    that was your second chemo treatment.
15    A.    Exactly. And I explained to her.
16    And then I send the e-mail, I said Gladys is not
17    here today -- I don't think it was a payroll day
18    because I wanted to make sure that it was not a
19    payroll day. But anyway, I said Gladys is not
20    going to be here and I'm going to be leaving
21    around 9:30, so if you have any issues, just go
22    and call Regina. Regina Burgos.
23    Then she sent me -- no, then I went
24    to her, I don't remember why I stopped by her
25    office. And she said why you even bother to

Page 141

MIRIAM BAUZA

1
2    come? This is how she approached me, but in a
3    very bad tone. And I needed to leave right
4    away. I couldn't really talk to her about it
5    because --
6    Q.    Did you say anything in response to
7    her?
8    A.    I didn't say nothing to her at that
9    moment.
10    Q.    Did she say anything else other
11    than that one statement?
12    A.    No. So then when I went back to my
13    desk, I noticed that she had sent me an e-mail
14    telling me why you even bother to come. So I
15    left. And that was bothering me. That was
16    bothering me because I am not just a regular
17    employee. I'm a committed employee.
18    And I went through a second
19    mastectomy; my hair was falling, I had effects
20    of the chemo. I have to take injections because
21    my blood level was going down to 2. It was too
22    much in my mind. And it was such a big effort
23    for me to just come to work, just to get up and
24    look in the mirror and come to work. It was a
25    big effort for me to do.

Page 142

MIRIAM BAUZA

1     Q.    And after coming back after
2  August 29th, is that when you then went to Paul?
3  I'm sorry, after August 29th, is that when you
4  went to Mark?
5     A.    No.  Other incidents happened to me
6  respect to work where --
7     Q.    Do you need to take a break?
8     A.    No, it's okay.  Other than work.
9  Where she actually was very sarcastic to me and
10 for no reason.  There was times that there were
11 problems with banks, something that had to do
12 with banking function and something didn't go
13 correct.  And it was not my fault.  It was
14 something that she needed to respond while I was
15 out and she never responded.
16        When I happened to come back, I
17 responded to that e-mail from the bank and I
18 actually brought that to the attention of the
19 manager of cash, cash management, I don't
20 remember her name.  And she told me don't worry,
21 I'm going to help you, let me see how we're
22 going to fix this.
23        So I was trying to fix that
24 problem.  I spent almost all morning with that

Page 143

MIRIAM BAUZA

1  manager from cash management, and a few minutes
2  later Regina come to me and she said I just want
3  to tell you, who screwed up here?  This is how
4  she spoke to me.  And I said Regina, I
5  appreciate if you have something to say to me,
6  call me into your office.  And she just kept
7  talking, she didn't care.  She didn't care.
8     Q.    I want to go back to the
9  conversation you mentioned that you had with --
10 you said after that you had a conversation with
11 Brian Walsh.
12    A.    Yes.
13    Q.    When was that conversation -- let's
14 just mark this first.
15        (Defendant's Exhibit L for
16 identification, August 29th E-mail.)
17    Q.    I'm going to show you what we
18 marked as Defendant's Exhibit L.  Is that the
19 e-mail exchange that you were referring to
20 between you and Regina?
21    A.    Yes.
22    Q.    And that's dated August 29th,
23 correct?
24    A.    Yes.  August 30 it says here.

Page 144

MIRIAM BAUZA

1     Q.    Well, look here, look at the
2  date --
3     A.    Oh, yes, 29th, yes, right.
4     Q.    The conversation that you had with
5  Brian Walsh and Gladys brought to his attention
6  about the way that Regina was talking to you,
7  was that after this date, August 29th?
8     A.    Yes, I think it was after.
9     Q.    What is it that you brought to his
10 attention during that meeting that you had
11 concerns with?
12    A.    Well, the way she was treating me.
13    Q.    Did you describe to Brian at that
14 meeting as to what you meant by that?
15    A.    Yes, I did.  I explained to him.
16 Also I explained to him that I ask her for a
17 monitor, a bigger monitor because we needed a
18 bigger monitor being that we were doing payroll.
19 And she was telling me that the reason why I
20 needed a bigger monitor -- I didn't need a
21 bigger monitor, I need another glasses because I
22 was getting old.  This was her expression to me.
23    Q.    And you told that to Brian?
24    A.    I told that to Brian.

