# EXHIBIT "E"

# Mediacom
## RESTATEMENT OF ANTI-DISCRIMINATION AND SEXUAL HARASSMENT POLICY

Mediacom is an equal opportunity employer that does not discriminate in hiring, promotion, or other employment decisions on the basis of race, sex, religion, national origin, age, or non-job related disability. We respect the dignity and professionalism of all our employees. Mediacom's equal employment opportunity policy includes the absolute prohibition of harassment of any kind in the workplace and we will not tolerate this type of conduct.

Each supervisor has an affirmative duty to maintain his or her workplace free from harassment. Each supervisor shall discuss this policy with all employees and assure them that they are not required to endure insulting, degrading, or exploitative harassment.

No manager, supervisor or other employee shall threaten or insinuate, either explicitly or implicitly, that another employee's or applicant's refusal to submit to sexual advances will adversely affect that person's employment, work status, performance evaluation, wages, promotion, assigned duties, shifts or any other condition of employment or career development. Similarly no employee shall promise, imply or grant any preferential treatment in connection with another employee or applicant engaging in sexual conduct.

Other harassing conduct in the workplace, whether committed by supervisors or non-supervisory personnel, is also prohibited, including:

1. unwelcome flirtations, advances or propositions;
2. verbal or written abuse;
3. graphic verbal comments about a person's body;
4. degrading words;
5. any display in the workplace of suggestive objects or pictures;
6. explicit or offensive jokes;
7. physical assault.

Mediacom does allow its employees the use of an e-mail system as well as the internet, within business parameters. The downloading or forwarding of messages, jokes or any material that may be considered inappropriate is prohibited.

Any employee who believes he or she has been harassed should immediately report the alleged act to his or her supervisor. **If the complaint involves someone in the employee's direct line of supervision or if for any other reason the employee is uncomfortable discussing the allegations with his or her immediate supervisor, then the employee should inform another supervisor or the Human Resources Department of the complaint.**

No matter to whose attention the complaint is brought, Mediacom is committed to investigating the complaint promptly, in as confidential manner as possible and will take appropriate corrective action, if warranted. Under no circumstances will the complainant be subjected to retaliation for having registered the complaint.

Any employee determined, after an investigation, to have engaged in harassment in violation of this policy will be subject to appropriate discipline up to and including termination. Further, if any complaining employee is dissatisfied with the action of any supervisor who has conducted an investigation, an appeal of the decision can be directed to the office of the Senior Vice President of Human Resources.

ACKNOWLEDGEMENT OF RECEIPT

I, _Miriam Bauza_, acknowledge receipt of Mediacom's policy concerning sexual harassment and other forms of discrimination on this _31st_ day of _October, 2005_

_Miriam Bauza_
Employee Signature

EXHIBIT
Dx-H
3/19/08

MEDIACOM - 0015