# EXHIBIT "F"



# Welcome to Mediacom



**Rocco B. Commisso**
Founder, Chairman & Chief Executive Officer




August 2002




MEDIACOM - 0098




*"The quality of a person's life is in direct proportion to their commitment to excellence, regardless of their chosen field."*
- ***Vincent Lombardi***

Your individual commitment is the key to our success. Our commitment begins with the communities we serve, continues with the people we employ, and inspires our growth as a company within the ever-evolving cable television industry. Mediacom began as the vision of one man, our founder, Chairman and Chief Executive Officer Rocco B. Commisso. It was his entrepreneurial dream that created this Company and his skill as a financier that developed Mediacom into the dynamic Company that you have joined.

Before the creation of Mediacom, Mr. Commisso served as the Executive Vice President and Chief Financial Officer of Cablevision Industries, which was, at the time of its sale to Time Warner, the eighth largest multiple system operator (MSO) in the industry. Mr. Commisso's experience in the cable industry, coupled with his many years in banking, became the building blocks for a solid business plan. Add to that the vision and dedication to promote and expand service offerings to the millions of customers in non-metropolitan communities, and you have a formula for success.

Our history has certain defining moments. At the time of its first acquisition in March 1996, Mediacom consisted of a four



member management team with significant successful business experience in acquiring, financing and operating cable television systems. From March 1996 through January 1998, Mediacom completed six acquisitions of cable television companies that served approximately 64,000 basic subscribers in California, Arizona, Delaware and Maryland. In January 1998, the acquisition of US Cablevision and the Clearlake system expanded our reach into the central and southern parts of the United States. Our subscriber base topped 350,000 in 14 states and we became the nation's 20th largest MSO. Mediacom ended the last year of the 20th century on a high note by acquiring Triax Midwest Associates LP and Zylstra Communications Corporation. These additions expanded our reach to 22 states and nearly 719,000 customers. We became the ninth largest company in our industry. By December 2000, we had increased our subscriber base by approximately 60,000 additional subscribers through internal growth and 9 more acquisitions.

On February 4, 2000, all of the hard work which began four years earlier in Mr. Commisso's basement was validated. Mediacom LLC became Mediacom Communications Corporation, a publicly traded company listed on the NASDAQ exchange. At the time of the initial public offering (IPO) Mediacom had an enterprise value of approximately $2.5 billion. Our employees shared in this growth opportunity. We have always believed that the people we work with are the foundation of our success.

Keeping with his vision of growth and dedication to promote and expand service offerings to the millions of customers in non-metropolitan communities, Mr. Commisso once again





broadened Mediacom's horizons. On July 18, 2001 Mediacom more than doubled its size by acquiring 800,000 subscribers from AT&T Broadband, LLC. This acquisition has made Mediacom the eighth largest cable television company in the United States, now in 23 states. Mr. Commisso states that,

***"This is truly a defining moment for Mediacom, our employees, our investors and our customers."***

Like any technology-driven company, our focus is on the future. We offer our customers, many of whom are in small towns and cities, the new services and technologies, such as digital television and high speed Internet access, offered in major markets. Our customers are looking for one company to offer a wide range of services. Mediacom will fill this need. Mediacom's history may not span decades, but it does echo significant success, commitment and growth. We believe this reflects the dedication of every employee. Mr. Commisso has often said, "My vision is to bring the best entertainment value, the latest technologies and the highest level of service to our customers for their hard-earned dollars."

That is where we've been. You are a part of where we're going. Good luck and welcome aboard!

August 2002







Division Office Addresses 9
Introduction 11

**Mediacom Principles**

Equal Employment Opportunity 15
Harassment Policy 15
Sexual Harassment Policy 16
Code of Ethics & Business Conduct 18

**You And Your Job**

Your Supervisor 23
Labor Relations Philosophy 23
Customer Service 24
Open-Door Policy 24
Drug and Alcohol Policy 25
Relatives in the Workplace 26
Non-Disclosure / Confidentiality of Information 28
Your Conduct 29
Termination of Employment 31
Orientation Period (New Employee) 32
Probation (Unsatisfactory Performance) 33
Solicitation, Distribution and Posting 34
Attendance & Punctuality 34
Employee Classifications 37
Working Hours & Lunch Periods 39
Overtime 39
Payroll Information 40
Time Sheets 41
Personnel File 41




MEDIACOM - 0102




| | |
|---|---|
| Performance Evaluation | 42 |
| Promotion & Job Transfer | 43 |
| Personal Appearance / Dress | 43 |
| Business Casual Guidelines | 45 |
| Unacceptable Dress Guidelines | 45 |
| Housekeeping | 46 |
| Office Closures | 47 |
| Security Policy | 47 |
| Safety Policy | 48 |
| Property & Equipment | 49 |
| Smoking | 50 |
| Workplace Search | 50 |
| Violence in the Workplace | 51 |
| Electronic / Voice Communication | 51 |
| Break in Service | 53 |


