# EXHIBIT "G"

## AETNA LIFE INSURANCE CO.
## NOTICE AND PROOF OF CLAIM FOR DISABILITY BENEFITS

**CLAIMANT: READ THE FOLLOWING INSTRUCTIONS CAREFULLY**

1. USE THIS FORM IF YOU BECOME SICK OR DISABLED WHILE EMPLOYED OR IF YOU BECOME SICK OR DISABLED WITHIN FOUR (4) WEEKS AFTER TERMINATION OF EMPLOYMENT. USE CLAIM FORM DB-300 IF YOU BECOME SICK OR DISABLED AFTER HAVING BEEN UNEMPLOYED MORE THAN FOUR (4) WEEKS.
2. YOU MUST COMPLETE ALL ITEMS OF PART A — THE "CLAIMANT'S STATEMENT". BE ACCURATE. CHECK ALL DATES.
3. BE SURE TO DATE AND SIGN YOUR CLAIM (SEE ITEM 12). IF YOU CANNOT SIGN THIS CLAIM FORM, YOUR REPRESENTATIVE MAY SIGN IT IN YOUR BEHALF. IN THAT EVENT, THE NAME, ADDRESS AND REPRESENTATIVE'S RELATIONSHIP TO YOU SHOULD BE NOTED UNDER THE SIGNATURE.
4. DO NOT MAIL THIS CLAIM UNLESS YOUR HEALTH CARE PROVIDER COMPLETES AND SIGNS PART B — THE "HEALTH CARE PROVIDER'S STATEMENT".
5. YOUR COMPLETED CLAIM SHOULD BE MAILED WITHIN THIRTY (30) DAYS AFTER YOU BECOME SICK OR DISABLED TO YOUR LAST EMPLOYER OR YOUR LAST EMPLOYER'S INSURANCE COMPANY.
6. MAKE A COPY OF THIS COMPLETED FORM FOR YOUR RECORDS BEFORE YOU SUBMIT IT.

**PART A — CLAIMANT'S STATEMENT (Please Print or Type) ANSWER ALL QUESTIONS**

1. My name is  MIRIAM  A.  BAUZA          Social Security Number: 063 48 2259
2. Address: 6 VALENTINE Road   Newburgh   NY   12550
3. Tel. No. 845-561-1152    4. Date of Birth 6-5-54    5. Married (Check one) ☒ Yes ☐ No
6. My disability is (if injury, also state how, when, and where it occurred) _____
7. I became disabled on  6 / 7 / 2006     a. I worked on that day ☐ Yes ☒ No
   b. I have since worked for wages or profit. ☒ Yes ☐ No  If "Yes", give dates _____
8. Give name of last employer. If more than one employer during the last eight (8) weeks, name all employers.

| EMPLOYER'S BUSINESS NAME | BUSINESS ADDRESS | TELEPHONE NO. | DATE OF EMPLOYMENT FROM Mo. Day Yr. | THROUGH Mo. Day Yr. | AVERAGE WEEKLY WAGES (Include Bonuses, Tips, Commissions, Reasonable Value of Board, Rent, etc.) |
|---|---|---|---|---|---|
| MediaCom | 100 Crystal Run Rd | 845-695-2600 | 10-31-05 | | $848.00 |

9. My job is or was  Payroll Supervisor    Name of Union and Local Number, if Member _____

10. For the period of disability covered by this claim
    a. Are you receiving wages, salary or separation pay: ☐ Yes ☒ No
    b. Are you receiving or claiming:
       (1) Workers' compensation for work-connected disability  ☐ Yes ☒ No
       (2) Unemployment Insurance Benefits  ☐ Yes ☒ No
       (3) Damages for personal injury  ☐ Yes ☒ No
       (4) Benefits under the Federal Social Security Act for long-term disability  ☐ Yes ☒ No
    IF "YES" IS CHECKED IN ANY OF THE ITEMS IN 10a OR 10b, COMPLETE THE FOLLOWING:
    I have ☐ received  ☐ claimed from _____  for the period _____ to _____

11. I have received disability benefits for another period or periods of disability within the 52 weeks immediately before my present disability began. ☐ Yes ☒ No
    If "YES", fill in the following: I have been paid by _____ From _____ To _____

12. I have read the instructions above. I hereby claim Disability Benefits and certify that for the period covered by this claim I was disabled, and that the foregoing statements, including any accompanying statements, are to the best of my knowledge true and complete.

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD PRESENTS, CAUSES TO BE PRESENTED, OR PREPARES WITH KNOWLEDGE OR BELIEF THAT IT WILL BE PRESENTED TO OR BY AN INSURER, OR SELF-INSURER, ANY INFORMATION CONTAINING ANY FALSE MATERIAL STATEMENT OR CONCEALS ANY MATERIAL FACT SHALL BE GUILTY OF A CRIME AND SUBJECT TO SUBSTANTIAL FINES AND IMPRISONMENT.

