# EXHIBIT "J"

**Bank of America** — Higher Standards                    **Bank of America Direct**

Payer: MEDIACOM                                  No. 7091    **52006649**
                                                              Check Number

General Bus. Acct.   Certificate Number   Employee Name       Cert.    Paym. ID
539000 BY 001                             BAUZA A SAURA       000001108   01

TO THE ORDER OF: M A BAUZA
                 6 VALENTINE ROAD
                 MONTREAL NY 10550-7108                       PAY ▶

ONE THOUSAND ONE HUNDRED FOURTEEN DOLLARS AND 04/100

Payment Period 07/08/2006-07/11/2006

Bank of America
Aetna Life Insurance Company
as Agent for the above Payer

⑂520066494⑂ ⑈011900445⑈ 000000007091⑈                          ⑈000001114404⑈

| Check Info | |
|---|---|
| Account: | 7091 |
| Amount: | 1,114.04 |
| Check #: | 520066494 |
| Posted Date: | 07/25/2006 |

Bank of America, N.A. Member FDIC.
©2006 Bank of America Corporation. All rights reserved.

EXHIBIT
Dx - M
3/19/08

**Aetna** MEDIACOM    NO. 5430    7100574 51-44 / 119 CT
Check Number

| Control | Suf. Acct. | Certificate Number | Employee Name | Covg. | Paymt. ID |
|---|---|---|---|---|---|
| 619308 | 21  001 | | MIRIAM  A  BAUZA | 33101100 | 99 |

VOID VOID VOID VOID VOID

Do Not Endorse Or Pay Before Date
JULY  3, 2006

TO THE ORDER OF ▷ M A BAUZA
6 VALENTINE ROAD
NEWBURGH    NY   12550-7202

PAY ▷  $****470.98
Check Amount

FOUR HUNDRED SEVENTY DOLLARS AND 98/100

Payment Period 06/14/2006-07/04/2006

Bank of America
Aetna Life Insurance Company

*Alfred P. Funk Jr.*
Authorized Official

⑈7100574⑈ ⑆011900445⑆ 000000005430⑈

---

er    MEDIACOM    NO. 7091    **52004325** 51-44 / 119 CT
Check Number

| ontrol | Suf. Acct. | Certificate Number | Employee Name | Covg. | Paymt. ID |
|---|---|---|---|---|---|
| 19308 | 21  001 | | MIRIAM  A  BAUZA | 30001100 | 99 |

VOID VOID VOID VOID VOID

Do Not Endorse Or Pay Before Date
JULY  3, 2006

 THE ORDER OF ▷ M A  BAUZA
6 VALENTINE ROAD
NEWBURGH    NY   12550-7202

PAY ▷  $****755.00
Check Amount

SEVEN HUNDRED FIFTY FIVE DOLLARS AND 00/100

Payment Period 06/14/2006-07/04/2006

Bank of America
Aetna Life Insurance Company
as Agent for the above Payer

*Alfred P. Funk Jr.*
Authorized Official

⑈52004325⑈ ⑆011900445⑆ 00000000709⑈

EXHIBIT
DX-N
3/19/08

27

4630 Woodlands Corporate Blvd
Tampa, Florida, 33614

000251   J147UCR   000251

M A BAUZA
6 VALENTINE ROAD
NEWBURGH        NY        12550-7202

If the address for this payment is incorrect, please
enter the correct address and the employee Social Security
Number (SSN) in the "Payment Address" area to the right
and return this stub to the designated Aetna location.

If you have any questions or wish to report any other
changes, please enclose this stub with your letter or
call 1-888-382-3862 for assistance.

For Aetna Use: 619308210010000000000060000DB   00000025

300011002006060799 BAUZA MIRIAM A

Payment Address

Employee SSN:

ALONG THIS LINE — PLEASE ENCLOSE THIS STUB WITH ANY CORRESPONDENCE — CUT ALONG THIS

## Payment Information

Payment Date: 07/11/06   Payment Period 07/05/2006-07/11/2006   Number: 52006649

Control-Suffix-Account: 619308  21  001    Certificate Number:

| Type | Amount | Type | Amount |
|---|---|---|---|
| TDI BENEFIT | 1445.38 | | |
| FICA | - 106.34 | FIT | - 164.43 |
| PRE MEDICAL | - 46.15 | PRE DENTAL | - 4.04 |
| PRE VISION | - 5.14 | POST MISC | - 1.08 |
| POST FSA-HLTH | - 4.16 | | |

