# EXHIBIT "L"

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

MIRIAM BAUZA,

                      Plaintiff,

    - against -     Case No. 07 CIV. 6542

MEDIACOM COMMUNICATIONS CORPORATION,

                      Defendant.

------------------------------------------------x

                      March 17, 2008

                      11:56 a.m.

Deposition of JOE MICHULSKI, a witness on behalf of the Defendant herein, taken pursuant to Notice, and held at the offices of Bonnist & Cutro, 800 Westchester Avenue, Suite S332, Rye Brook, New York, before April Pearl Schirm, a Court Reporter and Notary Public of the State of New York.

DALCO Reporting, Inc.
court reporting • legal video • videoconferencing
170 Hamilton Avenue, White Plains, NY 10601
914.684.9009  Fax 914.684.6561  212.679.609
800.DAL.8779  dalcoreporting.com

1                        JOE MICHULSKI
2      during her whole employment?
3              A.    Oh, during her whole employment?
4              Q.    Yes, that's fine, continuing in
5      chronology?
6              A.    From the beginning through, I'm going
7      to say, up until prior to the last few months, it
8      was essentially payroll.  Okay.  The last few
9      months of her employment, she was getting more
10     involved with other aspects that are payroll
11     related but non-payroll in essence.
12                   She was doing a little bit more
13     regarding the 401-K plan for me.  That is
14     something that I still, to this day, pretty much
15     do by myself.  She was getting more involved just
16     to free up the phone calls when people have
17     questions.  She was entering in all of the 401-K
18     loans that are processed.  At the same time she
19     would be handling the payment.  The final payment
20     of them requires turning off deductions in the
21     payroll system.
22                   She was getting -- she was starting to
23     get a little bit more involved with other benefit
24     aspects of the company, but we really never
25     fulfilled that transition.  She was getting her



|   |   |   |
|---|---|---|
| 1 | | JOE MICHULSKI |
| 2 | Q. | I think -- there is no secret here. I believe Ms. Burgos testified it was June 2006. |
| 4 | A. | Okay. |
| 5 | Q. | But we'll use that as a control date. |
| 6 | A. | Okay. |
| 7 | Q. | It's not essential. |

What was the reason that -- do you know why Ms. Burgos was brought into your group?

A. She was more of a payroll person. We needed a more solid leader in that department. I am not a payroll person. I filled a void in the transition for the direct reporting aspect of it. You know, the payroll had reported to different people within the organization, and at that time, it was me. We were also going through a payroll software transition, required a lot of additional time. I didn't have that time or the expertise to do it.

So Regina was brought in because she had that experience of running a payroll department and she, I believe, had experience working with the same software that we're currently running today. So she was a much better fit. We needed that person in that position.

