**EXHIBIT "A"**

1    MIRIAM BAUZA

11:35:08  2    though there is only 2 percent.

11:35:12  3        Q.    It's only 2 percent what?

11:35:14  4        A.    2 percent of -- it's only 2 percent

11:35:23  5    for the cancer not to come back to me.  It's

11:35:25  6    sort of like a block.

11:35:30  7        Q.    So it's a form of treatment that

11:35:32  8    may help prevent it from coming back?

11:35:34  9        A.    Prevent it, exactly.  That's the

11:35:36 10    word.  Prevention.

11:35:38 11        Q.    When were you first diagnosed with

11:35:40 12    breast cancer?

11:35:42 13        A.    Very, very first time?

11:35:44 14        Q.    Yes.

11:35:45 15        A.    It was 1995.

11:35:53 16        Q.    Did you undergo a course of

11:35:54 17    treatment after that?

11:35:55 18        A.    I didn't need a treatment after

11:35:58 19    that.

11:35:59 20        Q.    What treatment did you have?

11:36:01 21        A.    I didn't -- I had a mastectomy.

11:36:05 22        Q.    And was it just one side or a

11:36:08 23    double?

11:36:09 24        A.    It was the left side.

11:36:11 25        Q.    After the mastectomy, did there

1          MIRIAM BAUZA

12:11:53  2   next to it says Aetna Disability Services.

12:11:56  3                Who is Angela Floyd?

12:11:59  4        A.      She's the supervisor of the

12:12:01  5   disability payments for Aetna.

12:12:08  6        Q.      When did you first speak with

12:12:11  7   Angela Floyd at Aetna?

12:12:14  8        A.      I spoke to her November 21st.

12:12:27  9        Q.      And this was after the issue of

12:12:32 10   overpayments had been brought to your attention

12:12:35 11   by people at Mediacom, correct?

12:12:37 12        A.      Yes, that's correct.

12:12:39 13        Q.      And what was the reason that you

12:12:40 14   reached out to Angela Floyd?

12:12:42 15        A.      Because I want to ask her about the

12:12:45 16   overpayment.  How the overpayment -- also I

12:12:51 17   asked her how the overpayment was done.

12:12:56 18        Q.      And how did you know to reach out

12:12:58 19   to Angela Floyd?  Where did you get her name

12:13:00 20   from?

12:13:01 21        A.      I actually looking to the number

12:13:06 22   of -- some paperwork that I have from the check,

12:13:08 23   from the stub of the check that I had.  And I

12:13:13 24   was able to get the number.  And I didn't reach

12:13:18 25   out to her directly.  I reached out to somebody

MIRIAM BAUZA

and they transferred me to her.

Q.     So you got a phone number and you
reached out through that phone number.

A.     Exactly.

Q.     And then you were transferred to
Angela.

A.     And they told me she was the
supervisor of the disability payments.

Q.     How many times did you speak with
Angela?

A.     I spoke a few times with her.

Q.     And was it over the course of just
a couple of days that you spoke with her?

A.     I don't know if it was the same
day, the 21st or the 28th that I spoke a few
times with her.

Q.     The first time -- are you done?
Sorry.

A.     Yes, I'm done.

Q.     The first time that you spoke with
her, what did you discuss?

A.     I wanted to know about the
overpayment -- I explained to her that I was
notified that it was a mistake in my checks and

MIRIAM BAUZA

1
12:14:08 2  obviously was overpayment.  And I wanted to know
12:14:12 3  if I had something to do with me completing the
12:14:19 4  forms, I had something to do with that error.
12:14:23 5       Q.      So you wanted --
12:14:24 6       A.      By completing certain forms, yes.
12:14:27 7       Q.      So you wanted to see if it was your
12:14:29 8  mistake in terms of the forms that you
12:14:31 9  submitted.
12:14:31 10      A.      Exactly.  And she told me that it
12:14:34 11 was their error.
12:14:34 12      Q.      Now, did she have to go back and
12:14:36 13 look at things and get back to you on it, or did
12:14:40 14 she say during that first conversation that it
12:14:43 15 was their error?
12:14:44 16      A.      She told me right there that it was
12:14:47 17 their error.  Apparently it was something she
12:14:50 18 knows, she recognized my name, and I guess she
12:14:54 19 knew.
12:14:54 20      Q.      Other than you and her discussing
12:15:01 21 the error that was not your fault, is there
12:15:06 22 anything else that you discussed with Angela?
12:15:07 23      A.      Yes, I explained to her that my
12:15:10 24 loyalty, it was in place just because their
12:15:13 25 error.

1                          MIRIAM BAUZA

12:15:20  2          Q.      When you say your loyalty, what do

12:15:22  3    you mean?

12:15:22  4          A.      Well, my loyalty, my honesty.

12:15:35  5          Q.      Prior to November 21st, had you

12:15:38  6    spoken with anyone at Aetna regarding an

12:15:41  7    overpayment?

12:15:42  8          A.      Yes.  I knew that -- I will say

12:15:49  9    that it's early July that I called.  When I got

12:15:53  10   my second check I knew something was wrong.  The

12:16:01  11   amount of money, it was not reflecting the five

12:16:08  12   days of pay.  It was reflecting much more.

12:16:13  13          So I called to ask if there was any

12:16:19  14   mistakes, and they told me -- whoever answered

12:16:26  15   the phone, it was a lady, and they assured me

12:16:29  16   that it was not an error, that it was correct.

12:16:32  17   Again, I mentioned to the person to make sure

12:16:35  18   that that was correct.  She told me to hold on,

12:16:38  19   she went back, she came back and she confirmed

12:16:41  20   to me for the second time, Ms. Bauza -- she

12:16:46  21   didn't even say Mrs. Bauza.  Ma'am, your check

12:16:50  22   is correct.

12:16:51  23          Q.      Now, the first check that you got,

12:16:54  24   that was larger because that was retroactive and

12:16:58  25   made up for a number of weeks prior to that,

MIRIAM BAUZA

correct?

A.      Exactly.

Q.      Do you know the name of that lady that you spoke with?

A.      You know, I believe that she told me her name, because I usually ask for names. And I didn't write it down.  I thought I would never forget it.  And I completely forgot.  But I know that it was a lady that I spoke to.

Q.      And how many times in early July -- how many times while you were out on leave from work at Mediacom did you speak with somebody from Aetna?  Was it just on that one occasion or was it more?

A.      I spoke again to someone from Aetna when I was ready to come back to start my check. Because I wanted to come back on the 7th of August.  So I told them that they needed to stop the checks a certain time.

Q.      And do you know who you spoke with that time?

A.      I don't think I remember who I spoke to.

Q.      And did they say you needed to do

MIRIAM BAUZA

12:19:30  conversation with Angela Floyd in some period of

12:19:33  time starting November 21st.  Do you recall the

12:19:35  next time that you spoke with her?

12:19:37       A.     I think it was the 28th.

12:19:39       Q.     So it was approximately a week

12:19:41  after the first conversation?

12:19:43       A.     The 28th or -- I think it was

12:19:46  the 28th.  I don't quite remember, but I know

12:19:50  that I spoke to her because I wanted to send the

12:19:54  payment, the payment for -- they gave me an

12:19:57  option to pay, and I said no, I wanted to pay in

12:20:00  full.  They transferred me -- he transferred me

12:20:03  to Julius, and I got a little upset because when

12:20:07  I spoke to Julius, he told me that my balance

12:20:13  was zero.  And I was furious when he said that

12:20:18  to me.

