**EXHIBIT "D"**

14

JOE MICHULSKI

1
2  Q. I think -- there is no secret here. I
3  believe Ms. Burgos testified it was June 2006.
4  A. Okay.
5  Q. But we'll use that as a control date.
6  A. Okay.
7  Q. It's not essential.
8      What was the reason that -- do you
9  know why Ms. Burgos was brought into your group?
10  A. She was more of a payroll person. We
11  needed a more solid leader in that department. I
12  am not a payroll person. I filled a void in the
13  transition for the direct reporting aspect of it.
14  You know, the payroll had reported to different
15  people within the organization, and at that time,
16  it was me. We were also going through a payroll
17  software transition, required a lot of additional
18  time. I didn't have that time or the expertise to
19  do it.
20      So Regina was brought in because she
21  had that experience of running a payroll
22  department and she, I believe, had experience
23  working with the same software that we're
24  currently running today. So she was a much better
25  fit. We needed that person in that position.

15

JOE MICHULSKI

1
2  Q. Okay. Was Ms. -- did you ever
3  consider Ms. Bauza for that position?
4  A. No, we did not.
5  Q. Now, there came a point when Ms. Bauza
6  went out on disability leave, right?
7  A. Yes.
8  Q. What was your understanding as to the
9  reason for going out on leave?
10  A. She had cancer.
11  Q. Did she tell you that?
12  A. Yes.
13  Q. Do you recall when she told you that?
14  A. It was before she went out on leave.
15  Q. Right.
16  A. I don't recall exactly when.
17  Q. Prior to Ms. Burgos being hired by
18  Mediacom, who would be the person responsible for
19  reviewing Aetna's payment records to Mediacom
20  employees for disability insurance benefits?
21  A. I did.
22  Q. Okay. And how long did you perform
23  that function?
24  A. Six months, approximately.
25  Q. Okay. Why only six months?

16

JOE MICHULSKI

1
2  A. I didn't have the payroll function
3  reporting to me that long.
4  Q. Okay. During that six months, had you
5  ever uncovered any errors made by Aetna in paying
6  disability payments to employees?
7  A. I did not uncover any, no.
8  Q. Did they ever notify you and say they
9  uncovered an error?
10  A. Yes.
11  Q. How many times did that occur?
12  A. A couple of times.
13  Q. Can you discuss those two times?
14  A. There were instances in which
15  employees were receiving more compensation than
16  they should have.
17  Q. Now, how did Mediacom handle that
18  situation?
19  A. I'm trying to think, because that
20  happened early on. It wasn't a large number. I
21  think it was a few hundred dollars, and I believe
22  we had the employee return the money, I think.
23  Q. Who would have knowledge of that
24  information?
25  A. I'm not sure. We could probably go

17

JOE MICHULSKI

1
2  back through some statements or -- to recall that.
3      MR. CUTRO: Just mark this part
4      in the transcript. We'll talk about this
5      later. I thought we had an outstanding
6      request that would cover that, but we'll
7      talk about it later.
8
9  DOCUMENT/INFORMATION REQUESTED
10
11  Q. Do you know if either of those two
12  instances that the employees had notified Mediacom
13  of the error before it was uncovered by Aetna?
14  A. I don't know.
15  Q. Do you know if any disciplinary action
16  was taken against those employees?
17  A. I don't know.
18  Q. In what year do you think these
19  incidents occurred?
20  A. Probably the end of 2005 or beginning
21  of 2006.
22  Q. And you don't recall the names of
23  these employees?
24  A. No.
25  Q. Do you recall what departments they

5 (Pages 14 to 17)

26

JOE MICHULSKI

2  side of the story, what was said to her that
3  required her to reply to those allegations?  Who
4  said what to her?
5      A.  Judy had informed her that they were
6  going to terminate her employment.  So she was
7  giving her side of the story.
8      Q.  Did Ms. Mills give an explanation for
9  the reason for the termination?
10     A.  It was due to the overpayments that
11  she received and didn't inform anybody of it.
12     Q.  And you are saying Ms. Bauza responded
13  to that statement, those statements?
14     A.  Yes.
15     Q.  What was Ms. Bauza's response?
16     A.  That she had contacted Aetna.  She had
17  notified them that she was -- she was receiving
18  too much money regarding her disability and that
19  it didn't seem fair that she was being let go for
20  something like that.
21     Q.  Anyone else say anything after that?
22     A.  I don't recall exactly what Judy may
23  have said regarding that.
24     Q.  Did Ms. Burgos say anything at that
25  meeting?

27

JOE MICHULSKI

2      A.  I can't recall if she did.  It was --
3  no, I can't recall what Regina may have said.
4      Q.  Did you say anything at that meeting?
5      A.  I don't believe so.
6      Q.  Prior to walking into that meeting,
7  did you have any knowledge of the subject matter
8  of that meeting?
9      A.  I did, yeah.  I knew what it was
10  about.
11     Q.  How did you know?
12     A.  Judy had told me.
13     Q.  When did she tell you?
14     A.  Just before the meeting.
15     Q.  Day before or five minutes before?
16     A.  It was the day of, half hour, 15
17  minutes.
18     Q.  What did she tell you, Ms. Mills?
19     A.  She just asked me to be part of the
20  meeting, that they were going to terminate Miriam.
21     Q.  Did you say anything to her in
22  response to that?
23     A.  I just went to the meeting.
24     Q.  Ms. Bauza did work for you, right?
25  Reported to you, right?

28

JOE MICHULSKI

2      A.  Yeah.  Not at that time though.
3      Q.  But she was in your group, though,
4  right?  She was down the chain, but she wasn't she
5  still in your group, or no?
6      A.  No, she did not report -- we were
7  trying to transition her into something other than
8  payroll.  So she indirectly reported to me, but
9  there was never anything official done.
10     Q.  Now, Mediacom did not ask for your
11  input in the decision to terminate Ms. Bauza?
12     A.  No.
13     Q.  Were you -- so just prior to that
14  meeting is when you learned Mediacom was going to
15  terminate her?
16     A.  Yes.
17     Q.  Did you learn anything else prior to
18  that meeting about that impending meeting with Ms.
19  Bauza where she was going to be terminated?
20         MR. RIOLO:  Objection to form.
21     You can answer.
22     A.  Can you say that again, please.
23     Q.  Sure.  You testified Ms. Mills let you
24  know that they were going to terminate Ms. Bauza
25  in a meeting that you were going to be attending,

29

JOE MICHULSKI

2  right?
3      A.  Yes.
4      Q.  Let me ask you this, why do you think
5  you were asked to come to that meeting if Ms.
6  Bauza was not reporting to you?
7      A.  Probably because of the indirect
8  relationship, because we were starting to
9  transition some responsibilities that fell under
10  me to her.
11     Q.  Besides that conversation that you
12  just testified to with Ms. Mills prior to walking
13  into that meeting where you claim Ms. Bauza was
14  terminated, did anyone else share with you any
15  information regarding Ms. Bauza or her impending
16  termination?
17     A.  No.
18     Q.  So you learned some of this
19  information at that meeting with Ms. Bauza
20  present?
21     A.  Yes.
22     Q.  Anything else said at that meeting
23  that you recall?
24     A.  No.
25     Q.  Did Ms. Bauza claim that she had tried

8 (Pages 26 to 29)