**EXHIBIT "E"**

FILE COPY

# BONNIST & CUTRO, LLP
### ATTORNEYS AT LAW
WWW.BCFIRM.COM

Craig M. Bonnist*
James J. Cutro*

Of Counsel:
Amanda M. Fugazy+
Michael T. Shilinski+
Douglas Trokie+

\* Admitted in NY & NJ
+ Admitted in NY

800 Westchester Ave, Ste. S-332
Rye Brook, N.Y. 10573
Tel (914) 921-4820
Fax (914) 921-4823
e-mail: jcutro@bcfirm.com

New York City
444 Madison Ave., Suite 805
New York, N.Y. 10022
(212) 750-5233

New Jersey
1199 Route 22 East, Suite 304
Mountainside, NJ 07092
(908) 408-5600

Please Reply to Rye Brook

March 12, 2008

Via Facsimile Reg. Mail (914) 328-1882
Gregory A. Riolo, Esq.
JACKSON LEWIS LLP
One North Broadway, 15th floor
White Plains, New York 10601

RE: Bauza v. Mediacom Communications Corporation, Index No.: 07cv 6542(CLB)

Dear Mr. Riolo:

As a follow up to the request for production orally made on the record today as a result of the information testified today by Mr. Mikulski and Ms. Mills, please produce the following information: "Documents, investigative reports, notes, and memoranda created by the defendant or others on the defendant's behalf based on the over-payment(s) made by Aetna to any employees of defendant other than plaintiff, including the individuals identified by Mr. Mikulski and Ms. Mills."

Very truly yours,

James J. Cutro