**EXHIBIT "F"**

**Miriam Bauza**

**From:** Regina Burgos [rburgos@mediacomcc.com]
**Sent:** Tuesday, August 29, 2006 7:25 AM
**To:** 'Miriam Bauza'
**Subject:** RE: Gladys out of Office

Why did you come in at all?

---

**From:** Miriam Bauza [mailto:mbauza@mediacomcc.com]
**Sent:** Tuesday, August 29, 2006 8:08 AM
**To:** Amber Head; Amber Hitchens; Angela Keel; bbaedke@mediacomcc.com; Carol Price; Cliff Ott; Constance Lewis; Dan Wolfe; Denise Hastings; Diana Cunningham; Dwatkins@mediacomcc.com; Ellen Grogg; Erin Publow; Gladys Falto; Hbutter@mediacomcc.com; Irene Gianesses; Jen Clark; 'Josie Witt'; Julie Taylor; June Froehle-Snyder; Kbast@mediacomcc.com; LeAnn Carlson; Leon Richardson; Linda Pasalich; Mari Beckley; 'Mimi Luongvan'; Nstaab@mediacomcc.com; Pam Wellman; 'Regina Burgos'; Renee MacLaughlan; 'Reynel Christiansen'; Sandy Cannon; 'Sandy Westin'; Sharon Delea; Sonia Cassady; Sonja Hudson; Teri Kave; TINA; 'Wendy Countryman'
**Subject:** Gladys out of Office

Gladys is out of the office today and I will be out of the office after 9:15 a.m. today also; returning tomorrow. If you have any issues that need immediate attention please feel free to contact Regina Burgos at 845-695-2626.

Thank you.

Miriam Bauza
Payroll Supervisor
Mediacom Communications Corp.
Email: mbauza@mediacomcc.com
Phone# 845-695-2778
Fax # 845-695-2679

This communication is for the named recipient(s) only. It may contain confidential, proprietary or legally privileged material not waived or lost by any mistransmission. Any interception, disclosure or use of this communication by other persons is unlawful. You must not, directly or indirectly, use, disclose, distribute, print or copy any part of this message if you are not the intended recipient. If you believe you have received this communication by mistake, please delete it and all copies from your system, destroy any hard copies and notify the sender.



PLAINTIFF'S EXHIBIT S 3/14/08 APS

08/30/2006

228