# EXHIBIT D

COPY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------x

MIRIAM BAUZA,

                        Plaintiff,

            - against -        Case No. 07 CIV. 6542

MEDIACOM COMMUNICATIONS CORPORATION,

                        Defendant.

-------------------------------------------------x

                        March 17, 2008

                        11:56 a.m.


        Deposition of JOE MICHULSKI, a witness on behalf

of the Defendant herein, taken pursuant to Notice,

and held at the offices of Bonnist & Cutro, 800

Westchester Avenue, Suite S332, Rye Brook, New

York, before April Pearl Schirm, a Court Reporter

and Notary Public of the State of New York.

DALCO Reporting, Inc.
court reporting • legal video • videoconferencing
170 Hamilton Avenue, White Plains, NY 10601
914.684.9009  Fax 914.684.6561  212.679.609
800.DAL.8779  dalcoreporting.com

Case 7:07-cv-06542-CS    Document 19-5    Filed 07/03/2008    Page 3 of 8

12

1                         JOE MICHULSKI

2    during her whole employment?

3              A.    Oh, during her whole employment?

4              Q.    Yes, that's fine, continuing in

5    chronology?

6              A.    From the beginning through, I'm going

7    to say, up until prior to the last few months, it

8    was essentially payroll.  Okay.  The last few

9    months of her employment, she was getting more

10   involved with other aspects that are payroll

11   related but non-payroll in essence.

12              She was doing a little bit more

13   regarding the 401-K plan for me.  That is

14   something that I still, to this day, pretty much

15   do by myself.  She was getting more involved just

16   to free up the phone calls when people have

17   questions.  She was entering in all of the 401-K

18   loans that are processed.  At the same time she

19   would be handling the payment.  The final payment

20   of them requires turning off deductions in the

21   payroll system.

22              She was getting -- she was starting to

23   get a little bit more involved with other benefit

24   aspects of the company, but we really never

25   fulfilled that transition.  She was getting her



13

1                       JOE MICHULSKI

2    feet wet, so to speak, in other aspects other than

3    payroll.

4         Q.    How would you characterize her

5    performance for you while she worked at the

6    company?

7                    MR. RIOLO:  Overall?

8                    MR. CUTRO:  Overall.

9                    MR. RIOLO:  Okay.  Because there

10        are two different roles he played.

11        A.    When she worked directly for me, it

12   was good.

13        Q.    Met your expectations?

14        A.    It was good.  I honestly expected a

15   little more.  But we got the job done.  She was

16   good.

17        Q.    Now, did you ever write Ms. Bauza up

18   for any performance issues?

19        A.    No.

20        Q.    Now, there came a time when Ms. Burgos

21   joined the group, correct?

22        A.    Yes.

23        Q.    When was that?

24        A.    I believe that was -- that was in the

25   summer.  I think that was June or July of 2006.

1                          JOE MICHULSKI

2              Q.    I think -- there is no secret here.   I

3       believe Ms. Burgos testified it was June 2006.

4              A.    Okay.

5              Q.    But we'll use that as a control date.

6              A.    Okay.

7              Q.    It's not essential.

8                    What was the reason that -- do you

9       know why Ms. Burgos was brought into your group?

10             A.    She was more of a payroll person.   We

11      needed a more solid leader in that department.   I

12      am not a payroll person.   I filled a void in the

13      transition for the direct reporting aspect of it.

14      You know, the payroll had reported to different

15      people within the organization, and at that time,

16      it was me.   We were also going through a payroll

17      software transition, required a lot of additional

18      time.   I didn't have that time or the expertise to

19      do it.

20                    So Regina was brought in because she

21      had that experience of running a payroll

22      department and she, I believe, had experience

23      working with the same software that we're

24      currently running today.   So she was a much better

25      fit.   We needed that person in that position.



1                          JOE MICHULSKI

2          A.    I didn't have the payroll function

3    reporting to me that long.

4          Q.    Okay.   During that six months, had you

5    ever uncovered any errors made by Aetna in paying

6    disability payments to employees?

7          A.    I did not uncover any, no.

8          Q.    Did they ever notify you and say they

9    uncovered an error?

10         A.    Yes.

11         Q.    How many times did that occur?

12         A.    A couple of times.

13         Q.    Can you discuss those two times?

14         A.    There were instances in which

15   employees were receiving more compensation than

16   they should have.

17         Q.    Now, how did Mediacom handle that

18   situation?

19         A.    I'm trying to think, because that

20   happened early on.   It wasn't a large number.   I

21   think it was a few hundred dollars, and I believe

22   we had the employee return the money, I think.

23         Q.    Who would have knowledge of that

24   information?

25         A.    I'm not sure.   We could probably go



1                          JOE MICHULSKI

2       told you that?

3               A.    I do not.

4               Q.    Which form did that information come

5       to you, by telephone, email, person?

6               A.    Probably person.  It wouldn't have

7       been email or phone.  So it would have been a

8       verbal conversation.

9               Q.    Okay.  While Ms. Bauza was out on

10      disability leave, did you ever speak to her?

11              A.    While she was out, she may have called

12      me maybe.  I'm not exactly sure though.

13              Q.    What is your -- I mean, what is your

14      recollection in regard to that?  Why do you say

15      that?

16              A.    Maybe.  Maybe.

17              Q.    Would she have left a message for you?

18              A.    I don't think she left me a message.

19      I think she actually called me at least one time,

20      yes.

21              Q.    Do you recall speaking to her?

22              A.    Yes.

23              Q.    Do you recall the subject matter of

24      that conversation?

25              A.    I recall speaking to her, but I'm not

1                             JOE MICHULSKI

2        sure if it was when she was out on leave or not.

3        That's my problem.

4               Q.   What was the subject matter of that

5        conversation?

6               A.   Just checking in, seeing how things

7        were, letting me know how she was doing, things of

8        that nature.

9               Q.   Any other contact you may have had

10       with her while she was out on disability leave?

11              A.   No.

12              Q.   Could there have been contact but you

13       just don't remember?

14              A.   No.

15              Q.   Why not?

16              A.   I know I didn't see her in person.

17       I'm fairly sure that she didn't send me any

18       emails.  And I only recall at least one time that

19       I'm not sure if she was out on leave at the time

20       or not.

21              Q.   Okay.  So you just testified that you

22       learned from either Judy or Regina that there was

23       an issue with regard to payments made to Ms.

24       Bauza.  What, if anything, was your involvement

25       with that issue with Ms. Bauza?

