# EXHIBIT F



We will expect the strictest compliance with these procedures by all personnel at every level. Failure to comply may result in serious legal difficulties.

## YOUR CONDUCT

Working at any job is a two-way proposition. Mediacom contributes, you contribute, and by working cooperatively, everyone benefits. In this regard, Mediacom expects responsible conduct and satisfactory work performance from all employees. Responsible conduct is necessary to provide a safe, efficient, productive and pleasant working environment. Irresponsible behavior may result in verbal counseling, written warning, final written warning, suspension or termination, depending on the nature of the misconduct and the circumstances.

While Mediacom has established employment guidelines, notwithstanding anything stated in this Handbook, every employment relationship is considered "at will", which means that any employee retains the right to terminate his/her employment at any time with or without prior notice and with or without good cause. Likewise, Mediacom retains the same right to terminate employment with or without prior notice and with or without good cause.

While it is not practical to attempt to list every act of misconduct which might require disciplinary action or termination, the following list provides some basic examples. These examples should not be viewed as an exclusive or complete list. Also, Mediacom's goodwill, to a

August 2002                                          29



large extent, is dependent upon employee interaction with the public and, therefore, offenses which endanger or threaten that goodwill may also warrant disciplinary action or termination of employment.

The following actions are examples of extremely serious misconduct and may subject you to termination of employment, even on the FIRST OFFENSE:

- Violation of, or disregard for, our alcohol-drug free workplace, EEO or Harassment policies.
- Theft of, damage to or inappropriate removal or possession (which includes "borrowing" without permission) of Mediacom, customer or employee-owned property.
- Providing or selling unauthorized services.
- Theft of, damage to or inappropriate removal, possession or unauthorized delivery to a third party of customer information of any kind as provided to Mediacom in the normal course of business.
- Violation of, or disregard for, Mediacom Cash Control policies, including, but not limited to, theft of or inappropriate handling of Mediacom funds, negotiable instruments or other bearer instruments.
- Fighting or threatening violence in the workplace.
- Recklessness, negligence or improper conduct leading to the injury or death of any person or destruction of property.
- Possession of dangerous materials, such as explosives or firearms, in the workplace; (including such items in personal vehicles on or near Mediacom property).
- Misrepresentation or falsification of records, employment application, work orders, time records, or other information used or required by the Company.

30

August 2002



- Violation of a safety rule which endangers the life or safety of any employee or others, or the Company's continuation of operation.
- Deliberate interference with Company operations, work or production.
- Retaliating against a complainant who exercises the open door policy.
- Unauthorized disclosure or use of business "secrets" or other confidential information.
- Driving a Company vehicle without a valid driver's license.

Again, it is not practical to list every act of misconduct, the following actions are examples of serious misconduct and may subject you to disciplinary action. Termination of employment may also be appropriate, depending on facts and circumstances and/or previous disciplinary action.

- Boisterous or disruptive activity in the workplace.
- Insubordination, willful failure to carry out any properly given work directive or other disrespectful conduct.
- Unauthorized use of Company property.
- Excessive absenteeism or tardiness or any absence without notice.
- Disregard for human resource related policies (including the content of this Employee Handbook).
- Unsatisfactory work performance or conduct.
- Excessive accidents with, or damage to, Company vehicles.

## TERMINATION OF EMPLOYMENT

If separation is voluntary, Mediacom requests that you give two (2) weeks notice. You are entitled to all accrued, unused vacation pay, according to state law.

August 2002