

Representing Management Exclusively in Workplace Law and Related Litigation

| Jackson Lewis LLP | ATLANTA, GA | LONG ISLAND, NY | PORTLAND, OR |
| One North Broadway | BIRMINGHAM, AL | LOS ANGELES, CA | PROVIDENCE, RI |
| White Plains, New York 10601 | BOSTON, MA | MIAMI, FL | RALEIGH-DURHAM, NC |
| Tel 914 328-0404 | CHICAGO, IL | MINNEAPOLIS, MN | RICHMOND, VA |
| Fax 914 328-1882 | CLEVELAND, OH | MORRISTOWN, NJ | SACRAMENTO, CA |
| www.jacksonlewis.com | DALLAS, TX | NEW ORLEANS, LA | SAN FRANCISCO, CA |
| | DENVER, CO | NEW YORK, NY | SEATTLE, WA |
| | DETROIT, MI | ORANGE COUNTY, CA | STAMFORD, CT |
| | GREENVILLE, SC | ORLANDO, FL | WASHINGTON, DC REGION |
| | HARTFORD, CT | PHILADELPHIA, PA | WHITE PLAINS, NY |
| | HOUSTON, TX | PHOENIX, AZ | |
| | LAS VEGAS, NV | PITTSBURGH, PA | |

July 9, 2008

**VIA FACSIMILE (914-390-4085)**

Honorable Charles L. Brieant
United States District Judge
United States Courthouse
300 Quarropas Street - Room 275
White Plains, NY 10601

      Re:    Bauza v. Mediacom Communications
             Case No. 07 CV 6542(CLB)

Dear Judge Brieant:

      We represent Defendant Media Communications Corporation in the above-referenced matter. Defendant's Motion for Summary Judgment is fully submitted. Please be advised the parties have agreed to waive oral argument and we request that the Court decide Defendant's Motion for Summary Judgment on submission.

      We thank you for Your Honor's attention to this matter.

               Very truly yours,

               JACKSON LEWIS LLP

               *Michael Frankel*

               Michael A. Frankel

MAF/rs

cc:    Craig M. Bonnist, Esq. (via facsimile)