Page 145

MIRIAM BAUZA

1     Q.    Up until the time you spoke with
2  Brian, you had the issue in terms of her talking
3  to you about coming in at a 9:15, correct?
4     A.    Yes.
5     Q.    You also had the issue about taking
6  off on August 8th, correct?
7     A.    Yes.  When I explained to her that
8  I didn't get paid for that date, because he was
9  one of the people that know how much work I did
10 at the beginning when I start with Mediacom and
11 the hours that I put there, he told me don't
12 worry, I'm going to make sure that you get paid
13 for that day.
14    Q.    And did you get paid for that day?
15    A.    Yes.  I think it was after three or
16 four payrolls after.
17    Q.    So did you mention this issue about
18 him, this e-mail exchange to him at that point
19 in time?
20    A.    Yes.
21    Q.    And you also talked about,
22 obviously, the day you didn't get paid, correct?
23    A.    Yes.  That and the manager and her
24 screaming at me for no reason.  Yes, there's a

Page 146

MIRIAM BAUZA

1 few issues.
2     Q.    So you brought up the screaming at
3 you, yes?
4     A.    Yes.
5     Q.    And did you say what was being
6 discussed when she was screaming at you? Do you
7 remember?
8     A.    He said I was going to look into
9 it, that's all.
10     Q.    What were you discussing with
11 Regina or what were the two of you discussing
12 when she was screaming at you, do you remember?
13     A.    Oh, in one occasion about this
14 bank.
15     Q.    Okay.
16     A.    That she was the one who actually
17 supposed to respond when I was out.
18     Q.    And --
19     A.    And she just let it go. And then
20 it was other issues. Little issues here and
21 there.
22     Q.    Do you recall any of the other
23 issues that she screamed at you or yelled at you
24 about?

Page 147

MIRIAM BAUZA

1     A.    Oh, about some checks that actually
2 she gave the instructions to Gladys. That day I
3 came late because I had one of the injections or
4 whatever. And when I came in, Gladys says, you
5 know, we have to do this hundred checks. I took
6 half, she took half and we started doing it.
7 She was doing it, she told me this is how we
8 have to do it. Regina said she gave the
9 instructions to her, she didn't give them to me.
10     Q.    Were these bonus checks?
11     A.    I don't remember if it was bonuses.
12 Maybe it was, I don't remember.
13     Q.    Do you recall if they were checks
14 that had to be grossed up?
15     A.    Yes, something to that effect.
16     Q.    Do you know what "grossed up"
17 means?
18     A.    Yes.
19     Q.    Did you know how to gross up a
20 check?
21     A.    Yes, but the thing is it was
22 through Ceridian with the new system. And she
23 hadn't done it with Ceridian. In fact, Ceridian
24 didn't have that system so we never were able to

Page 148

MIRIAM BAUZA

1 do it through Pro Business. I'm sorry, Pro
2 Business never had that system so we weren't
3 able to do it through Pro Business. So it was
4 new to us to do those checks. It was new to
5 Gladys and new to me.
6     So when I got in, I saw Gladys
7 doing them so I followed exactly what she was
8 telling me. Because I felt everything was
9 instructed correctly to her.
10     Q.    And this was to gross up the
11 checks?
12     A.    Exactly. So we went through it, we
13 did a hundred checks and apparently they were
14 wrong. She just slam those checks on the top of
15 my checks and said all those checks have to be
16 done because they're wrong. And I said what
17 happened. She said you don't know how to do
18 this. You didn't give the instructions to me.
19 What Gladys showed me was a piece of paper that
20 she just took it off from wherever and just took
21 something off and gave it to her. It wasn't the
22 proper instructions.
23     Q.    So she was upset that the checks
24 weren't done properly.

Page 149

MIRIAM BAUZA

1     A.    Yes. And she was also screaming
2 and me. And we stayed late and got the checks
3 done.
4     Q.    Other than the instances that you
5 just mentioned, anything else that you brought
6 up to Brian Walsh in terms of issues or problems
7 that you had with Regina?
8     A.    Yes. Every time that I was working
9 along with Gladys, it bothered her. We were
10 working together about doing something done
11 faster, she always had something sarcastic
12 remarks to say.
13     Q.    What types of remarks would she
14 say?
15     A.    Like this project needs two people
16 to do, or involve two people. Always with that
17 remark.
18     Q.    And she would be making it to you
19 and Gladys?
20     A.    Yes.
21     Q.    Anything else that you brought to
22 Brian Walsh's attention in terms of issues or
23 problems that you had with Regina?
24     A.    I felt that she was not -- she

Page 150

MIRIAM BAUZA

1
2 didn't have appropriate management skills.
3    Q.    What was it in terms of --
4    A.    In the sense of the way she speak
5 to people. And apparently a lot of people have
6 problems with her.
7    Q.    At that point in time did you have
8 discussions with Gladys about problems that
9 Gladys had with her?
10    A.    Yes. She did mention it to me and
11 it was proved to me how she was.
12    Q.    What issues did Gladys bring to
13 your attention that she had with Regina?
14    A.    The way she used to talk to her,
15 talking down on her.
16    Q.    So it was similar to the complaints
17 that you had?
18    A.    Yes.
19    Q.    Did she have any different
20 complaints about Regina that she made to you
21 than what you had?
22        MR. BONNIST: Just note my
23 objection. You can answer.
24    A.    I'm sorry, repeat that again.
25        (The pending question was read.)