**Benefits**


| | |
|---|---|
| Your Benefits | 57 |
| Benefit Information | 57 |
| Vacation | 58 |
| Paid Holidays | 59 |
| Flex Time | 61 |
| Leaves of Absence | 62 |
| Family & Medical Leave | 62 |
| Personal Leave of Absence | 64 |
| Workers' Compensation | 65 |
| Bereavement Leave | 67 |
| Pregnancy Disability Leave | 67 |
| Military Leave | 68 |






MEDIACOM - 0103




| | |
|---|---|
| Military Reserve Leave | 68 |
| Jury Leave | 69 |
| Time Off to Vote | 70 |
| Education Enrichment Program | 70 |
| Boot & Jean Allowance | 71 |
| Broadband Services | 71 |
| On-Call | 72 |
| NCTI Courses | 73 |
| Employee Referral Program | 74 |
| Employee Stock Purchase Plan | 75 |
| Health Care | 76 |
| Medical | 76 |
| Mental Health & Substance Abuse | 80 |
| Prescription Coverage | 81 |
| Dental | 82 |
| Short Term Disability (STD) | 85 |
| Long Term Disability (LTD) | 87 |
| Flexible Spending Accounts | 89 |
| Basic Life & Accident Insurance | 91 |
| Employee Assistance Program | 92 |
| 401(k) Plan | 93 |
| Cobra: Continuation of Health Insurance Benefits | 96 |
| **Acknowledgement of Receipt, Understanding and Compliance** | 97 |








## LEAVES OF ABSENCE

Mediacom many grant leaves of absence under certain circumstances. When granting a leave of absence, Mediacom will comply with all applicable state and federal laws including the Family and Medical Leave Act.

**Family and Medical Leave Act (FMLA)**
Please contact your manager as soon as you become aware of the need for a family or medical leave. The following is a summary of the relevant provisions. Additional information will be provided when a leave is requested.

- Eligible Employees: All employees with at least 12 months of service and who have worked at least 1,250 hours during the 12 month period preceding their request will be eligible for coverage under FMLA.

- FMLA Leave: FMLA allows up to 12 work weeks of unpaid leave in any rolling 12-month period for a serious health condition of the employee, the employee's spouse, child or parent; or for birth or adoption of a child or the placement of a child for foster care. Written medical documentation and a completed request form must be submitted to your Human Resources Department for approval prior to the leave. All accrued but unused flex and vacation time will be used at the beginning of leave, running concurrently with FMLA leave.

- FMLA Procedures: When you seek FMLA leave, you must submit a request form to your Human Resources





Department. You will be notified within two (2) business days of your rights under the FMLA. You are solely responsible for returning appropriate documents within the specified time or leave will not be recognized. A return to work date must be included in the documentation. If the dates are changed/extended by the physician, you must call in advance to notify your supervisor and Human Resources Department.

- Health Plan and Insurance Coverage: During FMLA leave, Mediacom will continue the employee's coverage under the group health plan on the same terms and conditions as are otherwise in effect. You will be required to continue to pay your portion of the premium. If you fail to pay, your coverage will be canceled.

- Job Reinstatement: Unless your job has been eliminated or changed while you are on leave, upon your return from Family and Medical Leave, you will be restored to your original or an equivalent job position with equivalent pay, benefits and other employment terms. You will not accrue vacation or flex benefits while on Family and Medical Leave.

- Any of the following acts or omissions by an employee during a leave of absence (STD, LTD, FMLA, bereavement or military leave) may be considered acts of voluntary resignation: failure to notify Mediacom of availability for work when the reason for the leave no longer exists; failure to return to work when the leave expires; extending the leave of absence beyond the maximum time allowed without approval; failure to return appropriate documentation in specified time; reporting for work with another company; applying for



unemployment insurance benefits; starting another business; or failure to provide appropriate verification of the reason for the leave.

**Personal Leave of Absence**

Occasionally employees may find they are in need of time off for compelling personal reasons or they are not eligible for federal (FMLA) leave or state mandated leaves. Mediacom will consider requests for unpaid leave for personal reasons including reasons qualifying for Family and Medical Leave but extending beyond the maximum periods allowed for that leave. Requests will be reviewed on an individual basis and will be granted only upon the demonstration of a compelling need. Approval of leave will be based on management discretion, the reason for the leave, business constraints and whether the employee is in good standing. A written request must be submitted.

We will not make any commitment to hold your position open while on leave. You may request a leave if you are a full-time or part-time employee and have completed at least six (6) months of employment. You must first use any available vacation and flex time. You will not accrue benefit hours toward vacation or flex time and you will not be paid for Company observed holidays during leave. The maximum personal leave of absence shall be 30 days. Additional leave extensions shall be considered only under extraordinary circumstances and then only if the employee requests such extensions in writing prior to the termination of the original leave of absence. Extensions are not guaranteed and will be governed by Mediacom's willingness to accommodate such a request.