Claim signed on  6-7-06     Claimant's Signature: [signed]

If signed by other than claimant, print below: name, address, and relationship of representative

Disclosure of Information: The Board will not disclose any information about your case to any unauthorized party without your consent. If you choose to have such information disclosed to an unauthorized party, you must file with the Board an original signed Form OC-110A, Claimant's Authorization to Disclose Workers' Compensation Records, or an original signed, notarized authorization letter. You may telephone your local WCB office to have Form OC-110A sent to you, or you may download it from our web page, www.wcb.state.ny.us. It can be found under the heading Common Forms Online. Mail the completed authorization form or letter to the address given below.

| IF YOU HAVE ANY QUESTIONS ABOUT CLAIMING DISABILITY BENEFITS, CONTACT THE NEAREST OFFICE OF THE NYS WORKERS' COMPENSATION BOARD, OR WRITE TO WORKERS' COMPENSATION BOARD, DISABILITY BENEFITS BUREAU, 100 BROADWAY-MENANDS, ALBANY, NY 12241-0005 | SI TIENE DUDAS RELACIONADAS CON LA RECLAMACION DE BENEFICIOS POR INCAPACIDAD, COMUNIQUESE CON LA OFICINA MAS CERCANA DE LA JUNTA DE COMPENSACION OBRERA DE NUEVA YORK, O ESCRIBA A: WORKERS' COMPENSATION BOARD, DISABILITY BENEFITS BUREAU, 100 BROADWAY-MENANDS, ALBANY, NY 12241-0005 |
|---|---|

**HEALTH CARE PROVIDER MUST COMPLETE PART B ON REVERSE**

DB-450 (2-04)     GC-155 (10-04) A-POD

EXHIBIT
DX-J
3/19/08

## NOTICE AND PROOF OF CLAIM FOR DISABILITY BENEFITS

**IMPORTANT: USE THIS FORM ONLY WHEN THE CLAIMANT BECOMES SICK OR DISABLED WHILE EMPLOYED OR BECOMES SICK OR DISABLED WITHIN FOUR (4) WEEKS AFTER TERMINATION OF EMPLOYMENT. OTHERWISE USE CLAIM FORM DB-300.**

### PART B — HEALTH CARE PROVIDER'S STATEMENT (Please Print or Type)

THE HEALTH CARE PROVIDER'S STATEMENT MUST BE FILLED IN COMPLETELY AND THE FORM MAILED TO THE INSURANCE CARRIER OR SELF-INSURED EMPLOYER, OR RETURNED TO THE CLAIMANT WITHIN SEVEN DAYS OF THE RECEIPT OF THE FORM. If Item 7d, give approximate date. Make some estimate. If disability is caused by or arising in connection with pregnancy, enter estimated delivery date under "Remarks."

1. Claimant's Name: MIRIAM BAUZA
2. Date of Birth: 6-5-54
3. Sex: ☐ Male ☒ Female
4. Diagnosis/Analysis: BREAST CANCER    Diagnosis Code: 174.1
   a. Claimant's Symptoms: —
   b. Objective Findings: ABNORMAL MAMMO ? BX
5. Claimant Hospitalized? ☒ Yes ☐ No    From: 6-7-06    To: 6-9-06
6. Operation Indicated? ☒ Yes ☐ No    a. Type: RIGHT TOTAL MAST - RECONSTRUCTION    b. Date: 6-7-06
7. Enter Dates for the Following:

| | Month | Day | Year |
|---|---|---|---|
| a. Date of your first treatment for this disability | 6 | 7 | 06 |
| b. Date of your most recent treatment for this disability | 6 | 20 | 06 |
| c. Date claimant was unable to work because of this disability | 6 | 7 | 06 |
| d. Date claimant will be able to perform usual work | 8 | ? | 06 |

(Even if considerable question exists, estimate date. Avoid use of terms such as unknown or undetermined.)

8. In your opinion, is this disability the result of injury arising out of and in the course of employment or occupational disease? ☐ Yes ☒ No
   If "Yes", has form C-4 been filed with the Workers' Compensation Board? ☐ Yes ☐ No
   Remarks (attach additional sheet, if necessary) _____
   (If disability is pregnancy related, please enter estimated delivery date.)

I affirm that I am a ☐ Chiropractor ☒ Physician ☐ Psychologist ☐ Dentist ☐ Podiatrist ☐ Nurse-Midwife    Licensed in the State of: NY    License Number: 155286

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD PRESENTS, CAUSES TO BE PRESENTED, OR PREPARES WITH KNOWLEDGE OR BELIEF THAT IT WILL BE PRESENTED TO OR BY AN INSURER, OR SELF-INSURER, ANY INFORMATION CONTAINING ANY FALSE MATERIAL STATEMENT OR CONCEALS ANY MATERIAL FACT SHALL BE GUILTY OF A CRIME AND SUBJECT TO SUBSTANTIAL FINES AND IMPRISONMENT.

Health Care Provider's Signature: Alexandra Heceolt    Date: 6-20-06
Health Care Provider's Name (Please Print): ALEXANDRA HECEOLT    Tel. No.: 212-639-5213
Office Address: 205 E 64 ST    City or Town: NY    State: NY    Zip Code: 10021

HIPAA NOTICE — In order to adjudicate a workers' compensation claim, WCL 13-a(4)(a) and 12 NYCRR 325-1.3 require health care providers to regularly file medical reports of treatment with the Board and the carrier or employer. Pursuant to 45 CFR 164.512 these legally required medical reports are exempt from HIPAA's restrictions on disclosure of health information.