EXHIBIT
DX - O
3/19/08

Please detach and retain this stub for your records.
IR-66580 (12-04)                    DETACH ALONG THIS PERFORATED LINE

Payer  MEDIACOM                              NO. 7091         52006649  51-44 / 119 CT
                                                              Check Number

Control  Suf.  Acct.   Certificate Number   Employee Name
619308   21    001                          MIRIAM  A BAUZA          Covg.   Paymt. ID
                                                                     30001100   99
                                                                     Do Not Endorse Or Pay Before Date
TO THE ORDER OF ▶  M A BAUZA
                   6 VALENTINE ROAD                                  JULY 11, 2006
                   NEWBURGH  NY 12550-7202              PAY ▶
ONE THOUSAND ONE HUNDRED FOURTEEN DOLLARS AND 04/100                 Check Amount
                                                        Payment Period 07/05/2006-07/11/2006

Bank of America
Aetna Life Insurance Company
As Agent for the above Payer                   Alfred P. Clark Jr.
                                               Authorized Official

VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID

43

Aetna Disability Services
4630 Woodlands Corporate Blvd
Tampa, Florida 33614

000251   J147UCR   000251

M A BAUZA
6 VALENTINE ROAD
NEWBURGH          NY        12550-7202

| For Aetna Use | |
|---|---|
| 6193082100100000000060000DB | 000000251 |

300011002006060799 BAUZA
                          MIRIAM      A

Payment Address

If the address for this payment is incorrect, please enter the correct address and the employee Social Security Number (SSN) in the "Payment Address" area to the right and return this stub to the designated Aetna location.

If you have any questions or wish to report any other changes, please enclose this stub with your letter or call 1-888-382-3862 for assistance.

Employee SSN:

CUT ALONG THIS LINE    PLEASE ENCLOSE THIS STUB WITH ANY CORRESPONDENCE    CUT ALONG THIS LI

## Payment Information

| Payment Date | Number |
|---|---|
| 07/11/06  Payment Period 07/05/2006-07/11/2006 | 52006649 |

| Control-Suffix-Account | Certificate Number |
|---|---|
| 619308   21  001 | |

| Type | Amount | Type | Amount |
|---|---|---|---|
| TDI BENEFIT | 1445.38 | | |
| FICA | - 106.34 | FIT | - 164.43 |
| PRE MEDICAL | - 46.15 | PRE DENTAL | - 4.04 |
| PRE VISION | - 5.14 | POST MISC | - 1.08 |
| POST FSA-HLTH | - 4.16 | | |

Please detach and retain this stub for your records.
GR-66580 (12-04)                                    DETACH ALONG THIS PERFORATED LINE

42

000263  J147UCR  000263

M A BAUZA
6 VALENTINE ROAD
NEWBURGH       NY         12550-7202

For Aetna Use

6193082100100000000000060000DB        000000263

300011002006060799 BAUZA
                   MIRIAM      A

Payment Address

the address for this payment is incorrect, please
ter the correct address and the employee Social Security
mber (SSN)in the "Payment Address" area to the right
d return this stub to the designated Aetna location.

you have any questions or wish to report any other
anges, please enclose this stub with your letter or
ll 1-888-382-3862 for assistance.

Employee SSN:

PLEASE ENCLOSE THIS STUB WITH ANY CORRESPONDENCE

## ayment Information

yment Date
  07/18/06   Payment Period 07/12/2006-07/18/2006

Number           52010368

ntrol-Suffix-Account
619308    21   001

Certificate Number

| ype | Amount | Type | Amount |
|---|---|---|---|
| DI BENEFIT | 1445.38 | | |
| ICA | - 106.34 | FIT | - 164.43 |
| RE MEDICAL | - 46.15 | PRE DENTAL | - 4.04 |
| RE VISION | - 5.14 | POST MISC | - 1.08 |
| OST FSA-HLTH | - 4.16 | | |

EXHIBIT
DX-P
3/19/08

ease detach and retain this stub for your records.