12:20:19       So I asked him -- I told him that

12:20:22  Angela had transferred me to him because he's

12:20:28  supposed to give me the detail where to send the

12:20:31  check.  He told me your balance is zero.  I told

12:20:35  him can you transfer me back to Angela, and when

12:20:38  I spoke to Angela, Angela transferred me back to

12:20:42  somebody else and she have to announce who I was

12:20:45  and why I was calling.  So this time I got

MIRIAM BAUZA

Terry, and Terry's the one who gave me the

information.

Q.     About how much the overpayment was?

A.     Yes, and then where do I have to

send it and everything.

Q.     Did you ever speak with Angela

again after that day in terms of you being

switched back and forth between her and some

other people?

A.     I think I did.  I asked for copies

of all the conversations that I had made because

I wanted to make sure that it shows what Julia

answered me, being that she told me that all the

phone calls are recorded.  And in that paperwork

that she sent me, Julius's conversation was not

there.

Q.     The Julius conversation where he

said you owe nothing, on or about November 28th?

A.     Exactly.

Q.     Were there any other conversations

that you recall having at Aetna that were not

there?

A.     Yeah, well, also the one that I

called for the -- to actually finish my

1                        MIRIAM BAUZA

12:22:03  2    payments.  To stop my payments.  I didn't see

12:22:08  3    that phone call either.

12:22:09  4         Q.     To stop your payments.

12:22:10  5         A.     To stop my payments.

12:22:11  6         Q.     And that was about early August,

12:22:13  7    correct?

12:22:13  8         A.     Yes, exactly.

12:22:15  9         Q.     What about the conversation that

12:22:16 10    you had in July, was there a recording of that

12:22:18 11    conversation?

12:22:19 12         A.     This is something that I also asked

12:22:24 13    her before.  Why that phone call when I called

12:22:29 14    that I felt there was something wrong in my

12:22:31 15    check, why that phone call, they didn't record

12:22:34 16    it.

12:22:35 17              When I spoke to a few people that I

12:22:37 18    spoke with from Aetna, they kept telling me that

12:22:40 19    all the phone calls are recorded.  But here I

12:22:43 20    am, two phone calls were not recorded that to me

12:22:46 21    were very important; the one that I called

12:22:50 22    telling about the payments that I felt that it

12:22:53 23    was wrong, and also the one that I spoke to

12:22:56 24    Julius.  And he told me that my balance was

12:22:59 25    zero.

MIRIAM BAUZA

1

12:23:00  2    Q.    And what, if any, response did they

12:23:02  3  provide?

12:23:03  4    A.    Oh, that he didn't -- they told me

12:23:08  5  Julius, he forgot to record it.

12:23:11  6    Q.    And what, if anything, did they say

12:23:13  7  about the earlier July conversation?

12:23:15  8    A.    They told me that it's not on

12:23:17  9  record.  That's what they said.

12:23:20 10    Q.    Any other conversations that you

12:23:23 11  had with Angela?

12:23:24 12    A.    We were just going back and forth

12:23:30 13  about the checks I guess.  Going back and forth,

12:23:35 14  when I supposed to send the payment or when I

12:23:38 15  was going to send it.

12:23:40 16    Q.    So there were subsequent

12:23:41 17  conversations about you providing the

12:23:43 18  reimbursement for the overpayment?

12:23:45 19    A.    Exactly, yes.

12:23:46 20    Q.    Are there any other conversations

12:23:47 21  that you had with Aetna, anybody else at Aetna,

12:23:51 22  other than what you described?

12:23:53 23    A.    I did spoke to, I don't know if it

12:23:58 24  was Terry and a manager of taxes.  But my taxes

12:24:02 25  were wrong from them, too.  My taxes were wrong

1                    MIRIAM BAUZA

13:52:51  2        A.     It was done by Jen.

13:52:55  3        Q.     Any other duties that Gladys took

13:52:57  4   over after she started, other than what you've

13:53:01  5   discussed, up until June of 2006 that you're

13:53:04  6   aware of?

13:53:11  7        A.     Any other responsibilities.  I

13:53:19  8   don't remember.

13:53:22  9        Q.     Who was Gladys reporting to?

13:53:24 10        A.     To me.

13:53:35 11        Q.     When you started, what was your

13:53:37 12   salary?

13:53:38 13        A.     42,5.  Or 42 I think it was.  42.

13:53:46 14        Q.     Did it change in any way?

13:53:47 15        A.     Yes.

13:53:48 16        Q.     To what?

13:53:49 17        A.     To 42,5.

13:53:51 18        Q.     And when did it change, if you

13:53:53 19   know?

13:53:55 20        A.     It changes right before I was going

13:54:05 21   to disability.

13:54:18 22        Q.     You said that you were rediagnosed

13:54:28 23   with breast cancer in early 2006 while you were

13:54:31 24   at Mediacom, correct?

13:54:33 25        A.     Yes.

MIRIAM BAUZA

13:54:34  Q.     Up until June of 2006, what
13:54:37  treatment, if any, did you have for the breast
13:54:41  cancer?
13:54:42  A.     That's when I had the two
13:54:46  lumpectomies and the mastectomy.
13:54:50  Q.     When were the two lumpectomies?
13:54:54  A.     One was in April 10, and the other
13:54:59  one was May 8th.  And the mastectomy was done
13:55:07  July 7.
13:55:09  Q.     And the mastectomy occurred while
13:55:12  you were out on leave for the extended period,
13:55:14  correct?
13:55:14  A.     Yes.  That's why I needed the --
13:55:16  right.
13:55:17  Q.     For the first lumpectomy on or
13:55:21  about April 10th, did you take a period of time
13:55:23  off from work?
13:55:24  A.     It was three days.  I think it was
13:55:32  three days, yes.
13:55:32  Q.     And had you missed certain days
13:55:35  prior to that because of doctors' appointments?
13:55:38  A.     Yes.
13:55:40  Q.     Approximately how many days did you
13:55:42  miss?

MIRIAM BAUZA

A.      The first one I think was January 19th, that's when I had the mammogram. And on February 20th I think it was, the biopsy. I think it was the 20th.

Q.      For the January 19th and the February 20th you didn't lose any pay because of taking off those times, did you?

A.      No.

Q.      What about with respect to the three days for the lumpectomy in April, did you lose any time for that? Did you lose any pay?

A.      No, because I got disability payments.

Q.      You got disability payments in April?

A.      No, not in April. You're telling me the mastectomy, no?

Q.      No, let's withdraw the last question.

For the three days that you were out in April for the first lumpectomy, did you receive pay for those days that you were off?

A.      Yes.

Q.      Did you have accrued sick time?

1                        MIRIAM BAUZA

13:56:55  2          A.      I didn't accrue sick time, but when

13:56:57  3      I start working in Mediacom, I was working 12

13:57:02  4      hours a day.   I started at 8:00 and I didn't

13:57:06  5      leave until 8:00 when the cleaning people was

13:57:09  6      leaving.

13:57:09  7          Q.      So for the April time frame you

13:57:12  8      didn't lose any pay for those three days?

13:57:15  9          A.      No.

13:57:15 10          Q.      How long were you out in May for

13:57:17 11      the second lumpectomy?

13:57:19 12          A.      I think it was either two, three

13:57:21 13      days.  No more than that.

13:57:23 14          Q.      Again, did you have any sick days

13:57:25 15      that were available to you?

13:57:26 16          A.      No.

13:57:27 17          Q.      Did you lose any pay as a result of

13:57:29 18      the time you took off in May?