Page 151

MIRIAM BAUZA

1
2    A.    Different complaints. She was
3 verbally abusive. I guess the same.
4    Q.    Other than speaking to Brian Walsh,
5 did you speak with anyone else about the issues
6 that you brought to his attention in terms of
7 the problems with Regina?
8    A.    Yes. To Joe Mickulski.
9    Q.    When did you speak with Joe in
10 relation to your conversation with Brian about
11 issues with Regina?
12    A.    Well, when I speak to him, he just
13 told me to mention to Judy Mills, which
14 ones I did mention to Judy Mills. And she said
15 to speak to Brian.
16    Q.    Now, did Judy advise you to speak
17 to Brian before you spoke to Brian?
18    A.    Yes, before I spoke to Brian,
19 that's correct.
20    Q.    So you spoke to Joe, then to Judy
21 who referred you, and then you spoke to Brian
22 and that's the conversation that we talked
23 about.
24    A.    Exactly.
25    Q.    So after Brian, did you speak with

Page 152

MIRIAM BAUZA

1
2 anybody else about issues or problems that you
3 had with Regina?
4    A.    With anybody else. No, I don't
5 think so.
6    Q.    Do you know how soon after
7 August 29th that you had that conversation with
8 Brian? Was it days, weeks?
9    A.    No, I don't have -- that I have no
10 recollection of in my mind when that day
11 happened.
12    Q.    Was it sometime in September do you
13 think, within the next month?
14    A.    Could be.
15    Q.    Do you know how soon after
16 August 29th you spoke to Joe Mickulski?
17    A.    I think it was probably done on the
18 same week. A lot of times Joe Mickulski was a
19 witness of how she was talking to us. Because a
20 lot of times when Regina would leave, he would
21 come and say are you guys all right.
22    Q.    This was on a Tuesday. Do you
23 think you spoke with him during that work week?
24    A.    Could be.
25    Q.    How soon after you spoke with Joe

Page 153

MIRIAM BAUZA

1
2 did you go to Judy?
3    A.    I don't recall.
4    Q.    Do you recall if it was days later
5 or weeks later?
6    A.    Yes, days.
7    Q.    And after Judy, do you recall how
8 soon you then spoke with Brian?
9    A.    No.
10    Q.    Was that days or weeks later?
11    A.    I think it was one or two weeks
12 later.
13    Q.    Was there a reason as to why you
14 waited to speak to Brian after speaking with
15 Judy?
16    A.    No. I was just waiting for the
17 right moment because we had a busy payroll, so I
18 think I just take off and just go and talk to
19 Brian. So it had to do with when I really had
20 the time.
21        And I remember that I told Judy
22 when she -- she told me that I was abusing the
23 company time. And I told Judy, Judy, she
24 doesn't know me, she doesn't know how much I
25 work here.

Page 154

MIRIAM BAUZA

```
 2    Q.    So you were telling Judy that
 3  Regina was accusing you of --
 4    A.    Abusing company time.
 5    Q.    What did Judy say in response?
 6    A.    That if I had a problem with that,
 7  to talk to Brian.  That's what she said to me.
 8    Q.    So those are the issues that you
 9  ended up speaking with Brian about.
10    A.    Yes.  And she told me that also in
11  front of Sharon D'Elia.
12    Q.    Regina told you that?
13    A.    Yes, because they share the same
14  office.
15    Q.    So Judy then -- she said to speak
16  with Brian, and you did then go and speak with
17  him, correct?
18    A.    Correct.
19    Q.    After that point in time, were
20  there any further issues that you had with
21  Regina?
22    A.    Yes.  She didn't change.
23    Q.    When you say she didn't change,
24  what is it that didn't change?
25    A.    Her attitude was the same.
```

Page 155

MIRIAM BAUZA

```
 1    Q.    And did Gladys feel that way as
 2  well?
 3    A.    As well.
 4    Q.    And when you say her attitude, was
 5  it the way that she spoke to you?
 6    A.    Yes.
 7    Q.    Other than the tone that she spoke
 8  to you in, any other problems or issues that you
 9  continued to have with Regina?
10    A.    Yes.  A lot of times if I do
11  something for her, it was not properly done, and
12  a lot of times she would say to me -- I said
13  could I stay late, and she said well, I don't
14  stay late because I have a life.  So she meant
15  to me that I don't have a life.  So I have to
16  stay late.
17    Q.    Anything else that she said to you
18  during that time that you had problems or
19  issues, other than her tone and that
20  conversation about her having a life?
21    A.    Many incidents that I'm not even
22  remembering right now.
23    Q.    Were there any other further issues
24  about you not being paid for any time that you
```