Mediacom will continue healthcare and insurance coverage during the approved leave provided you continue to pay the employee portion of the premium.

Prior to the beginning of the leave, a return-to-work date should be set. Mediacom will consider the employee's failure to return to work on the specified date as a voluntary resignation of employment unless an extension has been requested and approved.

Upon termination of the leave, you may be returned to the same or comparable position if this is consistent with the company's business needs. Again, there is no guarantee to hold your position open.

If at the expiration of an approved leave of absence, you fail to return to an available position, your inactive leave of absence status shall be terminated. You then have the option of continuing health insurance at your expense in accordance with COBRA provisions. Of course, this will not adversely effect any open, active Workers' Compensation or Long Term Disability claims.

## WORKERS' COMPENSATION

Mediacom provides workers' compensation insurance to protect you from the loss of income and the medical expenses associated with on-the-job injury or illness.

To ensure that you receive these benefits, you must report all work-related accidents or illnesses to your supervisor immediately no matter how minor. Failure to report injuries or accidents immediately may result in your claim being







satisfaction of any applicable deductible. These percentages apply only to covered expenses which do not exceed usual and customary charges. You are responsible for all non-covered expenses and any amount which exceeds the usual and customary charge for covered expenses.

An Out-of-Pocket maximum is the maximum amount of covered expenses each covered individual must pay during the year, excluding deductible, before the co-payment percentage of the plan increases. When a covered person reaches the out-of-pocket maximum, the plan will pay 100% of additional covered expenses for that individual during the remainder of that year.

## SHORT TERM DISABILITY (STD)

Mediacom's STD Plan provides income protection when you are unable to work. STD benefits are payable for non-work related illness or injury for a maximum of 12 weeks. You are not required to contribute to the cost of this coverage.

You are eligible for coverage under the STD plan if you are a regular, full time employee working 37 1/2 hours or more per week. Coverage becomes effective on the first of the month following 60 days of employment.

- Benefits will begin once the elimination period has been completed. The elimination period is seven (7) calendar days of continuous disability.
- The plan provides 66 2/3% of your basic weekly wages, to a maximum of $2,500 per week.
- The company will pay the employee for the elimination







period through the use of accrued benefit time (vacation or flex). If there is no time available, the elimination period will be unpaid. Benefits will begin on the eighth day of disability.
- Time off under the short-term disability plan will coincide with FMLA time.

The short-term disability benefits payable under the company-sponsored plan will be coordinated with state mandated benefits where applicable. The state mandated benefits are primary.

**How STD Affects Other Benefits**
While you are disabled, you may receive benefits from other company benefit plans as outlined below.

- Health Care Benefits- If you were covered by the medical plan, you and your eligible dependents may continue to receive health care coverage for the length of time approved for short term disability provided you pay Mediacom the employee portion of the premium.
- Company Paid Life Insurance- Your company paid life insurance will continue for the length of time approved for short term disability.
- Supplemental Life Insurance- If you elected to receive supplemental life insurance, this coverage will continue for as long as you make payments for this protection.
- Vacation/Flex time- While on approved leave, vacation and flex time accrual will be suspended. However, accrued benefit time will not be lost except to fill elimination period.
- 401(k) Plan- If you are a member of the company 401(k), contributions will be suspended while on disability.





Participation in the (STD) plan ceases upon the earliest of:

1. The date you terminate employment; or
2. The date you cease to be eligible; or
3. The date the Plan terminates.

For more details please refer to the Mediacom SPD or contact your Human Resources Department.

**LONG TERM DISABILITY (LTD)**

Mediacom also provides LTD coverage at no cost to you. We have taken steps to provide income protection for you and your family.

You are eligible for coverage when you are a regular, full time employee working 37 1/2 hours or more per week. Eligibility for coverage becomes effective on the first of the month following 60 days of employment.

- LTD benefits begin when you have been disabled for more than 90 days or on the date your insured STD payments end, whichever is later. You must be continuously disabled through the 90 day elimination period. You disability will be treated as continuous if it stops for 30 days or less during your elimination period. The days that you are not disabled will not count toward your elimination period.
- Receipt of STD benefits does not automatically mean you will receive LTD benefits.
- The benefit provides 66 2/3% of basic monthly wages to a maximum of $7,500 per month less other income benefits such as Social Security, Worker's Compensation, etc.
- Initially, you are considered disabled if you are unable to







according to law, you may resign or Mediacom may terminate your employment at any time without notice or explanation. Except in the event of termination for cause, you understand that it is Mediacom's practice to furnish two (2) weeks' notice of separation from employment and that you are expected to do the same.

MIRIAM BAUZA
Employee Name
(please print)

[signature]
Employee's signature

11-1-05
Date signed





EXHIBIT
DX- G
3/19/08