### EMPLOYER'S NOTICE OF CLAIM

EMPLOYER'S NAME: Mediacom Communications    CONTROL NUMBER: 619308    SUFFIX: 20    ACCOUNT: 001
EMPLOYER'S ADDRESS: 100 Crystal Runway, Middletown, NY 10941    SOC. SEC. NO.: 062480257
EMPLOYEE'S NAME AND ADDRESS: Miriam Bauza, Wallenbach, Newburg, NY
EMPLOYEE'S LEGAL ZIP CODE: 12550 PLEASE PROVIDE THE EMPLOYEE'S MAILING ADDRESS, INCLUDING ZIP CODE, USED WHILE RECEIVING DISABILITY BENEFITS. ALSO, ADVISE THE ZIP CODE OF THE EMPLOYEE'S LEGAL ADDRESS, IF DIFFERENT FROM THE MAILING ADDRESS. THIS ADDRESS WILL BE USED TO DETERMINE STATE AND LOCAL TAX AUTHORITIES.

IF CLAIMANT SUBJECT TO FICA WITHHOLDING, ENTER FICA CODE: 01 (SEE CODES BELOW)
PERCENTAGE OF EMPLOYEE CONTRIBUTION TOWARD DISABILITY PREMIUM ____ % (IF NONE SHOWN WE WILL ASSUME EMPLOYER PAYS ALL)
DATE OF EMPLOYMENT: 10/31/05    DATE OF BIRTH: 6/5/1954    ☒ FULL TIME WORKER ☐ PART TIME WORKER
EMPLOYER'S FEDERAL IDENTIFICATION NO.: 12-3521820
IF NORMAL WORK WEEK OTHER THAN 5 DAYS CHECK APPROPRIATE BOXES TO SHOW DAYS WORKED: S☐ M☒ T☒ W☒ T☒ F☒ S☐
AVERAGE WEEKLY EARNINGS FOR THE 8 WEEKS IMMEDIATELY PRECEDING LAST DAY WORKED: $ 301.69
AVERAGE WEEKLY EARNINGS FOR 8 PAYROLL WEEKS IMMEDIATELY PRECEDING LAST DAY WORKED EXCLUDING THE PAYROLL WEEK IN WHICH DISABILITY BEGAN (i.e., 7 FULL PAYROLL WEEKS): $ 301.69

TO COMPUTE THE AVERAGE WEEKLY WAGE divide the total remuneration (including board, lodging, gratuities, etc.), paid by you to your employee during the eight (8) weeks immediately preceding and including his last day worked prior to the commencement of disability, by the number of weeks during which he/she worked on at least one day during such eight (8) week period.

DATE LAST WORKED: 6/6/06    WAS MORE THAN A HALF DAY WORKED ? ☒ YES ☐ NO
DATE & HOUR DISABILITY BEGAN: 6/7/06 ____ ☐ AM ☐ PM    DATE & HOUR RETURNED TO WORK ____ ☐ AM ☐ PM
IF FULL WAGES OR OTHER BENEFITS ARE PAID DURING DISABILITY INDICATE AMOUNT PER WEEK $ ____ ☐ WAGES ☐ SICK PAY ☐ VACATION
NUMBER WEEKS ____ AND WHETHER EMPLOYER REQUESTS REIMBURSEMENT (ALLOWED ONLY IF WAGES OR SICK PAY PROVIDED)? ☐ YES ☐ NO
ESTIMATED DATE SALARY CONTINUANCE WILL CEASE ____
IS ILLNESS OR INJURY DUE TO OCCUPATIONAL CAUSES? ☐ YES ☒ NO    IF YES, PLEASE PROVIDE COPY OF C-7 NOTICE OF CONTROVERSY.
REMARKS: ____
SIGNED: _____ (EMPLOYER'S REPRESENTATIVE)    Cecil Smith    (TITLE) HR Admin    (TELEPHONE NUMBER) 845-695-2600    DATE ____

### FICA CODE
Enter a two digit numeric code to indicate whether or not the claimant is subject to FICA. The codes (with explanations) are:

01 - Yes, subject to FICA tax, but actual deduction, if any, based on employer's contribution to premium.
04 - No, FICA tax not withheld since the employee is not a participant in the FICA program (e.g., city, state, Federal).
05 - No, FICA tax not withheld since the employee is on salary continuance and employer is withholding FICA.
06 - No, FICA tax not withheld since the employee is owner/proprietor (i.e., self-employed).
07 - No, FICA tax not withheld since the FICA maximum contribution/earnings base has been exceeded.
08 - No, FICA tax not withheld. Due to special alien status, employee is not subject to FICA.

DB-450 Reverse (2-04)    THE WORKERS' COMPENSATION BOARD EMPLOYS AND SERVES PEOPLE WITH DISABILITIES WITHOUT DISCRIMINATION