---

er  MEDIACOM                                    NO. 7091

52010368   51-44 / 119 CT
Check Number

ntrol  Suf. Acct.   Certificate Number   Employee Name
19308   21  001                          MIRIAM   A BAUZA

Covg.          Paymt. ID
30001100         99

Do Not Endorse Or Pay Before Date
JULY 18, 2006

THE ORDER OF ▷ M A BAUZA
               6 VALENTINE ROAD
               NEWBURGH    NY  12550-7202

PAY ▷ 
Check Amount
Payment Period 07/12/2006-07/18/2006

E THOUSAND ONE HUNDRED FOURTEEN DOLLARS AND 04/100

ank of America
etna Life Insurance Company
s Agent for the above Payer


Authorized Official

41

4630 Woodlands Corporate Blvd
Tampa, Florida  33614

000263   J147UCR   000263

M A  BAUZA
6 VALENTINE ROAD
NEWBURGH         NY         12550-7202

For Aetna Use

6193082100100000000006OOOODB          000000263

300011002006060799 BAUZA
                   MIRIAM         A

Payment Address

If the address for this payment is incorrect, please enter the correct address and the employee Social Security Number (SSN) in the "Payment Address" area to the right and return this stub to the designated Aetna location.

If you have any questions or wish to report any other changes, please enclose this stub with your letter or call 1-888-382-3862 for assistance.

Employee SSN:

CUT ALONG THIS LINE          PLEASE ENCLOSE THIS STUB WITH ANY CORRESPONDENCE          CUT ALONG THIS LINE

## Payment Information

| Payment Date | | Number |
|---|---|---|
| 07/18/06   Payment Period 07/12/2006-07/18/2006 | | 52010368 |

| Control-Suffix-Account | Certificate Number |
|---|---|
| 619308    21   001 | |

| Type | Amount | Type | Amount |
|---|---|---|---|
| TDI BENEFIT | 1445.38 | | |
| FICA | - 106.34 | FIT | - 164.43 |
| PRE MEDICAL | - 46.15 | PRE DENTAL | - 4.04 |
| PRE VISION | - 5.14 | POST MISC | - 1.08 |
| POST FSA-HLTH | - 4.16 | | |

e detach and retain this stub for your records.

40


M A BAUZA
6 VALENTINE ROAD
NEWBURGH    NY    12550-7202

For Aetna Use

6193082100100000000060000DB    000000259

300011002006060799 BAUZA
                   MIRIAM      A

Payment Address

If the address for this payment is incorrect, please enter the correct address and the employee Social Security number (SSN) in the "Payment Address" area to the right and return this stub to the designated Aetna location.

If you have any questions or wish to report any other changes, please enclose this stub with your letter or call 1-888-382-3862 for assistance.

Employee SSN:

CUT ALONG THIS LINE    PLEASE ENCLOSE THIS STUB WITH ANY CORRESPONDENCE    CUT ALONG THIS LINE

## Payment Information

Payment Date: 07/25/06    Payment Period 07/19/2006-07/25/2006    Number: 52012341

Control-Suffix-Account: 619308 21 001    Certificate Number:

| Type | Amount | Type | Amount |
|---|---|---|---|
| TDI BENEFIT | 1445.38 | | |
| FICA | - 106.34 | FIT | - 164.43 |
| PRE MEDICAL | - 46.15 | PRE DENTAL | - 4.04 |
| PRE VISION | - 5.14 | POST MISC | - 1.08 |
| POST FSA-HLTH | - 4.16 | | |

EXHIBIT
DX-Q
3/19/08

Please detach and retain this stub for your records.
GR-66580 (12-04)    DETACH ALONG THIS PERFORATED LINE

Payer    MEDIACOM    NO. 7091    52012341   51-44
                                             119 CT
                                       Check Number

Control  Suf.  Acct.  Certificate Number  Employee Name              Covg.     Paymt. ID
619308   21    001                        MIRIAM  A BAUZA            300011700  99
                                                                     Do Not Endorse Or Pay Before Date

TO THE ORDER OF ▷ M A BAUZA                                          JULY 25, 2006
                  6 VALENTINE ROAD
                  NEWBURGH     NY   12550-7202    PAY ▷
ONE THOUSAND ONE HUNDRED FOURTEEN DOLLARS AND 04/100              Check Amount
                                                   Payment Period 07/19/2006-07/25/2006

Bank of America
Aetna Life Insurance Company
as Agent for the above Payer                        Authorized Official

30

```
                                      4630 Woodlands Corporate Blvd
                                      Tampa, Florida  33614

         000259   J147UCR   000259
```

| For Aetna Use | |
|---|---|
| 6193082100100000000060000DB | 000000259 |

```
M A  BAUZA
6 VALENTINE ROAD
NEWBURGH          NY          12550-7202
```

3000110020060607990 BAUZA
                    MIRIAM        A

**Payment Address**

If the address for this payment is incorrect, please
enter the correct address and the employee Social Security
Number (SSN) in the "Payment Address" area to the right
and return this stub to the designated Aetna location.