13:57:31 19          A.      I think I had some sick days

13:57:33 20      available at some point that I was able to get

13:57:37 21      pay, yes.

13:57:38 22          Q.      So up until you came back from the

13:57:40 23      second lumpectomy, you had not lost any pay, is

13:57:43 24      that correct?

13:57:44 25          A.      No.

MIRIAM BAUZA

13:57:44  2       Q.     That is correct?

13:57:45  3       A.     The lumpectomy?

13:57:49  4       Q.     After the two lumpectomies, you had

13:57:54  5  not lost any pay, correct?

13:57:55  6       A.     Correct.

13:57:55  7       Q.     Did you miss any time between May

13:57:57  8  when you returned from the second lumpectomy in

13:58:01  9  May of 2006 up until the time you went out on

13:58:04 10 disability?

13:58:04 11       A.     No.

13:58:15 12       Q.     When you first rediagnosed, did you

13:58:21 13 have conversations with people at Mediacom about

13:58:23 14 your diagnosis?

13:58:27 15       A.     The first person I spoke to was Joe

13:58:31 16 Mickulski.

13:58:32 17       Q.     What did you say to him?

13:58:34 18       A.     I told him that I was diagnosed

13:58:40 19 with cancer.

13:58:41 20       Q.     And what, if anything, did he say?

13:58:43 21       A.     He said he feels sorry for me.

13:58:50 22       Q.     Did you have any conversations with

13:58:51 23 him in that January to June time frame about

13:58:55 24 your need to take off work?

13:59:00 25       A.     No.  Not at that point because I

```
            1                    MIRIAM BAUZA
13:59:02    2   didn't know yet.
13:59:04    3        Q.     But would you discuss with him when
13:59:06    4   you needed the three days off for the
13:59:09    5   lumpectomies?  Would you speak with him about
13:59:12    6   it, that I need this time off?
13:59:13    7        A.     Yes.
13:59:14    8        Q.     What, if anything, did he say?
13:59:15    9        A.     He said it was okay.
13:59:17   10        Q.     Other than speaking with him, did
13:59:19   11   you speak with any of the other supervisors that
13:59:23   12   you knew to be supervisors or anyone in HR?
13:59:28   13        A.     Yes, I think I spoke to Judy Mills
13:59:30   14   about it.
13:59:31   15        Q.     Other than telling her that you had
13:59:34   16   breast cancer, did you discuss with her about
13:59:36   17   your need to take off any of these times up
13:59:40   18   until the leave of absence in June?
13:59:43   19        A.     No, I don't think I discussed that
13:59:45   20   with her.  I think I discussed that with Joe.
13:59:49   21        Q.     What conversations did you have
13:59:50   22   with Judy Mills up until June of 2006 about your
13:59:59   23   diagnosis?
13:59:59   24        A.     I don't quite remember in detail
14:00:02   25   what I really spoke to her about.
```

                        MIRIAM BAUZA

14:00:04  2        Q.      Do you recall generally what you

14:00:05  3    spoke to her about other than telling her that

14:00:07  4    you had been rediagnosed with breast cancer?

14:00:11  5        A.      I never said that it was

14:00:13  6    rediagnosed.

14:00:15  7        Q.      Other than talking to her that you

14:00:17  8    had breast cancer, did you discuss with her

14:00:20  9    anything else other than the fact that you had

14:00:23 10    been diagnosed?

14:00:27 11        A.      I don't quite remember.

14:00:34 12        Q.      During that time frame from January

14:00:36 13    to June, did you ever speak with Paul Gillert

14:00:40 14    regarding your diagnosis?

14:00:43 15        A.      Yes, I think I did spoke to him

14:00:48 16    about it, yes.

14:00:49 17        Q.      Do you know how many occasions you

14:00:51 18    spoke to him?

14:00:51 19        A.      About two times.

14:00:52 20        Q.      Do you recall what you said to him

14:00:53 21    and what he said to you on those occasions?

14:00:56 22        A.      He told me that he also had cancer

14:01:00 23    before and that he went to -- I don't know if he

14:01:05 24    went through chemo, but I think that he

14:01:07 25    mentioned to me that he had cancer at one point

1                          MIRIAM BAUZA

14:01:10  2    in time.

14:01:10  3         Q.      Anything else you can recall

14:01:13  4    discussing with Paul during those couple of

14:01:15  5    occasions?

14:01:16  6         A.      No.

14:01:16  7         Q.      Did you have any discussions with

14:01:18  8    Mark Stephan about your diagnosis?

14:01:20  9         A.      No.

14:01:21 10         Q.      Did you ever have any discussions

14:01:22 11    with Italia Commisso?

14:01:24 12         A.      Yes, I did spoke to her about it

14:01:27 13    and she was concerned about it.

14:01:31 14         Q.      Other than expressing concern, do

14:01:34 15    you recall anything else that you said to her or

14:01:35 16    she said to you during those conversations?

14:01:37 17         A.      No.

14:01:40 18         Q.      When she said she was concerned,

14:01:42 19    what did she say with respect to that?

14:01:44 20         A.      Well, that I was going to be all

14:01:47 21    right.  Not to worry.

14:01:51 22         Q.      What is Paul Gillert's position?

14:01:55 23         A.      He is the director -- the VP of

14:01:59 24    human resources.

14:02:02 25         Q.      Who is Mark Stephan?

MIRIAM BAUZA

14:02:05  2    A.    He's the CFO.

14:02:07  3    Q.    Did Joe report to Mark Stephan, as

14:02:12  4  you understood it, while you were employed

14:02:14  5  there?

14:02:15  6    A.    That is correct.

14:02:15  7    Q.    What is Italia's position?

14:02:18  8    A.    She is the VP of HR.

14:02:26  9    Q.    And what's the reporting structure

14:02:28  10 in HR as you understood it at that point in

14:02:30  11 time, around June of 2006?

14:02:32  12    A.    Can you repeat that for me?

14:02:34  13    Q.    What is the reporting structure?

14:02:36  14 Who reported to whom in HR?  You mentioned

14:02:39  15 Italia, Paul, Judy and Jen Clark.

14:02:43  16    A.    Well, I think Paul will report to

14:02:45  17 Italia.  Judy will report to Paul.  And Jen will

14:02:51  18 report to Judy.

14:03:01  19    Q.    Up until June of 2006 when you went

14:03:05  20 out on leave, did anyone ever talk to you about

14:03:09  21 your need for taking leave other than Joe?

14:03:12  22    A.    I don't quite remember who I spoke

14:03:27  23 to.  Maybe it was Jen.  I think when I got the

14:03:41  24 form to complete for the claim.  The form for

14:03:44  25 the disability.

MIRIAM BAUZA

        (Defendant's Exhibit J for

identification, Payroll Document.)

    Q.    I'm going to show you what we

marked as Defendant's Exhibit J.  Is this -- if

you'll look at the first page there's some

handwriting on it.  Do you recognize that

handwriting?

    A.    Yes, that's my own handwriting.

    Q.    And that's the date down on the

bottom is June 7th, 2006, correct?

    A.    Yes, that's correct.

    Q.    In the box here on the right it

lists -- it says average weekly earned wages.

Do you see that?

    A.    Mm-hmm.

    Q.    Is that your handwriting?

    A.    Yes.

    Q.    And that says $818.

    A.    Mm-hmm.

    Q.    Yes?

    A.    Yes.  I'm sorry.

    Q.    You kind of initialed it next to

it.