Page 156

MIRIAM BAUZA

```
 2  needed to take off after speaking with Brian?
 3    A.    No.
 4    Q.    Any conversations with Regina about
 5  taking time off after that conversation with
 6  Brian Walsh?
 7    A.    No.
 8    Q.    Any further conversations with
 9  anyone at Mediacom about your need to take off
10  after the conversation with Brian Walsh?
11    A.    Not that I remember right now.
12        (Defendant's Exhibit M for
13  identification, Bank Documents, document bearing
14  Bates production number Mediacom 0231.)
15    Q.    The first page is marked
16  Defendant's Exhibit M.  Obviously these are
17  getting a little more difficult to read because
18  they're obviously from the bank.  But do you see
19  this one is -- do you see the date on that?  If
20  you look up here, can you see the date?
21    A.    July?
22    Q.    Does it look like July 11?
23    A.    Yes.  I think so.
24    Q.    If you'll look at this, it says the
25  amount of the check.  We don't have to look at
```

Page 157

MIRIAM BAUZA

```
 2  that number, we can look down at the bottom
 3  here.  Do you see that?
 4    A.    Okay, mm-hmm.
 5    Q.    Do you recall if that was the
 6  amount of the checks that you were receiving?
 7    A.    Yes.
 8        MR. BONNIST:  Objection.  Is this
 9  paychecks?
10    Q.    No, this is from disability.
11    A.    From the disability.
12    Q.    As of July 11th is the period that
13  you were out, correct?
14    A.    That's right.
15    Q.    Did you endorse the -- you had to
16  endorse the disability checks that came,
17  correct?
18    A.    Yes, but I need to know where is
19  the dates that covers here.  Where is the dates
20  that covers this particular check?
21    Q.    I'm not going to ask about the
22  dates right now because I've got other documents
23  that are better for that.  I'm asking you the
24  checks that you received from your disability.
25  You had to sign those checks and deposit them,
```

MIRIAM BAUZA

1   MIRIAM BAUZA
2   correct?
3      A.   That's correct.
4      Q.   So all of the checks that you did
5   receive, you endorsed.
6      A.   That's correct.
7      Q.   There were no direct deposits of
8   the checks or anything with respect to that.
9      A.   No.
10           (Defendant's Exhibit N for
11   identification, Canceled Checks.)
12     Q.   I'm going to show you what we
13   marked as Defendant's Exhibit N.  Realizing that
14   this is a copy and that's why it says "void,"
15   there are two checks that are here.  Do you see
16   that?
17     A.   Yes.
18     Q.   And they're for two different
19   amounts.  Do you see the payment period?  It's
20   right underneath where it says "pay" and the
21   number.  The pay periods are the same, 6/14
22   through 7/4, 2006.  Is this the retroactive
23   payments?
24     A.   I believe so.
25     Q.   Well, you didn't apply until the

1   MIRIAM BAUZA
2   end of June, is that right?
3      A.   Yes.
4      Q.   But you were out since before
5   June 14th, correct?
6      A.   Right, correct.
7      Q.   Did you understand that there was a
8   waiting period in order to receive disability?
9      A.   No.
10     Q.   You didn't understand that there
11   was a seven-day waiting period?
12     A.   Yes, I do know.
13     Q.   And this would be reflective of
14   approximately that seven days that you were out.
15     A.   Yes.  But at the time, I couldn't
16   think clear at the time.  I have to say that to
17   you.
18     Q.   But by this point in time you had
19   filled out the application, correct?
20     A.   Yes.
21     Q.   And this was the first checks that
22   you received, is that correct?
23     A.   That's correct.
24           (Defendant's Exhibit O for
25   identification, Canceled Check.)

1   MIRIAM BAUZA
2      Q.   I'm going to show you what we
3   marked as Defendant's Exhibit O.  Again, the
4   bottom portion is a copy of the check, a check
5   payable to you, correct?
6      A.   Yes, mm-hmm.
7      Q.   And do you see that is for a pay
8   period of July 5th, 2006 to July 11, 2006, is
9   that correct?
10     A.   Yes.
11     Q.   And the pay amount is for -- the
12   net pay is for $1,114.04.  Is that correct?
13     A.   Correct.
14     Q.   And if you'll look on there, the
15   total benefit that was paid prior to the gross
16   amount is 1,445.48, is that correct?
17     A.   That's correct.
18           (Defendant's Exhibit P for
19   identification, Copy of Check.)
20     Q.   I'm going to show you what we
21   marked as Defendant's Exhibit P and ask you if
22   you recognize that document.
23     A.   Yes.
24     Q.   And that is a check dated July 18th
25   payable to you, correct?