If you have any questions or wish to report any other
changes, please enclose this stub with your letter or
call 1-888-382-3862 for assistance.

Employee SSN:

CUT ALONG THIS LINE      PLEASE ENCLOSE THIS STUB WITH ANY CORRESPONDENCE      CUT ALONG THIS L

## Payment Information

| Payment Date | Number |
|---|---|
| 07/25/06   Payment Period 07/19/2006-07/25/2006 | 52012341 |

| Control-Suffix-Account | Certificate Number |
|---|---|
| 619308   21   001 | |

| Type | Amount | Type | Amount |
|---|---|---|---|
| TDI BENEFIT |   1445.38 | | |
| FICA        | -  106.34 | FIT         | -  164.43 |
| PRE MEDICAL | -   46.15 | PRE DENTAL  | -    4.04 |
| PRE VISION  | -    5.14 | POST MISC   | -    1.08 |
| POST FSA-HLTH | - 4.16 | | |

Please detach and retain this stub for your records.
GR-66580 (12-04)                              DETACH ALONG THIS PERFORATED LINE

29

Aetna Disability Services
4630 Woodlands Corporate Blvd
Tampa FL 33614

000298   J147UCR   000298

For Aetna Use

6193082100100000000000060000DB          000000298

M A BAUZA
6 VALENTINE ROAD
NEWBURGH  NY  12550-7202

300011002006060799 BAUZA
                   MIRIAM          A

Payment Address

If the address for this payment is incorrect, please enter the correct address and the employee Social Security Number (SSN) in the "Payment Address" area to the right and return this stub to the designated Aetna location.

If you have any questions or wish to report any other changes, please enclose this stub with your letter or call 1-888-382-3862 for assistance.

Employee SSN:

PLEASE ENCLOSE THIS STUB WITH ANY CORRESPONDENCE

## Payment Information

Payment Date 08/01/06   Payment Period 07/26/2006-08/01/2006   Number 52014521

Certificate Number

Control-Suffix-Account   619308   21   001

| Type | Amount | Type | Amount |
|---|---|---|---|
| TDI BENEFIT | 1445.38 | FIT | -164.43 |
| FICA | -106.34 | PRE DENTAL | -4.04 |
| PRE MEDICAL | -46.15 | POST MISC | -1.08 |
| PRE VISION | -5.14 | | |
| POST FSA-HLTH | -4.16 | | |

EXHIBIT
DX-R
3/19/08

Please detach and retain this stub for your records.
GR-66580 (12-04)

52014521   51-44 / 119 CT

Payer MEDIACOM    NO. 7091   Check Number

| Control | Suf. | Acct. | Certificate Number | Employee Name | Covg. | Paymt. |
|---|---|---|---|---|---|---|
| 619308 | 21 | 001 | | MIRIAM A BAUZA | 30001100 | 99 |

Do Not Endorse Or Pay Before Date
AUGUST 1, 2006

TO THE ORDER OF ▶ M A BAUZA
6 VALENTINE ROAD
NEWBURGH  NY  12550-7202

PAY ▶ ****$1,114.04
Check Amount
Payment Period 07/26/2006-08/01/2006

ONE THOUSAND ONE HUNDRED FOURTEEN DOLLARS AND 04/100

VOID VOID VOID VOID VOID

Bank of America
Aetna Life Insurance Company
as Agent for the above Payer

Alfred P. Turk Jr.
Authorized Official

24

4630 Woodlands Corporate Blvd
Tampa, Florida  33614

000298   J147UCR   000298



| | For Aetna Use | |
|---|---|---|
| | 619308210010000000000060000DB | 000000298 |

M A  BAUZA
6 VALENTINE ROAD
NEWBURGH          NY          12550-7202

300011002006060799 BAUZA
                   MIRIAM    A

Payment Address

If the address for this payment is incorrect, please enter the correct address and the employee Social Security Number (SSN) in the "Payment Address" area to the right and return this stub to the designated Aetna location.

If you have any questions or wish to report any other changes, please enclose this stub with your letter or call 1-888-382-3862 for assistance.