    A.    Yes, because I made that change.  I

1                        MIRIAM BAUZA

14:30:22  2    occasions when someone was out on family and

14:30:25  3    medical leave but they could still be receiving

14:30:28  4    a check from the company?

14:30:28  5         A.     No, not to my knowledge.

14:30:33  6         Q.     After you returned to work, did you

14:30:37  7    have conversations with Joe Mickulski in

14:30:43  8    August/September of 2006 about what he was going

14:30:45  9    to be doing?

14:30:55 10         A.     No.

14:30:56 11         Q.     Did you ever have a discussion with

14:30:57 12    Joe Mickulski after your return in August 2006

14:31:01 13    about doing work directly from him?

14:31:03 14         A.     Yes.  I know that we had a meeting

14:31:05 15    with Brian Walsh when I came -- on my return.  I

14:31:12 16    had a meeting with Brian Walsh and also with

14:31:18 17    Gladys Falto.  I reported to him that Regina

14:31:28 18    Burgos was harassing us.  And when that actually

14:31:34 19    happened, right after I was called by Paul

14:31:41 20    Gillert to let me know that they decided to

14:31:47 21    change my duties.

14:31:52 22              But my position was going to be the

14:31:54 23    same.  So actually I was going to be in charge

14:32:00 24    of doing the 401 loans, 401-K loans.  And I was

14:32:11 25    going to actually terminate them and to enroll

1                          MIRIAM BAUZA

14:32:22   2   the person for those new loans.  And all my

14:32:27   3   payroll access were limited, so my position was

14:32:34   4   changed.  I felt it was a demotion there.

14:32:37   5        Q.     Why did you feel there was a

14:32:39   6   demotion?

14:32:39   7        A.     Because I was limited to payroll

14:32:41   8   functions.

14:32:44   9        Q.     Prior to the transfer you were

14:32:46  10   limited to payroll functions.

14:32:51  11        A.     No.  After.

14:32:54  12        Q.     When you came back and prior to

14:32:56  13   your leave, you were doing payroll, correct?

14:32:58  14        A.     Yes.

14:32:59  15        Q.     And that was the field payroll.

14:33:01  16        A.     Right.

14:33:02  17        Q.     And then after you returned --

14:33:03  18        A.     I was still doing the payroll.

14:33:06  19        Q.     The field payroll.

14:33:07  20        A.     Yes.

14:33:07  21        Q.     And during this meeting is when you

14:33:09  22   were told that you wouldn't be doing field

14:33:11  23   payroll anymore?

14:33:12  24        A.     Yes -- no, they didn't mention to

14:33:14  25   me that I wasn't going to be doing field

MIRIAM BAUZA

14:33:17  2  payroll.  They just told me that I was going to

14:33:21  3  be working with Joe in the 401-K plan loans, the

14:33:28  4  new ones, and to terminate those plans.

14:33:35  5          Q.      Did they discuss with you anything

14:33:37  6  about what was going to happen to your payroll

14:33:41  7  functions with respect to field payroll?

14:33:43  8          A.      No.

14:33:44  9          Q.      So they never told you that they

14:33:46 10  were taking that away.

14:33:47 11          A.      No.

14:33:48 12          Q.      So this was something extra that

14:33:49 13  you were being given.

14:33:50 14          A.      Yes.

14:33:51 15          Q.      So why did you feel that that was a

14:33:53 16  demotion if it was just further duties given to

14:33:56 17  you?

14:33:56 18          A.      Because my functions were

14:33:57 19  eliminated.

14:33:58 20          Q.      When you say your functions, what

14:34:00 21  functions were eliminated?

14:34:02 22          A.      The payroll functions.

14:34:03 23          Q.      But you just said you were still

14:34:05 24  doing field payroll.

14:34:06 25          A.      Yes, but what I'm saying is that

MIRIAM BAUZA

14:34:10 they never mentioned anything to me. But when I

14:34:13 went into my position, I was doing the 401-K

14:34:18 plan, and I'm thinking that at the same time I'm

14:34:24 doing payroll, too. My access were limited.

14:34:29 Q.    When you say your access was

14:34:30 limited, what do you mean by that?

14:34:32 A.    In the system, to Ceridian.

14:34:34 Q.    To do what?

14:34:35 A.    To do payroll.

14:34:37 Q.    What access did you have before?

14:34:39 A.    Oh, I have access to navigate

14:34:42 anywhere in payroll.

14:34:44 Q.    But prior you were doing -- with

14:34:47 respect to the payroll responsibilities that you

14:34:50 had, did they change or did just your access

14:34:54 change?

14:34:55 A.    They changed, even my access

14:34:57 changed. They changed and my access changed,

14:34:59 too.

14:35:00 Q.    How did your duties change in

14:35:01 payroll before and after this meeting with Joe

14:35:05 and Paul in which you were told you were going

14:35:08 to help Joe out with the 401-K?

14:35:10 A.    Because I was -- the only thing

MIRIAM BAUZA

that I was doing for the field, it was actually

verifying part of the payroll.  And I was making

sure to print some documentations I would need

for the auditors.  That's it.

Q.    So who was doing the field payroll?

A.    Gladys.  And she also was doing the

corporate payroll.

Q.    To your knowledge, had she been

doing that while you were out, both corporate

and field payroll?

A.    I think she was doing -- yes, she

was doing -- she thought that she was going to

have help from Regina, but she never get the

help from Regina.

Q.    To your understanding as to what

you were able to observe, what was Regina doing

when you returned?

A.    I have no clue.  I have no idea

what she was doing.

Q.    Did you ever have a conversation

prior to that meeting with Paul Gillert with Joe

Mickulski about working with him again?

A.    No.  An after I spoke to Paul

Gillert, I spoke to Joe.  And that's when I find

MIRIAM BAUZA

1

14:36:30  2  out, yeah, that I was going to be working close

14:36:33  3  with him and doing the 401-K loans.

14:36:36  4          Q.      Can tell me in your meeting with

14:36:38  5  Paul Gillert what you said, what Paul said and

14:36:42  6  what Gladys said?

14:36:44  7          A.      You mean with Brian?

14:36:45  8          Q.      You said you met with Paul and

14:36:47  9  Brian.

14:36:48 10          A.      No, no, no.  I met with Gladys and

14:36:51 11  Brian Walsh.

14:36:53 12          Q.      Those are the first people that you

14:36:54 13  met with in a meeting in which you discussed

14:36:57 14  issues that you had with Regina, is that

14:36:59 15  correct?

14:36:59 16          A.      That's correct.

14:37:01 17          Q.      So tell me what you said, what

14:37:03 18  Gladys said and what Brian said.

14:37:07 19          A.      I don't remember what Gladys said,

14:37:10 20  but what I said to him is that she was harassing

14:37:13 21  me.

14:37:13 22          Q.      Did you give any specifics as to

14:37:15 23  what you meant by that?

14:37:16 24          A.      Yes, there were times when I

14:37:18 25  actually came back, it was Monday on the 7th.

MIRIAM BAUZA

Tuesday I have to go to chemo. And I told her
that I was going to be out, and she told me that
was fine. So when actually that week passed, I
think that week was a payroll. And when I got
paid, I got paid -- I got paid less that
particular day.

So I explained to her that I don't
see why she was taking that pay away from me
because I was actually working more than eight
hours a day. Sometimes I was working 12 hours a
day. And I felt that if I was working that much
time, I should be compensated for that day.

She told me the only way that I
could get paid for that particular day was to
come into work even if it was one hour and I
will get paid for that day.