1   MIRIAM BAUZA
2      A.   Mm-hmm, correct.
3      Q.   And the payment period is for July
4   12, 2006 to July 18, 2006, correct?
5      A.   Yes.
6      Q.   And that is the week after that you
7   received the check marked Defendant's Exhibit O,
8   is that correct?
9      A.   Correct.
10     Q.   So it's a one-week pay period.
11     A.   Correct.
12     Q.   And that is in the same amount, for
13   1,114.04, is that right?
14     A.   Correct.
15     Q.   And the gross amount, again, was
16   1,445.38, is that right?
17     A.   Correct.
18           (Defendant's Exhibit Q for
19   identification, Copy of Check.)
20     Q.   I'm going to show you what we
21   marked as Defendant's Exhibit Q.  Again, that is
22   a check dated July 25, 2006, correct?
23     A.   Yes.
24     Q.   That's payable to you?
25     A.   Yes.

Page 162

MIRIAM BAUZA

1
2     Q.    That's for the same amount,
3  1,114.04, correct?
4     A.    Correct.
5     Q.    And again, that's for a one-week
6  payment period of July 19 through July 25th,
7  2006, correct?
8     A.    Correct.
9     Q.    And that's a check that you did
10  receive?
11     A.    Correct.
12          (Defendant's Exhibit R for
13  identification, Copy of Check.)
14     Q.    Again, I'm showing you what's
15  Defendant's Exhibit R, which is check dated
16  August 1st, 2006 payable to you, correct?
17     A.    Correct.
18     Q.    And that's in the same amount,
19  1,114.04 net, is that correct?
20     A.    Correct.
21     Q.    And that's again for a one-week pay
22  period from July 26th through August 1st,
23  correct?
24     A.    Correct.
25          (Defendant's Exhibit S for

Page 163

MIRIAM BAUZA

1
2  identification, Copy of Check.)
3     Q.    Ms. Bauza, I'm showing you a
4  document marked as Defendant's Exhibit S, which
5  on the bottom shows a check payable to you dated
6  August 4, 2006, correct?
7     A.    Correct.
8     Q.    Now, that is for a pay period of
9  August 2nd through August 6th, 2006. Do you see
10  that?
11     A.    Correct.
12     Q.    And that is for a less amount,
13  $112.14.
14     A.    Mm-hmm.
15     Q.    Do you see that?
16     A.    Yes.
17     Q.    And that is because you had
18  returned to work during this pay period, is that
19  correct?
20          MR. BONNIST: Just note my
21  objection.
22     Q.    Let me withdraw the question. Do
23  you have any idea as to why this check is netted
24  out to $112.14?
25     A.    No.

Page 164

MIRIAM BAUZA

1
2     Q.    That is a shorter time frame, only
3  four days, as opposed to the other checks which
4  were for a period of seven days, correct?
5     A.    Correct.
6     Q.    You returned to work on August 7th,
7  which was a Monday, is that correct?
8     A.    Right.
9     Q.    Do you know after receiving which
10  check that you called Aetna about the
11  overpayment?
12     A.    I remember it was the second check.
13     Q.    It wasn't the first one, which was
14  the retroactive check.
15     A.    No. I remember it was the second
16  check.
17     Q.    Was it in reference to Exhibit O?
18     A.    That's correct.
19     Q.    And that's when you had those
20  conversations in which they confirmed to you
21  over the telephone that it was correct, is that
22  right?
23     A.    That's correct.
24     Q.    When was the first time that you
25  spoke with anyone about Mediacom about these

Page 165

MIRIAM BAUZA

1
2  overpayments?
3     A.    I think it was November 14 or 15.
4     Q.    And up until then you had not had
5  any discussions with anyone at Mediacom about
6  the fact that you were overpaid by Aetna.
7     A.    No.
8     Q.    Who was it that first brought it to
9  your attention at Mediacom about the issue of
10  overpayments?
11     A.    It was Judy Mills and Regina Burgos
12  and Joe Mickulski.
13     Q.    Now, this isn't going to be a math
14  test, but your monthly earnings -- or your
15  weekly earnings according to this were $818, is
16  that correct?
17     A.    That's correct.
18     Q.    And that was your gross?
19     A.    I believe so.
20     Q.    If it was about 42,000, it would be
21  in that neighborhood. That would be your net,
22  correct?
23     A.    That's correct.
24     Q.    And you didn't recall what your net
25  payments were.

MIRIAM BAUZA

1
2   A.   No.
3   Q.   Your guess, as you understood it,
4  you were to get two-thirds of that.
5   A.   Okay.
6   Q.   So what was your understanding as
7  to what your gross should have been for
8  disability payments?
9   A.   You mean --
10    MR. BONNIST:  Objection.  Her
11  understanding today, her understanding then?
12    MR. RIOLO:  No.  She said she
13  understood that she was getting two-thirds.
14   Q.   So what my question is what was
15  your understanding as to the amount of
16  disability payments that you should be receiving
17  based on what you had said, the two-thirds
18  disability?
19   A.   Well, I knew it was going to be
20  less.  And that's why my question was to the
21  insurance company, the people that sent me the
22  check, and that's why I called.  Because I know
23  that the dates, the amount of days in the check,
24  to me it was wrong for the amount of money.  And
25  that's why I called.