Employee SSN:

:UT ALONG THIS LINE         PLEASE ENCLOSE THIS STUB WITH ANY CORRESPONDENCE          CUT ALONG THIS LIN

## Payment Information

| Payment Date | | Number |
|---|---|---|
| 08/01/06  Payment Period 07/26/2006-08/01/2006 | | 52014521 |

| Control-Suffix-Account | Certificate Number |
|---|---|
| 619308   21   001 | |

| Type | Amount | Type | Amount |
|---|---|---|---|
| TDI BENEFIT | 1445.38 | | |
| FICA | - 106.34 | FIT | - 164.43 |
| PRE MEDICAL | - 46.15 | PRE DENTAL | - 4.04 |
| PRE VISION | - 5.14 | POST MISC | - 1.08 |
| POST FSA-HLTH | - 4.16 | | |

Please detach and retain this stub for your records.
GR-66580 (12-04)                              DETACH ALONG THIS PERFORATED LINE

23

**Aetna**
4630 Woodlands Corporate Blvd
Tampa, Florida 33614

000113   J147UTR   000113

```
M A  BAUZA
6 VALENTINE ROAD
NEWBURGH       NY          12550-7202
```

For Aetna Use
6193082100100000000060000DB    000000113

3310110002006060799  BAUZA
                     MIRIAM       A

Payment Address

_____

Employee SSN:

f the address for this payment is incorrect, please
nter the correct address and the employee Social Security
umber (SSN) in the "Payment Address" area to the right
nd return this stub to the designated Aetna location.

f you have any questions or wish to report any other
hanges, please enclose this stub with your letter or
all 1-888-382-3862 for assistance.

PLEASE ENCLOSE THIS STUB WITH ANY CORRESPONDENCE

## Payment Information

| Payment Date | | Number |
|---|---|---|
| 08/04/06  Payment Period 08/02/2006-08/06/2006 | | 71022055 |

| Control-Suffix-Account | Certificate Number |
|---|---|
| 619308  21  001 | |

| Type | Amount | Type | Amount |
|---|---|---|---|
| NY311 BENEFIT | 121.43 | | |
| FICA | -  9.29 | | |

Please detach and retain this stub for your records.
GR-66580 (12-04)                   DETACH ALONG THIS PERFORATED LINE

EXHIBIT
DX-5
3/19/08

**Aetna** Policyholder
MEDIACOM                          NO. 5430

71022055   51-44 / 119 CT
Check Number

| Control | Suf. | Acct. | Certificate Number | Employee Name | Covg. | Paymt. |
|---|---|---|---|---|---|---|
| 619308 | 21 | 001 | | MIRIAM A BAUZA | 33101 100 | 99 |

Do Not Endorse Or Pay Before Date
AUGUST 4, 2006

TO THE ORDER OF ▶ M A  BAUZA
                  6 VALENTINE ROAD
                  NEWBURGH     NY  12550-7202

PAY ▶ ****112.14
Check Amount
Payment Period 08/02/2006-08/06/2006

ONE HUNDRED TWELVE DOLLARS AND 14/100

VOID VOID VOID VOID VOID

Bank of America
Aetna Life Insurance Company

Alfred P. Turi Jr.
Authorized Official

37

<␊

Case 7:07-cv-06542-CS   Document 11-11   Filed 05/09/2008   Page 13 of 13
</␊

**Aetna**  4630 Woodlands Corporate Blvd
Tampa, Florida  33614

000113   J147UTR   000113

For Aetna Use
61930821001000000000060000DB   000000113

M A BAUZA
6 VALENTINE ROAD
NEWBURGH      NY        12550-7202

331011002006060799 BAUZA
                    MIRIAM       A

Payment Address

If the address for this payment is incorrect, please enter the correct address and the employee Social Security Number (SSN) in the "Payment Address" area to the right and return this stub to the designated Aetna location.

If you have any questions or wish to report any other changes, please enclose this stub with your letter or call 1-888-382-3862 for assistance.

Employee SSN:

CUT ALONG THIS LINE      PLEASE ENCLOSE THIS STUB WITH ANY CORRESPONDENCE      CUT ALONG THIS LINE

## Payment Information

| Payment Date | | Number |
|---|---|---|
| 08/04/06  Payment Period 08/02/2006-08/06/2006 | | 71022055 |

| Control-Suffix-Account | Certificate Number |
|---|---|
| 619308   21   001 | |

| Type | Amount | Type | Amount |
|---|---|---|---|
| NY311 BENEFIT | 121.43 | | |
| FICA | - 9.29 | | |

Please detach and retain this stub for your records.
GR-66580 (12-04)                              DETACH ALONG THIS PERFORATED LINE

36