Q.      And did she -- did you have
discussion as to what she meant by that?

A.      So then when I got the next
chemo -- I don't want to cut you off --

Q.      Go ahead.

A.      When I got the next chemo, I came
at 7:30 and I have to leave at 9:30. So I sent
an e-mail telling her -- telling the whole

MIRIAM BAUZA

1

14:38:41 2  payroll crew that I was going to be leaving at

14:38:46 3  9:30 and that Gladys happened to be out that

14:38:50 4  day.

14:38:50 5           So she sent me an e-mail back

14:38:52 6  telling me that why did I even bother to come.

14:38:57 7  And before I got that e-mail, when I went into

14:39:01 8  her office, she told me off right in front of

14:39:06 9  Sharon D'Elia telling me that why I even bother

14:39:11 10 to come.  So it was not enough for her to tell

14:39:13 11 me in person.  She sent me an e-mail.

14:39:16 12      Q.    So she told you in person and then

14:39:17 13 sent an e-mail?

14:39:18 14      A.    Yes.

14:39:19 15      Q.    Other than saying why did you

14:39:20 16 bother coming in, was there anything else that

14:39:23 17 she said?

14:39:23 18      A.    No.

14:39:24 19      Q.    That was the only statement that

14:39:25 20 she made?

14:39:26 21      A.    That was the only statement that

14:39:28 22 she made.  But after I asked her -- I told her

14:39:31 23 that I wanted to speak to her because Sharon

14:39:34 24 D'Elia was there, and I wanted to speak to her

14:39:37 25 without her being there.  I told her that I

MIRIAM BAUZA

1

14:39:39 2 didn't appreciate that she talked to me that way

14:39:42 3 because it was in a bad way the way she told me.

14:39:45 4    Q.    Was this the same day before you

14:39:48 5 had left that you had this conversation?

14:39:49 6    A.    Yes.  That I didn't appreciate

14:39:51 7 that.  Because also at the same time she told me

14:39:53 8 that she feel that I was taking advantage of the

14:39:56 9 company.  And I told her, you don't know me, you

14:40:01 10 don't know me.  When I came here I was working

14:40:03 11 12 hours a day.  I was the only person doing

14:40:07 12 payroll.

14:40:08 13    Q.    When did she make that statement to

14:40:10 14 you about did you think you were taking

14:40:12 15 advantage of the company?

14:40:13 16    A.    I think it was August 29.  I think

14:40:18 17 I have that e-mail.

14:40:19 18    Q.    So this is three weeks after this

14:40:21 19 conversation about taking off a day and why did

14:40:24 20 you bother coming in.

14:40:25 21    A.    Yes, something to that effect.

14:40:27 22 Yes, I think I have that e-mail.

14:40:29 23    Q.    So when is it that you met with

14:40:31 24 Brian Walsh?

14:40:32 25    A.    After that.

MIRIAM BAUZA

because I feel, you know, that's it, I'm not going to get paid.  This is what she said, I just want to follow through.  So on the next time when I got my chemo I came two hours earlier --

Q.    And that was August 29th?

A.    I believe.  I believe it was the 29th.  I'm not sure.

Q.    It was when you had that e-mail exchange with her.

A.    Exactly.

Q.    So whatever day that e-mail was, that was your second chemo treatment.

A.    Exactly.  And I explained to her. And then I send the e-mail, I said Gladys is not here today -- I don't think it was a payroll day because I wanted to make sure that it was not a payroll day.  But anyway, I said Gladys is not going to be here and I'm going to be leaving around 9:30, so if you have any issues, just go and call Regina.  Regina Burgos.

Then she sent me -- no, then I went to her, I don't remember why I stopped by her office.  And she said why you even bother to

1                    MIRIAM BAUZA

14:46:50  2    come?  This is how she approached me, but in a

14:46:54  3    very bad tone.  And I needed to leave right

14:46:58  4    away.  I couldn't really talk to her about it

14:47:00  5    because --

14:47:00  6        Q.    Did you say anything in response to

14:47:02  7    her?

14:47:03  8        A.    I didn't say nothing to her at that

14:47:04  9    moment.

14:47:05 10        Q.    Did she say anything else other

14:47:06 11    than that one statement?

14:47:07 12        A.    No.  So then when I went back to my

14:47:10 13    desk, I noticed that she had sent me an e-mail

14:47:13 14    telling me why you even bother to come.  So I

14:47:18 15    left.  And that was bothering me.  That was

14:47:22 16    bothering me because I am not just a regular

14:47:26 17    employee.  I'm a committed employee.

14:47:31 18             And I went through a second

14:47:36 19    mastectomy; my hair was falling, I had effects

14:47:44 20    of the chemo.  I have to take injections because

14:47:48 21    my blood level was going down to 2.  It was too

14:47:56 22    much in my mind.  And it was such a big effort

14:48:02 23    for me to just come to work, just to get up and

14:48:08 24    look in the mirror and come to work.  It was a

14:48:11 25    big effort for me to do.

1                    MIRIAM BAUZA

14:48:12   2        Q.      And after coming back after

14:48:15   3   August 29th, is that when you then went to Paul?

14:48:20   4   I'm sorry, after August 29th, is that when you

14:48:23   5   went to Mark?

14:48:23   6        A.      No.  Other incidents happened to me

14:48:33   7   respect to work where --

14:48:38   8        Q.      Do you need to take a break?

14:48:44   9        A.      No, it's okay.  Other than work.

14:48:56  10   Where she actually was very sarcastic to me and

14:49:00  11   for no reason.  There was times that there were

14:49:03  12   problems with banks, something that had to do

14:49:07  13   with banking function and something didn't go

14:49:14  14   correct.  And it was not my fault.  It was

14:49:17  15   something that she needed to respond while I was

14:49:19  16   out and she never responded.

14:49:21  17            When I happened to come back, I

14:49:23  18   responded to that e-mail from the bank and I

14:49:26  19   actually brought that to the attention of the

14:49:34  20   manager of cash, cash management, I don't

14:49:36  21   remember her name.  And she told me don't worry,

14:49:40  22   I'm going to help you, let me see how we're

14:49:43  23   going to fix this.

14:49:45  24            So I was trying to fix that

14:49:48  25   problem.  I spent almost all morning with that

MIRIAM BAUZA

1

14:49:50  2  manager from cash management, and a few minutes

14:49:57  3  later Regina come to me and she said I just want

14:50:04  4  to tell you, who screwed up here?  This is how

14:50:07  5  she spoke to me.  And I said Regina, I

14:50:11  6  appreciate if you have something to say to me,

14:50:13  7  call me into your office.  And she just kept

14:50:19  8  talking, she didn't care.  She didn't care.

14:50:22  9      Q.    I want to go back to the

14:50:23 10  conversation you mentioned that you had with --

14:50:26 11  you said after that you had a conversation with

14:50:29 12  Brian Walsh.

14:50:30 13      A.    Yes.

14:50:31 14      Q.    When was that conversation -- let's

14:50:34 15  just mark this first.

16                     (Defendant's Exhibit L for

14:50:56 17  identification, August 29th E-mail.)

14:50:56 18      Q.    I'm going to show you what we

14:50:58 19  marked as Defendant's Exhibit L.  Is that the

14:51:01 20  e-mail exchange that you were referring to

14:51:03 21  between you and Regina?

14:51:05 22      A.    Yes.

14:51:05 23      Q.    And that's dated August 29th,

14:51:07 24  correct?

14:51:07 25      A.    Yes.  August 30 it says here.