MIRIAM BAUZA

1
2   Q.   That's why you called Aetna.
3   A.   That's why I called Aetna.
4   Q.   So it was clear to you from the
5  time of that second check that there was
6  something wrong with the payment.
7   A.   Exactly.  So that's why I called.
8   Q.   And you had that conversation in
9  which they said no, it wasn't.
10   A.   When I called, I actually asked
11  them again for the second time, and they
12  reconfirmed to me that it was okay, I have no
13  doubt in my mind that they were right,
14  regardless.
15   Q.   So you thought they were right.
16   A.   I thought they were right.
17   Q.   Even though you had an
18  understanding that you were only supposed to
19  receive two-thirds.
20   A.   Yes.  Because I -- yes.  Yes.
21   Q.   And after you came back you didn't
22  discuss that with anybody at Mediacom as to this
23  what you thought was a mixup from Aetna.
24   A.   At this point I do made I think it
25  was two phone calls to Joe Mickulski, left a

MIRIAM BAUZA

1
2  message for him to call me.  And he never called
3  me back.
4   Q.   You didn't say what it was about.
5   A.   I didn't say what it was about.
6  But I left those two messages.
7   Q.   And how soon after you spoke with
8  Aetna did you leave those two messages?
9   A.   I don't quite remember, but it was
10  along the time that I was out.
11   Q.   You made those telephone calls from
12  home?
13   A.   Yes.
14   Q.   And the calls from Aetna, did you
15  make those calls from home as well?
16   A.   From home, too.
17   Q.   What's your home telephone number?
18   A.   My number is 845-561-1152.  And if
19  I'm not mistaken, the phone calls that I made to
20  Joe Mickulski was directly to his extension.
21   Q.   Do you know what that is?
22   A.   I think the four last digits is
23  2721, if I'm right.
24    MR. BONNIST:  Do you have a cell
25  phone that you would have called from?

MIRIAM BAUZA

1
2   A.   That's the only number that I
3  called.
4   Q.   What was the phone service that you
5  use?
6   A.   I use Time Warner Cable.
7   Q.   And did you use that at the time?
8   A.   Yes.  Mm-hmm.
9   Q.   And the number that you used for
10  Aetna, that was the one that you had received
11  on -- that you had on some of those documents.
12   A.   Exactly.  Actually, from the check,
13  I picked it up from the check.  From here.  The
14  800 number I think it was.
15   Q.   Do you see it on any of the
16  documents that we marked?
17   A.   It's right here.  188.  That's the
18  number I called.
19   Q.   So that number --
20   A.   That's the number I called.
21   Q.   You're looking on this specific
22  one, Defendant's Exhibit S.  At least the 1-888
23  number.
24   A.   Exactly.
25   Q.   Now, you said that you had first

Page 170

MIRIAM BAUZA

1   MIRIAM BAUZA
2  gotten -- or you said it was first brought to
3  your attention in a meeting with Judy, Regina
4  and Joe as to the issue of overpayments.
5      A.   Correct.
6      Q.   How were you told to come to this
7  meeting? By whom?
8      A.   I was called by Judy to go to her
9  office.
10      Q.   And when you came in --
11      A.   I found three of them in there,
12  yes.
13      Q.   Tell me as best you can recall who
14  said what during that meeting.
15      A.   First of all, I was surprised that
16  I was called. And the first one to speak was
17  Judy Mills.
18      Q.   And what did Judy say when she
19  first spoke?
20      A.   She mentioned to me that I was
21  overpaid by disability from Aetna.
22      Q.   Did she say --
23      A.   And then I said to her oh, I did
24  call them and they told me that everything was
25  correct.

Page 171

MIRIAM BAUZA

1   MIRIAM BAUZA
2      Q.   Tell me how that conversation
3  progressed as to who said what, as best you
4  recall. I know you're not going to remember
5  verbatim as to what everybody said. That's not
6  what I'm asking. Generally, what was said next
7  and by whom?
8      A.   I explained to her that I did call
9  them because I felt there was something wrong.
10  And I called them and asked them that I had a
11  question in regard to dates and the amount of
12  money. And they confirmed twice to me that it
13  was correct.
14      Q.   And what, if anything, did you say?
15  Who said what next?
16      A.   She said why I didn't call the
17  office. And I said at the moment I just -- I
18  felt that I was getting the checks from them.
19  They knew to me more than anybody else how much
20  I supposed to get.
21         And along the way I said that I was
22  going to call someone in the office, especially
23  Joe Mickulski, which I did. Which I did. But
24  at the time I didn't mention that because I
25  didn't remember if I had called. Coming back