1              MIRIAM BAUZA

14:51:10  2      Q.    Well, look here, look at the

14:51:13  3  date --

14:51:13  4      A.    Oh, yes, 29th, yes, right.

14:51:18  5      Q.    The conversation that you had with

14:51:20  6  Brian Walsh and Gladys brought to his attention

14:51:27  7  about the way that Regina was talking to you,

14:51:30  8  was that after this date, August 29th?

14:51:32  9      A.    Yes, I think it was after.

14:51:34 10      Q.    What is it that you brought to his

14:51:36 11  attention during that meeting that you had

14:51:41 12  concerns with?

14:51:41 13      A.    Well, the way she was treating me.

14:51:44 14      Q.    Did you describe to Brian at that

14:51:47 15  meeting as to what you meant by that?

14:51:49 16      A.    Yes, I did.  I explained to him.

14:51:52 17  Also I explained to him that I ask her for a

14:51:58 18  monitor, a bigger monitor because we needed a

14:52:01 19  bigger monitor being that we were doing payroll.

14:52:05 20  And she was telling me that the reason why I

14:52:08 21  needed a bigger monitor -- I didn't need a

14:52:11 22  bigger monitor, I need another glasses because I

14:52:16 23  was getting old.  This was her expression to me.

14:52:21 24      Q.    And you told that to Brian?

14:52:22 25      A.    I told that to Brian.

MIRIAM BAUZA

Q.      Up until the time you spoke with
Brian, you had the issue in terms of her talking
to you about coming in at a 9:15, correct?

A.      Yes.

Q.      You also had the issue about taking
off on August 8th, correct?

A.      Yes.  When I explained to her that
I didn't get paid for that date, because he was
one of the people that know how much work I did
at the beginning when I start with Mediacom and
the hours that I put there, he told me don't
worry, I'm going to make sure that you get paid
for that day.

Q.      And did you get paid for that day?

A.      Yes.  I think it was after three or
four payrolls after.

Q.      So did you mention this issue about
him, this e-mail exchange to him at that point
in time?

A.      Yes.

Q.      And you also talked about,
obviously, the day you didn't get paid, correct?

A.      Yes.  That and the manager and her
screaming at me for no reason.  Yes, there's a

MIRIAM BAUZA

15:00:53 did you go to Judy?

15:00:54     A.     I don't recall.

15:00:55     Q.     Do you recall if it was days later

15:00:57 or weeks later?

15:00:58     A.     Yes, days.

15:01:00     Q.     And after Judy, do you recall how

15:01:02 soon you then spoke with Brian?

15:01:04     A.     No.

15:01:05     Q.     Was that days or weeks later?

15:01:07     A.     I think it was one or two weeks

15:01:09 later.

15:01:10     Q.     Was there a reason as to why you

15:01:13 waited to speak to Brian after speaking with

15:01:15 Judy?

15:01:16     A.     No.  I was just waiting for the

15:01:18 right moment because we had a busy payroll, so I

15:01:23 think I just take off and just go and talk to

15:01:26 Brian.  So it had to do with when I really had

15:01:33 the time.

15:01:51          And I remember that I told Judy

15:01:53 when she -- she told me that I was abusing the

15:02:00 company time.  And I told Judy, Judy, she

15:02:04 doesn't know me, she doesn't know how much I

15:02:07 work here.

MIRIAM BAUZA

15:02:08  Q.    So you were telling Judy that
15:02:10  Regina was accusing you of --

15:02:13  A.    Abusing company time.

15:02:15  Q.    What did Judy say in response?

15:02:17  A.    That if I had a problem with that,
15:02:19  to talk to Brian.  That's what she said to me.

15:02:22  Q.    So those are the issues that you
15:02:23  ended up speaking with Brian about.

15:02:26  A.    Yes.  And she told me that also in
15:02:29  front of Sharon D'Elia.

15:02:31  Q.    Regina told you that?

15:02:33  A.    Yes, because they share the same
15:02:35  office.

15:02:36  Q.    So Judy then -- she said to speak
15:02:38  with Brian, and you did then go and speak with
15:02:42  him, correct?

15:02:42  A.    Correct.

15:02:43  Q.    After that point in time, were
15:02:46  there any further issues that you had with
15:02:49  Regina?

15:02:50  A.    Yes.  She didn't change.

15:02:52  Q.    When you say she didn't change,
15:02:54  what is it that didn't change?

15:02:55  A.    Her attitude was the same.

MIRIAM BAUZA

15:18:28  2     A.    No.

15:18:31  3     Q.    Your guess, as you understood it,

15:18:33  4  you were to get two-thirds of that.

15:18:36  5     A.    Okay.

15:18:37  6     Q.    So what was your understanding as

15:18:38  7  to what your gross should have been for

15:18:41  8  disability payments?

15:18:45  9     A.    You mean --

15:18:46  10    MR. BONNIST:  Objection.  Her

15:18:47  11  understanding today, her understanding then?

15:18:49  12    MR. RIOLO:  No.  She said she

15:18:51  13  understood that she was getting two-thirds.

15:18:53  14    Q.    So what my question is is what was

15:18:57  15  your understanding as to the amount of

15:18:59  16  disability payments that you should be receiving

15:19:01  17  based on what you had said, the two-thirds

15:19:03  18  disability?

15:19:04  19    A.    Well, I knew it was going to be

15:19:05  20  less.  And that's why my question was to the

15:19:09  21  insurance company, the people that sent me the

15:19:12  22  check, and that's why I called.  Because I know

15:19:15  23  that the dates, the amount of days in the check,

15:19:21  24  to me it was wrong for the amount of money.  And

15:19:23  25  that's why I called.

```
              1                      MIRIAM BAUZA
15:19:25      2          Q.      That's why you called Aetna.
15:19:26      3          A.      That's why I called Aetna.
15:19:28      4          Q.      So it was clear to you from the
15:19:30      5     time of that second check that there was
15:19:32      6     something wrong with the payment.
15:19:33      7          A.      Exactly.  So that's why I called.
15:19:35      8          Q.      And you had that conversation in
15:19:37      9     which they said no, it wasn't.
15:19:38     10          A.      When I called, I actually asked
15:19:40     11     them again for the second time, and they
15:19:43     12     reconfirmed to me that it was okay, I have no
15:19:49     13     doubt in my mind that they were right,
15:19:52     14     regardless.
15:19:53     15          Q.      So you thought they were right.
15:19:54     16          A.      I thought they were right.
15:19:56     17          Q.      Even though you had an
15:19:57     18     understanding that you were only supposed to
15:20:00     19     receive two-thirds.
15:20:01     20          A.      Yes.  Because I -- yes.  Yes.
15:20:04     21          Q.      And after you came back you didn't
15:20:05     22     discuss that with anybody at Mediacom as to this
15:20:09     23     what you thought was a mixup from Aetna.
15:20:12     24          A.      At this point I do made I think it
15:20:16     25     was two phone calls to Joe Mickulski, left a
```

MIRIAM BAUZA

15:20:20  2  message for him to call me. And he never called

15:20:22  3  me back.

15:20:24  4       Q.    You didn't say what it was about.

15:20:26  5       A.    I didn't say what it was about.

15:20:27  6  But I left those two messages.

15:20:30  7       Q.    And how soon after you spoke with

15:20:32  8  Aetna did you leave those two messages?

15:20:34  9       A.    I don't quite remember, but it was

15:20:38 10  along the time that I was out.

15:20:40 11       Q.    You made those telephone calls from

15:20:42 12  home?

15:20:42 13       A.    Yes.