Page 172

MIRIAM BAUZA

1   MIRIAM BAUZA
2  home I realized that I did put through I think
3  it was two phone calls from my house.
4      Q.   So during this meeting that you
5  had, you didn't remember that you had left those
6  two messages for Joe.
7      A.   Exactly. I didn't remember at the
8  time. So I didn't mention that I had called.
9  And I just told him that I had forgot. And I
10  did forgot when I came back just to mention it
11  because I didn't think it was wrong. I just for
12  whatever reason, I thought that they were
13  correct because they assured me they were
14  correct.
15      Q.   After they had assured you it was
16  correct, "they" being Aetna, you still attempted
17  to call Joe.
18      A.   Yes, I did.
19      Q.   Why were you calling Joe if at that
20  point you thought Aetna was right?
21      A.   Because for whatever reason, I just
22  wanted to mention it to him.
23      Q.   And what was the reason you wanted
24  to mention it to him?
25      A.   I just felt that I wanted to

Page 173

MIRIAM BAUZA

1   MIRIAM BAUZA
2  mention it to him.
3      Q.   Did you still have some doubt in
4  your mind that Aetna could have been wrong?
5      A.   It could be at the time. But I
6  felt if those -- when those payments go through,
7  if they come -- if at one point Mediacom have to
8  deal with them, they don't have to give the okay
9  for them to release those checks.
10      Q.   Was it your understanding that
11  before the checks were released, that someone at
12  Mediacom would review it?
13      A.   No, but I was just thinking that if
14  it's something -- I felt myself that I didn't
15  have the urgent to let them know because I felt
16  all along they were right. And I was also
17  saying to myself if I got those checks, I'm sure
18  they're correct because they have to release --
19  something have to be released from Mediacom.
20      Q.   But when you first got the checks,
21  you didn't think they were right because that's
22  what prompted you to call Aetna.
23      A.   Exactly.
24      Q.   Even after you called Aetna, you
25  still had doubts.

Page 186

MIRIAM BAUZA

1 her during that meeting?
2     A.    I don't remember if I said
3 anything.
4     Q.    Did she tell you the reason as to
5 why you were terminated?
6     A.    I think because of the
7 overpayment -- because of the overpayment and
8 that I didn't let anybody in Mediacom to know.
9 That's what she said to me.
10     Q.    Did she say anything else that you
11 recall?
12     A.    And I think I told her that that
13 was -- Aetna had said to me that was their
14 mistake, their error. It was not my error.
15     Q.    Did she say anything in response to
16 you?
17     A.    No.
18     Q.    Did Joe say anything during that
19 meeting?
20     A.    No.
21     Q.    Is there anything else you can
22 recall either you saying during that meeting or
23 Judy saying during that meeting other than what
24 you've just testified to?

Page 187

MIRIAM BAUZA

1     A.    No.
2     Q.    Did you have any conversations with
3 Joe --
4     A.    After?
5     Q.    -- after that?
6     A.    Yes, I did.
7     Q.    Where was that?
8     A.    By my area.
9     Q.    What is it that you said to Joe and
10 Joe said to you?
11     A.    Joe said to me that, you know, he
12 felt he was sorry for what happened to me, I was
13 a great person and it was out of his hands. It
14 was not his decision.
15     Q.    Did he say whose decision it was?
16     A.    No, he didn't tell me.
17     Q.    Anything else that he said?
18     A.    No.
19     Q.    Is there anything that you said to
20 him during that conversation?
21     A.    I just told him that I just
22 couldn't believe it because here I am, cancer
23 patient, going through chemo, losing my job, I
24 just felt like -- it was like a nightmare.

Page 188

MIRIAM BAUZA

1     Q.    And you said that to him?
2     A.    Yes.
3     Q.    Anything else that you can recall
4 you saying to him during that conversation?
5     A.    I just told him that nobody knows
6 what I'm going through until that person --
7 until it happens really to you. Sometimes
8 people can sympathize for you but they never
9 know what that is until actually you go through
10 that yourself. And he said he could understand
11 where I was coming from and I feel bad.
12     Q.    Did you speak with anybody else
13 after that meeting with Judy and Joe other than
14 the conversation you just mentioned with Joe
15 before you left?
16     A.    I spoke to Regina. Regina asked to
17 speak with me before I was leaving. And she
18 told me if I need recommendations, she was
19 willing to give it to me. If I needed
20 references from her, she was willing to give it
21 to me.
22     Q.    Did she say anything else?
23     A.    No. She said that she feels bad.
24     Q.    Did you say anything to her?