15:20:44 14       Q.    And the calls from Aetna, did you

15:20:47 15  make those calls from home as well?

15:20:48 16       A.    From home, too.

15:20:49 17       Q.    What's your home telephone number?

15:20:50 18       A.    My number is 845-561-1152. And if

15:21:00 19  I'm not mistaken, the phone calls that I made to

15:21:03 20  Joe Mickulski was directly to his extension.

15:21:07 21       Q.    Do you know what that is?

15:21:08 22       A.    I think the four last digits is

15:21:11 23  2721, if I'm right.

15:21:18 24       MR. BONNIST: Do you have a cell

15:21:20 25  phone that you would have called from?

```
                  1              MIRIAM BAUZA
15:22:23    2   gotten -- or you said it was first brought to
15:22:28    3   your attention in a meeting with Judy, Regina
15:22:31    4   and Joe as to the issue of overpayments.
15:22:35    5        A.     Correct.
15:22:36    6        Q.     How were you told to come to this
15:22:39    7   meeting?  By whom?
15:22:40    8        A.     I was called by Judy to go to her
15:22:43    9   office.
15:22:44   10        Q.     And when you came in --
15:22:47   11        A.     I found three of them in there,
15:22:48   12   yes.
15:22:49   13        Q.     Tell me as best you can recall who
15:22:51   14   said what during that meeting.
15:22:53   15        A.     First of all, I was surprised that
15:22:55   16   I was called.  And the first one to speak was
15:23:00   17   Judy Mills.
15:23:03   18        Q.     And what did Judy say when she
15:23:06   19   first spoke?
15:23:06   20        A.     She mentioned to me that I was
15:23:10   21   overpaid by disability from Aetna.
15:23:15   22        Q.     Did she say --
15:23:16   23        A.     And then I said to her oh, I did
15:23:19   24   call them and they told me that everything was
15:23:22   25   correct.
```

1                    MIRIAM BAUZA

15:24:46  2   home I realized that I did put through I think

15:24:53  3   it was two phone calls from my house.

15:24:55  4        Q.    So during this meeting that you

15:24:57  5   had, you didn't remember that you had left those

15:24:59  6   two messages for Joe.

15:25:00  7        A.    Exactly.  I didn't remember at the

15:25:03  8   time.  So I didn't mention that I had called.

15:25:09  9   And I just told him that I had forgot.  And I

15:25:13 10   did forgot when I came back just to mention it

15:25:16 11   because I didn't think it was wrong.  I just for

15:25:18 12   whatever reason, I thought that they were

15:25:20 13   correct because they assured me they were

15:25:22 14   correct.

15:25:27 15        Q.    After they had assured you it was

15:25:29 16   correct, "they" being Aetna, you still attempted

15:25:32 17   to call Joe.

15:25:33 18        A.    Yes, I did.

15:25:35 19        Q.    Why were you calling Joe if at that

15:25:38 20   point you thought Aetna was right?

15:25:40 21        A.    Because for whatever reason, I just

15:25:42 22   wanted to mention it to him.

15:25:43 23        Q.    And what was the reason you wanted

15:25:45 24   to mention it to him?

15:25:46 25        A.    I just felt that I wanted to

MIRIAM BAUZA

Aetna or Mediacom.

Q.    You said you spoke with Angela --

A.    I asked to speak to Judy alone.

Q.    Is this after the Angela/Julio/Terry conversations?

A.    No, this was after I spoke to Joe Mickulski.

Q.    So Joe Mickulski then asked to speak with Judy again.

A.    And then from Judy I went to Paul.

Q.    So what did you say to Judy and what did she say to you during this conversation?

A.    I spoke to Judy and I said you know, I don't appreciate the way you spoke to me before. I just feel that you guys were accusing me. I would say her and Regina because Joe never opened his mouth. But I feel that -- this is what I said. I feel that you guys were accusing me of something that I would never do. And you know where I'm coming from, you know who I am. You know I will never do anything like that.

Well, you know, you cashed those

MIRIAM BAUZA

checks and you took them to the bank, or you

cashed those checks.  You knew what you was

doing.  Something to that effect.  That's how I

felt.

Q.     Well, is that what she said?

A.     Yes, that's what she said to me.

Q.     Anything else that she said to you

during that meeting?

A.     I don't recall any more.

Q.     Now, after that conversation with

Judy, the next person you spoke with at Mediacom

was Paul.  Correct?

A.     Right.

Q.     After Paul, the next person you

spoke to at Mediacom or Aetna was Angela.

A.     No.  Before that, before I spoke to

Angela I spoke to Regina.

Q.     Did you speak to Regina before

Paul?

A.     Regina came to me and asked me if I

had looked for the name of the person that I

spoke to from Aetna.

Q.     Back in July.

A.     Yes.  And I said you know, Regina,

MIRIAM BAUZA

A.    I just told her that it was nice working with her.

Q.    Did you ever learn as to whose decision it was to terminate you?

A.    No.  But I have to say something that when I was terminated at that moment, I remember Mark Stephan conversation once when I just got in to work in the office.  I think it was four weeks or five weeks later.  He was in the cafeteria where is the corporate office. And he was talking to someone saying that the big boss is not comfortable to pay medical bills for someone just coming aboard than for someone that has been there five years with five years of service.

At that point I got up because I wanted to see who was the person that was talking about that.  And when I got up and went around to the cafeteria, it was Mark Stephan.  I had met him -- that was one of the first people that I met when I went for the interview, so that's why I knew his name.  The other person, I didn't know who he was.

Q.    Did you ever learn who it was?

MIRIAM BAUZA

15:44:39  2      A.    I didn't see from the face, but he

15:44:42  3  was talking to somebody else.

15:44:44  4      Q.    When did you overhear this

15:44:47  5  conversation?

15:44:47  6      A.    About five years later when I went

15:44:52  7  into work.  Into Mediacom.

15:44:55  8      Q.    Five weeks after you just started?

15:44:57  9      A.    Yes.

15:44:58 10      Q.    So this was prior to your

15:45:00 11  diagnosis.

15:45:00 12      A.    Prior to my diagnosis.

15:45:02 13      Q.    So that conversation, did you know

15:45:04 14  who it was referencing?

15:45:05 15      A.    No.  Then Joe Mickulski, two times

15:45:12 16  before I was diagnosed, he made the same comment

15:45:18 17  to me.  The same exact comment.

15:45:20 18      Q.    What comment did he make?

15:45:22 19      A.    About when a new person is just

15:45:24 20  aboard, the big boss is not comfortable paying

15:45:28 21  medical bills for somebody that just come aboard

15:45:34 22  than for somebody that has been there five years

15:45:37 23  of service.

15:45:38 24      Q.    How did that come up with Joe

15:45:39 25  during those two conversations with you?

MIRIAM BAUZA

15:45:41 2    A.    It just come up -- I don't know why

15:45:44 3  but it just come up, and about two times I

15:45:51 4  overheard him saying the same thing to some

15:45:54 5  other people.  They were either on the phone --

15:45:58 6  I couldn't tell if it was over the phone or the

15:46:01 7  person was right next to him.  Somebody from

15:46:04 8  corporate.  Because his office was in a corner.

15:46:09 9  They have partition, they don't have offices.

15:46:12 10  So I was in a position where I always overheard

15:46:15 11  all his conversations.  I would overheard

15:46:19 12  anybody talking over the cafeteria.

15:46:22 13       And when that happens to me that

15:46:24 14  they terminated me, I felt they terminated me

15:46:27 15  not for the reason why the checks.  It was for

15:46:30 16  my illness, for my medical expenses.