Page 189

MIRIAM BAUZA

1     A.    I just told her that it was nice
2 working with her.
3     Q.    Did you ever learn as to whose
4 decision it was to terminate you?
5     A.    No. But I have to say something
6 that when I was terminated at that moment, I
7 remember Mark Stephan conversation once when I
8 just got in to work in the office. I think it
9 was four weeks or five weeks later. He was in
10 the cafeteria where is the corporate office.
11 And he was talking to someone saying that the
12 big boss is not comfortable to pay medical bills
13 for someone just coming aboard than for someone
14 that has been there five years with five years
15 of service.
16     At that point I got up because I
17 wanted to see who was the person that was
18 talking about that. And when I got up and went
19 around to the cafeteria, it was Mark Stephan. I
20 had met him -- that was one of the first people
21 that I met when I went for the interview, so
22 that's why I knew his name. The other person, I
23 didn't know who he was.
24     Q.    Did you ever learn who it was?

---

Page 190

MIRIAM BAUZA

1
2      A.    I didn't see from the face, but he
3  was talking to somebody else.
4      Q.    When did you overhear this
5  conversation?
6      A.    About five years later when I went
7  into work. Into Mediacom.
8      Q.    Five weeks after you just started?
9      A.    Yes.
10     Q.    So this was prior to your
11  diagnosis.
12     A.    Prior to my diagnosis.
13     Q.    So that conversation, did you know
14  who it was referencing?
15     A.    No. Then Joe Mickulski, two times
16  before I was diagnosed, he made the same comment
17  to me. The same exact comment.
18     Q.    What comment did he make?
19     A.    About when a new person is just
20  aboard, the big boss is not comfortable paying
21  medical bills for somebody that just come aboard
22  than for somebody that has been there five years
23  of service.
24     Q.    How did that come up with Joe
25  during those two conversations with you?

---

Page 191

MIRIAM BAUZA

1
2      A.    It just come up -- I don't know why
3  but it just come up, and about two times I
4  overheard him saying the same thing to some
5  other people. They were either on the phone --
6  I couldn't tell if it was over the phone or the
7  person was right next to him. Somebody from
8  corporate. Because his office was in a corner.
9  They have partition, they don't have offices.
10  So I was in a position where I always overheard
11  all his conversations. I would overheard
12  anybody talking over the cafeteria.
13           And when that happens to me that
14  they terminated me, I felt they terminated me
15  not for the reason why the checks. It was for
16  my illness, for my medical expenses.
17     Q.    And you feel that because of the
18  conversations that you overheard?
19     A.    Yes.
20     Q.    Is there any other reasons as to
21  why you feel it was over your cancer and your
22  medical bills other than recalling those
23  conversations you overheard with Joe and Mark?
24     A.    Because after I came back from my
25  disability, it was a big change the way

---

Page 192

MIRIAM BAUZA

1
2  everybody was treating me. Especially Judy
3  Mills.
4      Q.    Well, in what way differently did
5  Judy treat you?
6      A.    They were different. Even Italia
7  was different. Everyone was different. Even
8  Paul Miller was different. Everyone were
9  different.
10     Q.    In what way?
11     A.    The way they were treating me.
12  They didn't ask me how I felt, how I was doing.
13  They didn't have that anymore.
14     Q.    Other than not asking you how you
15  felt, how else were you treated?
16     A.    Oh, another thing -- I have to go
17  back to that question that you asked me. When I
18  was in Judy Mills' room, when she spoke to me
19  about the checks she also -- I said Judy, you
20  don't know what I've been going through with my
21  chemo. In that stage I don't know how I even
22  recognized that I was overpaid. I don't even
23  know how I recognize that I have that
24  overpayment. My state of mind, it was so bad.
25  She said come on now, I don't want to hear it.

---

Page 193

MIRIAM BAUZA

1
2      Q.    During what meeting is this
3  conversation?
4      A.    This is the meeting that I had with
5  her when Joe Mickulski was there and Regina was
6  there. I don't want to hear it.
7           I had diagnosis the second time in
8  my life cancer. I had my second full
9  mastectomy. I struggled to get up in the
10  morning and look in the mirror how I looked.
11  Losing my hair, dealing with all the side
12  effects, diarrhea, vomiting, constipation. Many
13  times when I was in the office, I had to run to
14  the bathroom, to the last one because I didn't
15  want anybody to know that I was so sick. But I
16  was there. I was a trooper, fulfilling my
17  complete job. And she don't want to hear it.
18     Q.    Anything else that you can recall
19  in terms of reasons -- conversations that you
20  had with people in terms of them expressing
21  either issues or problems with you taking time
22  or your treatments?
23     A.    Not that I recall right now.
24           (Defendant's Exhibit T for
25  identification, November 15th, 2006 Letter.)

---