15:46:36 17    Q.    And you feel that because of the

15:46:38 18  conversations that you overheard?

15:46:39 19    A.    Yes.

15:46:41 20    Q.    Is there any other reasons as to

15:46:44 21  why you feel it was over your cancer and your

15:46:48 22  medical bills other than recalling those

15:46:51 23  conversations you overheard with Joe and Mark?

15:46:53 24    A.    Because after I came back from my

15:46:57 25  disability, it was a big change the way

1                    MIRIAM BAUZA

15:47:01 2    everybody was treating me.  Especially Judy

15:47:05 3    Mills.

15:47:06 4         Q.    Well, in what way differently did

15:47:08 5    Judy treat you?

15:47:09 6         A.    They were different.  Even Italia

15:47:12 7    was different.  Everyone was different.  Even

15:47:16 8    Paul Miller was different.  Everyone were

15:47:18 9    different.

15:47:19 10        Q.    In what way?

15:47:19 11        A.    The way they were treating me.

15:47:21 12   They didn't ask me how I felt, how I was doing.

15:47:24 13   They didn't have that anymore.

15:47:26 14        Q.    Other than not asking you how you

15:47:29 15   felt, how else were you treated?

15:47:31 16        A.    Oh, another thing -- I have to go

15:47:34 17   back to that question that you asked me.  When I

15:47:36 18   was in Judy Mills' room, when she spoke to me

15:47:41 19   about the checks she also -- I said Judy, you

15:47:46 20   don't know what I've been going through with my

15:47:48 21   chemo.  In that stage I don't know how I even

15:47:56 22   recognized that I was overpaid.  I don't even

15:47:59 23   know how I recognize that I have that

15:48:03 24   overpayment.  My state of mind, it was so bad.

15:48:05 25   She said come on now, I don't want to hear it.

MIRIAM BAUZA

Q.    During what meeting is this conversation?

A.    This is the meeting that I had with her when Joe Mickulski was there and Regina was there.  I don't want to hear it.

I had diagnosis the second time in my life cancer.  I had my second full mastectomy.  I struggled to get up in the morning and look in the mirror how I looked.  Losing my hair, dealing with all the side effects, diarrhea, vomiting, constipation.  Many times when I was in the office, I had to run to the bathroom, to the last one because I didn't want anybody to know that I was so sick.  But I was there.  I was a trooper, fulfilling my complete job.  And she don't want to hear it.

Q.    Anything else that you can recall in terms of reasons -- conversations that you had with people in terms of them expressing either issues or problems with you taking time or your treatments?

A.    Not that I recall right now.

(Defendant's Exhibit T for identification, November 15th, 2006 Letter.)

MIRIAM BAUZA

Q.     I'm going to show you what we
marked as Defendant's Exhibit T and ask you if
you recognize that.

A.     Yes.

Q.     And this is a letter that you
received from Aetna, correct?

A.     That's correct.

Q.     And this is kind of going over the
overpayments.

A.     Yes.

Q.     And the amounts there, did you have
any issue in terms of your review of the amounts
of the overpayments?

A.     No, I just paid it.  I just paid
it.

Q.     Did you do any calculations to see
if this was right or not?

A.     No, I didn't make any calculations.

Q.     Since the time of this lawsuit
starting, have you looked at this to see if the
calculations were right or wrong?

A.     No.

Q.     And that amount you did pay,
correct?

MIRIAM BAUZA

to work there and it happened to be we went to

the Christmas party that first year that I got

in, I noticed that she is the wife of one of the

people I used to travel with on the train. And

when I saw them together at the party, I

realized that they were husband and wife. And I

become very close to her. I just wanted to make

sure that I had these points to let her know.

Q.    Other than showing it to her, did

you show it to anybody else?

A.    No.

Q.    Was this document just created for

your own --

A.    For my own -- yes, for my own

personal recollection.

Q.    Okay. You said before we broke

that certain people had changed in terms of

after your return.

A.    Yes, that's correct.

Q.    After your return did you have

conversations with Judy Mills about the

treatment you were receiving or any problems

that you were having with respect to your

treatments?

MIRIAM BAUZA

1

16:06:37 2      A.    Well, I did come to her and I will

16:06:40 3  mention to her that I was having certain

16:06:45 4  discomfort after I come from chemo.  But that

16:06:49 5  was it.

16:06:49 6      Q.    What was her response during that?

16:06:51 7      A.    Nothing.  Just take it easy and

16:06:56 8  things like that.  But I was there late.  Nobody

16:06:58 9  said to me go home, it's time to leave to go,

16:07:01 10  don't stay late.

16:07:02 11      Q.    How was her demeanor when you had

16:07:04 12  those conversations with you?

16:07:05 13      A.    Say that again.

16:07:06 14      Q.    How was her demeanor?  How was the

16:07:10 15  way she spoke, her tone during the meetings when

16:07:12 16  you would discuss your treatment?

16:07:14 17      A.    She was short.  It was not like

16:07:16 18  before, you have something to say to me, sit

16:07:18 19  down.  Even when I went and spoke to her about

16:07:21 20  Regina attacking me and all that, she just told

16:07:24 21  me speak to Brian about it.

16:07:26 22      Q.    And you also mentioned in terms of

16:07:28 23  Italia her --

16:07:30 24      A.    Even Italia, before I left she was

16:07:33 25  concerned, she would come to me; Miriam,

1                          MIRIAM BAUZA

16:07:35  2    everything is going to be all right.

16:07:45  3    Apparently -- I felt that she was close to me.

16:07:49  4    But when I came back, she was very different.

16:07:52  5          Q.    When you say she was different, how

16:07:54  6    was she different?

16:07:55  7          A.    She never approached me and talked

16:07:57  8    to me and tell me how I was feeling.  Nothing.

16:07:59  9          Q.    Did you ever approach her and tell

16:08:01 10    her how you were feeling after you had come

16:08:04 11    back?

16:08:04 12          A.    No.  Because I felt for whatever

16:08:06 13    reason, she was different.

16:08:09 14          Q.    Well, other than not speaking to

16:08:12 15    you, is there anything that she said or did that

16:08:15 16    you felt she was treating you differently after

16:08:18 17    from before?

16:08:19 18          A.    Well, she would go into the

16:08:20 19    lunchroom, if I was there she would completely

16:08:23 20    ignore me.  She don't say anything like before.

16:08:26 21    She was more friendly to me.  She was very

16:08:29 22    different.

16:08:29 23          Q.    Other than Judy and Italia, was

16:08:32 24    there anybody else who you thought was different

16:08:34 25    from before to after you returned?

1                    MIRIAM BAUZA

16:08:38  2        A.      Besides who you mean?

16:08:41  3        Q.      Besides Judy who you mentioned and

16:08:43  4    Italia, is there anybody else that was different

16:08:46  5    to you after your return?

16:08:48  6        A.      Paul.

16:08:49  7        Q.      How was it that Paul was different?

16:08:51  8        A.      He was very indifferent.  In the

16:08:54  9    morning he would say hi Miriam, how are you

16:08:59 10    doing.  Not anymore.  He would not say good

16:09:03 11    night or nothing.

16:09:03 12        Q.      He wouldn't talk to you?

16:09:04 13        A.      No.

16:09:05 14        Q.      Anyone else who you felt was

16:09:06 15    different to you after your return?

16:09:11 16        A.      That's about it.

16:09:12 17        Q.      I don't have anything further.

18                (Continued on the following page to

19    include jurat.)

20

21

22

23

24

25